UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, )<br><br>Plaintiff, )<br><br>v.<br><br>SFX SPORTS GROUP, INC., et al.<br><br>Defendants. ) | CASE NUMBER 1:06CV00687<br><br>JUDGE: Ricardo M. Urbina<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 04/17/2006 |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

COME NOW defendants SFX Sports Group, Inc., Live Nation, Inc., Clear Channel Communications and John Does 1-5 (collectively "defendants"), through counsel, pursuant to 28 U.S.C. §§ 1441 and 1446 and hereby remove the captioned case from the Superior Court of the District of Columbia, Civil Division to the United States District Court for the District of Columbia, and as grounds therefore, state as follows:

1.      Plaintiff Audrey D'onofrio filed this action on March 13, 2006 in the Superior Court of the District of Columbia, Civil Division. The case is styled <u>Audrey D'Onofrio v. SFX Sports Group, Inc., et al.</u>, CA No. 06-0002143 ("Complaint"). Among her claims, plaintiff seeks compensatory and punitive damages, including front pay, and reinstatement against defendants for alleged violations of the Equal Pay Act, 29 U.S.C. § 206(d)(1) with regard to her employment with SFX Sports Group, Inc. Plaintiff also seeks damages for alleged discrimination on the basis of her pregnancy, gender, and disability, alleged violation of the D.C. Family and Medial Leave Act and retaliation during her employment.

2. Plaintiff served the summons and Complaint on defendants on or about March 23, 2006. Pursuant to the Initial Order issued by the Superior Court of the District of Columbia, Civil Division, defendants are required to respond to the complaint within 20 days after service of the summons and complaint.

3. On April 11, 2006, the parties filed a Praecipe in the Superior Court of the District of Columbia, Civil Division, in which it was agreed to extend the period in which defendants may plead or otherwise respond to plaintiff's Complaint to, and including, May 1, 2006.

4. Defendants' Notice of Removal is filed within 30 days of service as required by 28 U.S.C. § 1446(b).

5. Plaintiff is a citizen of the Commonwealth of Virginia.

6. Defendants SFX Sports Group, Inc. and Live Nation, Inc. are corporations incorporated under the laws of the State of Delaware. Defendant Clear Channel Communications, Inc. is a corporation incorporated under the laws of the State of Texas.

7. The Complaint seeks compensatory damages, consequential damages, loss of income (including both front and back pay), pre and post judgment interest, cost of suit, punitive damages and reinstatement. The Complaint alleges that as a "direct and proximate result of Defendants' actions, plaintiff has suffered loss of income and other employment benefits . . . and damage to her personal and professional reputation justifying an award including, but not limited to, reinstatement to her position, reinstatement of her seniority rights, reclassification of her position to that commensurate with its responsibility (Vice President), lost income (back and front pay at an appropriate salary), interest on lost income, restoration of lost benefits, compensatory and punitive damages." See Complaint ¶ 42. The Complaint does not state a specific amount of damages. However, plaintiff's annual salary with SFX Sports Group, Inc. at

the time of the separation of her employment was approximately $87,418. Based upon plaintiff's demand that she receive relief of "both back pay - up to 3 years from the date of filing of this action, and front pay, at an appropriate salary," the amount in controversy in this case exceeds $75,000.

7. Based upon the federal question involving plaintiff's claim under the Equal Pay Act and, the diversity of the parties' citizenship and the amount in controversy, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

8. Attached hereto as Exhibit A are copies of all process, pleadings and orders served upon defendants in the action.

9. On April 14, 2006, defendants filed Defendants' Notice to Adverse Party of Removal of this action with the clerk of the Superior Court of the District of Columbia, Civil Division, a copy of which is attached hereto as Exhibit B, served the same on plaintiff and deposited a copy in the depository box for the assigned judge.

WHEREFORE, defendants respectfully request the removal of the action to this Court and that the Court order the record of the action to be filed in this Court.

Dated: April 14, 2006

BAKER & HOSTETLER LLP

By: _____
Jeannine P. Barnes (464810)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500
Fax: (202) 861-1783

Attorneys for Defendants
SFX Sports Group, Inc.
Live Nation, Inc.
Clear Channel Communications, Inc.
John Does 1 - 5

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006 a copy of the foregoing Defendants' Notice of Removal was served by regular mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814, and that a copy was deposited in the depository at the Courthouse for the Judge of the state court action.

_____
Jeannine P. Barnes