SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO,<br><br>Plaintiff,<br><br>v.<br><br>SFX SPORTS GROUP, INC., et al.<br><br>Defendant. | C.A. No. 2006-2143B<br>Judge Gerald I. Fisher<br>Next Event: Defendants' Answer<br>May 1, 2006 |

RECEIVED
Civil Clerk's Office
APR 14 2006
Superior Court of the
District of Columbia
Washington, D.C.

## NOTICE TO ADVERSE PARTY OF REMOVAL

PLEASE TAKE NOTICE that on April 14, 2006, defendants SFX Sports Group, Inc., Live Nation, Inc., Clear Channel Communications and John Does 1-5 (collectively "defendants"), through counsel, filed a Notice of Removal of the captioned lawsuit with the United States District Court for the District of Columbia. Attached as Exhibit A is a copy of the Notice of Removal.

Defendants request that this Court take no further action with regard to this case unless it is remanded pursuant to 28 U.S.C. § 1446(d).

Dated: April 14, 2006         BAKER & HOSTETLER LLP

By: _____
Johnine P. Barnes (464810)
Lee T. Ellis, Jr. (3683)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
(202) 861-1500
Fax: (202) 861-1783

Attorneys for Defendants
SFX Sports Group, Inc.
Live Nation, Inc.
Clear Channel Communications, Inc.
John Does 1 - 5

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006 a copy of the foregoing Notice to Adverse Party of Removal was served by regular mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814, and that a copy was deposited in the depository at the Courthouse for the Judge of this Calendar.

*Johnine P. Barnes*