UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) |
| SFX SPORTS GROUP, INC, et al. | ) |
| Defendants. | ) |

**SFX SPORTS GROUP, INC.'S RULE 26.1 DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for SFX Sports Group, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of SFX Sports Group, Inc. which have any outstanding securities in the hands of the public:

Live Nation, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/
Johnine P. Barnes (D.C. Bar No. 464810)
Lee T. Ellis, Jr. (D.C. Bar No. 3683)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 861-1500

Attorneys for Defendants
SFX Sports Group, Inc.
Live Nation, Inc.
John Does 1 - 5

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006 a copy of the foregoing SFX Sports Group Inc.'s Rule 26.1 Disclosure of Corporate Affiliations and Financial Interests was served by regular mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.

/s/ Johnine P. Barnes