UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) <br> ) |
| SFX SPORTS GROUP, INC, et al. | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

ANSWER OF DEFENDANT CLEAR CHANNEL COMMUNICATIONS, INC.

First Defense

The Complaint fails to state a claim upon which relief can be granted.

Second Defense

1.  Defendant Clear Channel Communications, Inc. (hereinafter "defendant" or "Clear Channel Communications") is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph 1 of the Complaint.

2.  Defendant denies the allegations contained in numbered paragraphs 2-4 of the Complaint, except that it admits that it is corporation incorporated under the laws of the State of Texas.  Clear Channel Communications further avers that it was the parent company of Clear Channel Entertainment and that it is a separate entity from SFX Sports Group, Inc.  Defendant further avers the operations of Live Nation, Inc. previously functioned under the name of Clear Channel Entertainment, and that it is a separate entity than Live Nation, Inc.

3.  Defendant denies the legal conclusions and allegations contained in numbered paragraphs 5 and 6 of the Complaint.

-2-

4. Defendant denies the legal conclusions contained in numbered paragraphs 7 and 8 of the Complaint.

5. Defendant denies the allegations contained in numbered paragraphs 9 – 15 of the Complaint.

6. Defendant denies the allegations contained in numbered paragraphs 16 - 20 of the Complaint. Defendant avers that Ms. Alaka Williams is not employed with it.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraphs 21 – 25 and 28 of the Complaint.

8. Defendant denies the allegations in numbered paragraphs 26 - 27 and 29 – 30 of the Complaint.

9. Defendant denies the legal conclusions and allegations contained in numbered paragraphs 31 – 34, 36 – 38, 40 – 42, 44 – 46, 48, 49, 51 – 56 of the Complaint.

10. Defendant denies every allegation of the Complaint that they have not otherwise specifically admitted.

### Third Defense

Defendant is not a proper party to this lawsuit.

### Fourth Defense

Defendant avers that plaintiff has failed to mitigate her alleged damages.

### Fifth Defense

Defendant avers that plaintiff's claims are barred by waiver and estoppel.

### Sixth Defense

Defendant avers that plaintiff's claims are barred by the statute of limitations.

WHEREFORE, defendant prays that the Complaint be dismissed with costs and attorneys fees against plaintiff.

        Respectfully submitted,

        BAKER & HOSTETLER LLP

        By:_____/s/_____
          Johnine P. Barnes (D.C. Bar No. 464810)
          Lee T. Ellis, Jr. (D.C. Bar No. 3683)
          1050 Connecticut Avenue, N.W.
          Suite 1100
          Washington, D.C.  20036
          (202) 861-1500

        Attorneys for Defendants
        Clear Channel Communications, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2006 a copy of the foregoing Answer of Defendant Clear Channel Communications, Inc. was served by regular mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.

        _____/s/_____
        Johnine P. Barnes

Case 1:06-cv-00687-JDB-JMF    Document 7    Filed 05/09/2006    Page 5 of 5