UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY "SHEBBY" D'ONOFRIO ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SFX SPORTS GROUP, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-0687 (JDB) |

**SCHEDULING ORDER**

Pursuant to the Initial Scheduling Conference held with the Court on May 23, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. Plaintiff shall file an amended complaint designating the five individuals currently referred to as John Does I-V within sixty (60) days from the entry of this order, by not later than July 24, 2006.

2. All initial disclosures shall be made by both parties in conformity with Federal Rule of Civil Procedure 26(a)(1). Expert witnesses shall be designated on or before the close of discovery, within 120 days from the entry of this order, by not later than September 21, 2006. All other expert witness reports and information shall be exchanged pursuant to the requirements of Federal Rule of

        Civil Procedure 26(a)(2).

3. With the exception of expert witness depositions, all discovery shall be completed within 120 days from the entry of this order, by not later than September 21, 2006. Expert witness depositions shall be completed within 150 days from the entry of this order, by not later than October 23, 2006.

4. Each side is hereby limited to ten (10) depositions. The number of interrogatories is hereby limited to twenty-five (25) per party (not to exceed the a total of seventy-five (75) for plaintiff).

5. Dispositive motions shall be filed within ninety (90) days from the close of discovery, by not later than November 22, 2006. Any oppositions shall be filed within thirty (30) days from the date on which the dispositive motion is served, by not later than December 21, 2006, and any replies shall be filed within fifteen (15) days from the date on which the opposition is served, by not later than January 5, 2006.

7. The parties shall appear for a status conference on September 15, 2006 at 9:00 a.m.

8. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

                                         /s/     John D. Bates
                                                John D. Bates
                                       United States District Judge

Dated: <u>    May 24, 2006    </u>

*Copies to*:

David E. Schreiber
4550 Montgomery Avenue
Suite 760N
Bethesda, MD 20814
(301) 951-1530
Fax: (301) 951-1599
Email: des913@covad.net
  *Counsel for plaintiff*


Johnine P. Barnes
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-5304
(202) 861-1633
Fax: (202) 861-1783
Email: jbarnes@bakerlaw.com
  *Counsel for defendant*