UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUDREY (SHEBBY) D'ONOFRIO | : | |
| Plaintiff | : | |
| v. | : | Case No.: 06-687 JDB |
| | : | Judge John D. Bates |
| SFX SPORTS GROUP, INC., et. al. | : | |
| Defendants | : | |

**CONSENT MOTION OF PLAINTIFF TO ENLARGE DISCOVERY**

Comes now the Plaintiff, by and through counsel, David E. Schreiber, Esq., with the consent of counsel for the Defendants, and moves this court pursuant to F.R.C.P. 6(b) to enlarge the time for discovery, as well as filing dates, by one (1) month. As grounds therefor the Plaintiff states as follows:

1. The initial scheduling order allowed four (4) months for discovery. Plaintiff's counsel believes that the discovery in this matter (interrogatories, request for production of documents, requests for admissions, depositions, reports of experts) will require additional time due to discovery regarding persons not located in this jurisdiction. Most of the individuals noted in Plaintiff's Rule 26a Statement are not within the parties' control and are located in either California or Texas.

2. Rather than belatedly make this request of the Court toward the end of discovery, Plaintiff's counsel requests that an additional one (1) month be added at this time so that there will be ample time to exchange substantial documents and information that will allow the parties to evaluate their respective positions.

1

3. It is not anticipated that the additional time will substantially impact the resolution or trial of this matter, other than to move the dates previously noted in this Court's Scheduling Order of May 23, 2006, by approximately one (1) month.[1] Matter # 6 of the Rule 16.1 Joint Report would be restated as follows:

Discovery:        150 days

ADR:              30-60 days after the close of discovery

Dispositive Motions: Begins 90 days after the close of discovery

Oppositions:      30 days after receipt of dispositive motion

Reply:            15 days after receipt of opposition

Decision:         60 days after filing of reply

4. This agreement would also extend the time by one (1) month for amending Plaintiff's complaint to name the "John Does" noted therein.

WHEREFORE, the premises considered, the Plaintiff, with the consent of the counsel for the Defendants, requests that the Court enlarge the time for discovery, good cause having been shown, by adding 1 month to the original 4 months allotted, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.

By:_____/s/_____

---

[1] The May 23, 2006 Scheduling Order mistakenly compute that dispositive motion had to be filed within ninety (90) days of the close of discovery, indicating that date to November 22, 2006, when it should have been December 20, 2006.

David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion of Plaintiff to Enlarge Time for Discovery, Memorandum and proposed order was sent by e mail and filed electronically, as well as by first class mail on July 19, 2006 to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304


_____/s/_____
David E. Schreiber, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUDREY (SHEBBY) D'ONOFRIO | : | |
| Plaintiff | : | |
| v. | : | Case No.: 06-687 JDB |
| | : | Judge John D. Bates |
| SFX SPORTS GROUP, INC., et. al. | : | |
| Defendants | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF PLAINTIFF TO ENLARGE DISCOVERY**

The Plaintiff, by and through counsel, David E. Schreiber, Esq., relies upon the following for purposes of this consent motion:

F.R.C.P. 6(b) states in pertinent part:

> (b) Enlargement. When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order...

Respectfully submitted,

DAVID E. SCHREIBER, P.C.

By:_____/s/_____
David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY (SHEBBY) D'ONOFRIO      :
                                :
         Plaintiff              :
                                :
v.                              :    Case No.: 06-687 JDB
                                :    Judge John D. Bates
                                :
SFX SPORTS GROUP, INC., et. al. :
                                :
         Defendants             :
................................:

**ORDER**

Upon consideration of the Consent Motion of Plaintiff to Enlarge Time for Discovery and good cause having been shown, it is by this Court this _____ day of _____, 2006

ORDERED, that the Consent Motion of Plaintiff to Enlarge Time for Discovery be, and the same is hereby, GRANTED, and discovery in this matter is enlarged by an additional month from September 21, until October 23, 2006, and it is

FURTHER ORDERED, that the Scheduling Order of May 23, 2006 shall be further modified such that the dates for expert witness deposition shall be enlarged so that the depositions shall be concluded not later than November 23, 2006, that dispositive motions shall be filed within ninety (90) days of the close of discovery, i.e. December 20, 2006, and that Matter # 6 of the Rule 16.1 Joint Report would be restated as follows:

   Discovery:         150 days

   ADR:               30-60 days after the close of discovery

   Dispositive Motions: Begins 90 days after the close of discovery

   Oppositions:       30 days after receipt of dispositive motion

Reply: 15 days after receipt of opposition

Decision: 60 days after filing of reply

and it is

FURTHER ORDERED, that Plaintiff may have an additional one (1) month, until August 24, 2006, to amend her complaint to name the "John Does" noted therein.

_____
JOHN D. BATES, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814


Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304