UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> : <br> SFX SPORTS GROUP, INC., et. al. : <br> : <br> Defendants : | Case No.: 06-687 JDB <br> Judge John D. Bates |

**JOINT MOTION TO ENLARGE TIME TO AMEND COMPLAINT
AND FOR DEFENDANTS TO RESPOND TO DISCOVERY**

Comes now the Plaintiff and Defendant, by and through counsel, David E. Schreiber, Esq., and Johnine P. Barnes, Esq. and move this court pursuant to F.R.C.P. 6(b), 26 and 33 to enlarge the time to amend complaint and for Defendants t respond to discovery. As grounds therefor the Plaintiff and Defendants state as follows:

1. Plaintiff consented for Defendants to produce its response to Plaintiff's initial discovery requests from August 23, 2006 to August 30, 2006. Plaintiff's counsel needs to review the responses to determine the identities of the individuals to be named as Jon Doe's for the purpose of amending the complaint as provided for in this Court's Scheduling Order. Plaintiff's counsel requests an enlargement of time until September 1, 2006 to amend the complaint.

2. It is not anticipated that the additional time will substantially impact the resolution or trial of this matter, other than to move the dates previously noted in this Court's Scheduling Order.

1

Respectfully submitted,

DAVID E. SCHREIBER, P.C.


By:_____/s/_____
David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff


_____/s/_____
Johnine P. Barnes, Esq. (DC Bar # 464810)
Lee T. Ellis, Jr. Esq. (DC Bar # 3683)
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No.: 06-687 JDB |
| : | Judge John D. Bates |
| : | |
| SFX SPORTS GROUP, INC., et. al. : | |
| : | |
| Defendants : | |

***MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
<u>JOINT MOTION TO ENLARGE TIME TO AMEND COMPLAINT
AND FOR DEFENDANTS TO RESPOND TO DISCOVERY</u>***

The Plaintiff and Defendants, by and through counsel, David E. Schreiber, Esq., and Johnine P. Barnes, Esq. rely upon F.R.C.P. 6(b as well as Rules 26 and 33 to enlarge time for discovery responses and for amending the complaint herein.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.

By:_____/s/_____
David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff

    _____/s/_____
    Johnine P. Barnes, Esq. (DC Bar # 464810)
    Lee T. Ellis, Jr. Esq. (DC Bar # 3683)
    Baker & Hostetler, LLP
    Washington Square, Suite 1100
    1050 Connecticut Ave., N.W.
    Washington, D.C. 20026-5304
    Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No.: 06-687 JDB |
| : | Judge John D. Bates |
| : | |
| SFX SPORTS GROUP, INC., et. al. : | |
| : | |
| Defendants : | |

## **ORDER**

Upon consideration of the Joint Motion to Enlarge Time to Amend Complaint and for Defendants to Respond to Discovery, and good cause having been shown, it is by this Court this _____ day of _____, 2006

ORDERED, that the Joint Motion to Enlarge Time to Amend Complaint and for Defendants to Respond to Discovery be, and the same is hereby, GRANTED, and Defendants may respond to Plaintiff's discovery by August 30, 2006 and Plaintiff may amend her complaint by September 1, 2006.

_____
JOHN D. BATES, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814


Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304