UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO,<br><br>Plaintiff,<br><br>v.<br><br>SFX SPORTS GROUP, INC, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-00687 (JDB)<br>) Next Event:<br>) Plaintiff's Amended Complaint:<br>) July 24, 2006<br>)<br>)<br>) |

## DEFENDANTS' INITIAL DISCOVERY DISCLOSURES

COMES NOW defendants SFX Sports Group, Inc., Live Nation, Inc., and Clear Channel Communications, Inc. (collectively "defendants"), by counsel, and make their initial discovery disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

A. The following persons are likely to have discoverable information that Defendants SFX Sports Group, Inc., Live Nation, Inc., and Clear Channel Communications, Inc. (hereinafter collectively "Defendants") may use to support their claims or defenses (unless solely for impeachment):

1. Alaka Williams
   Human Resources
   Live Nation, Inc.
   5335 Wisconsin Avenue, N.W.
   Suite 850
   Washington, DC 20015

2. Dan Rosier
   Senior Vice President, Human Resources
   Live Nation, Inc.
   9348 Civic Center Dr
   Beverly Hills, CA 90210

      3.      Julie Kennedy
            Vice President of Employee Development
            Live Nation, Inc.
            5335 Wisconsin Avenue, N.W.
            Suite 850
            Washington, DC  20015

      5.      Audrey D'Onofrio
            1450 Emerson Avenue, #309
            McLean, VA  22101

B.     The following items are categories of documents that, excluding those documents that are privileged attorney-client communications, or documents prepared in anticipation of litigation, or otherwise privileged or exempted from disclosure, are in the possession, custody and control of Defendants and that Defendants may use to support their claims or defenses, unless solely for impeachment:

      1.      Aubrey D'Onofrio's personnel file;

Item 1 is customarily maintained in the SFX Sports Group, Inc.'s offices. Defendants are continuing to investigate this matter and reserve the right to supplement or modify their response as their investigation requires.

C.     Defendants do not seek damages, per se, in this action; however, they have requested that upon the dismissal of Plaintiff's case that they be awarded their costs and attorneys' fees. No computation of these costs and fees exist at this time.

D. Defendants have no applicable policy of insurance that may be liable to satisfy part or all of any judgment.

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _____
Johnine P. Barnes (D.C. Bar No. 464810)
Lee T. Ellis, Jr. (D.C. Bar No. 3683)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 861-1500

Attorneys for Defendants SFX Sports Group, Inc.,
Live Nation, Inc. and Clear Channel Communications, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006 a copy of the foregoing Defendants' Initial Discovery Disclosures was served by regular mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.

_____
Johnine P. Barnes

3