# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

July 21, 2006

[RECEIVED JUL 24 2006]

Johnine P. Barnes
direct dial: 202.861.1633
jbarnes@bakerlaw.com

**VIA U.S. MAIL AND
FACSIMILE W/O ENCLOSURES (301-951-1599)**

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814-3304

Re:   <u>D'Onofrio v. SFX Sports Group, Inc., et al.</u>

Dear David:

Enclosed is a copy of Ms. D'Onofrio's personnel file produced in accordance with Defendants' Initial Discovery Disclosures in the captioned matter. Please note that certain proprietary information, e.g. Ms. D'Onofrio's social security number and bank information, have been redacted from the documents. In this regard, I will forward to your attention a protective order to be filed in this case upon your approval.

If you have any questions, please give me a call.

Sincerely,

Johnine P. Barnes

Enclosures

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC