UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO | : |
| Plaintiff | : |
| v. | : Case No.: 06-687 JDB |
| | : Judge John D. Bates |
| SFX SPORTS GROUP, INC., et. al. | : |
| Defendants | : |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Comes now Plaintiff, AUDREY (SHEBBY) D'ONOFRIO, by and through counsel, David E. Schreiber, Esq., and moves this court pursuant to F.R.C.P. 15 to amend her complaint. As grounds therefore, Plaintiff states as follows:

1. Plaintiff's original complaint referenced "John Doe's" as individual defendants to be named later. The Court has indicated in its scheduling orders that the Plaintiff could name the John Doe's at a later date. Based upon preliminary limited discovery received from the Defendants (said discovery is the subject of a motion to compel, for sanctions and to enlarge discovery) two(2) individuals are to be named at this time, Dan Rosier and Kimberley Wray.

2. Plaintiff's First Amended Complaint is attached hereto as Exhibit A. Pursuant to F.R.C.P. 15(c) the complaint should relate back to the date of filing of the original complaint in this matter, March 17, 2006.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.


By:_____/s/_____
David E. Schreiber, Esq., #152082
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUDREY (SHEBBY) D'ONOFRIO | : | |
| Plaintiff | : | |
| v. | : | Case No.: 06-687 JDB |
| | : | Judge John D. Bates |
| SFX SPORTS GROUP, INC., et. al. | : | |
| Defendants | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO AMEND COMPLAINT**

The Plaintiff, AUDREY (SHEBBY) D'ONOFRIO, by and through counsel, David E. Schreiber, Esq., relies upon F.R.C.P. 15, together with this Court's prior scheduling orders, for authority to amend the Plaintiff's complaint, provisionally, as noted above. Due to Defendants' failure to provide appropriate and adequate discovery the Plaintiff may be required to amend her complaint in the future to reflect information which will support claims against other individuals.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.

By:_____/s/_____
David E. Schreiber, Esq., #152082
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY (SHEBBY) D'ONOFRIO             :
                                      :
        Plaintiff                     :
                                      :
    v.                                :   Case No.: 06-687 JDB
                                      :   Judge John D. Bates
                                      :
SFX SPORTS GROUP, INC., et. al.       :
                                      :
        Defendants                    :
.....................................:

### ORDER

Upon consideration of Plaintiff's Motion Amend Complaint, any opposition thereto, and good cause having been shown, it is by this Court this _____ day of _____, 2006

ORDERED, that Plaintiff's Motion Amend Complaint be, and the same is hereby, GRANTED, and Plaintiff's First Amended Complaint be filed, *nunc pro tunc,* to the date of the original filing of this action, March 17, 2006.

_____
JOHN D. BATES, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304

C:\MyFiles\CLIENTS\Shebby\Pleadings\Motion to Amend Complaint.wpd