UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY(SHEBBY) D'ONOFRIO,<br><br>Plaintiff,<br><br>v.<br><br>SFX SPORTS GROUP, INC., et al.<br><br>Defendants. | Civil Action No.  06-0687 (JDB) |

### SCHEDULING ORDER

In light of the Joint Status Conference Report filed by the parties on October 10, 2006, and in accordance with the schedule announced in open court on this date, it is hereby

**ORDERED** that defendants shall submit an unredacted version of the business plan for in camera review by the Court, along with a memorandum not to exceed three pages explaining why they believe redactions to the document are necessary, by not later than November 1, 2006; it is further

**ORDERED** that plaintiff shall file by not later than November 1, 2006 a memorandum not to exceed three pages explaining her opposition to the redactions proposed by defendants and her basis for believing that the redacted material is relevant or may reasonably be expected to lead to relevant evidence; it is further

**ORDERED** that, with respect to plaintiff's request for information about the clients or prospective clients that defendant SFX has attempted to represent since 2000, the parties shall

meet and confer by not later than November 6, 2006, and that each party shall file with the Court by not later than November 7, 2006 a memorandum not to exceed five pages setting forth any remaining disagreements as to the production of the requested information and the legal bases for their positions; it is further

**ORDERED** that, with respect to plaintiff's request for electronically stored information not yet produced by defendants, the parties shall meet and confer by not later than November 6, 2006, and plaintiff shall submit to the Court as soon as possible a copy of its discovery requests seeking that information and shall highlight the relevant request(s) in accordance with the Court's instructions during the Status Conference held on this date; and it is further

**ORDERED** that the parties shall appear for a Status Conference before the Court at 9:30 a.m. on November 9, 2006, at which time they should be prepared to address any remaining discovery disputes, address the preservation/spoliation issue raised by plaintiff, and set a schedule for further proceedings in this case.

**SO ORDERED.**

    /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:    October 26, 2006