UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00687 (JDB) |
| ) | Next Event: Attorney Meet and Confer |
| SFX SPORTS GROUP, INC., et al. ) | Conference due by 11/6/2006 |
| ) | |
| Defendants. ) | |

NOTICE OF FILING OF IN-CAMERA MEMORANDUM
IN SUPPORT OF PROTECTIVE ORDER REGARDING
SFX SPORTS GROUP, INC.'S BUSINESS PLAN AND RELATED DOCUMENTS

Defendants SFX Sports Group, Inc., Live Nation, Inc. and Clear Channel Communications, Inc. have on November 1, 2006, filed their In-Camera Memorandum In Support of Protective Order with the Clerk of this Court.

BAKER & HOSTETLER LLP

By _____/s/_____
Johnine P. Barnes (D.C. Bar No. 464810)
Lee T. Ellis, Jr. (D.C. Bar No. 3683)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 861-1500

Attorneys for Defendants
SFX Sports Group, Inc.,
Live Nation, Inc. and
Clear Channel Communications, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) |
| | ) Next Event: Attorney Meet and Confer |
| SFX SPORTS GROUP, INC., et al. | ) Conference due by 11/6/2006 |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion for Entry of Protective Order and for good cause shown, it is by the Court this _____ of _____, 2006

ORDERED that the Business Plan and related documents of SFX Sports Group, Inc. be produced in redacted form.

                                                                                                _____
                                                                                                John D. Bates
                                                                                                United States District Judge