UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY (SHEBBY) D'ONOFRIO        :
                                 :
        Plaintiff                :
                                 :
v.                               :   Case No.: 06-687 JDB
                                 :   Judge John D. Bates
                                 :
SFX SPORTS GROUP, INC., et. al.  :
                                 :
        Defendants               :
.................................:

**PLAINTIFF'S MEMORANDUM REGARDING ELECTRONIC DISCOVERY ISSUES**
**AND**
**ENLARGEMENT OF TIME FOR DISCOVERY**

The Plaintiff, AUDREY (SHEBBY) D'ONOFRIO, by and through counsel, David E. Schreiber, Esq., requests this Court, pursuant to F.R.C.P. §§ 26, 33, 34, 37, 6(b), and 26 address outstanding discovery issues and the need for additional time for discovery. Previously, Plaintiff addressed some of these matters in her first Motion to Compel Discovery, for Sanctions and for Enlargement of Time for Discovery, the substance of which is incorporated herein by reference.

In a letter to Ms. Barnes on October 19, 2006 Ms. D'Onofrio's counsel stated as follows:

> In addition, since it appears that the defendants will not produce electronic data as I noted in our meetings, I will be formally requesting, pursuant to Rule 34 (unless defendants will informally agree) the use of a forensics expert to obtain the material which we believe is available but which has been withheld.  In preparation for the forensics expert, the following information is requested, in lieu of the need to depose a designee under a Rule 30(b)(6) deposition:
>
> With respect to Defendants' information technology systems:
> • Number, types and locations of computers currently in use and no longer in

1

- use;
- Past and present operating system and application software, including dates of use;
- Name and version of network operating system currently in use and no longer in use but relevant to the subject matters of this action;
- File-naming and location-saving conventions;
- Disk or tape labeling conventions;
- Backup and archival disk or tape inventories or schedules;
- Most likely location of electronic records relevant to the subject matters of this action;
- Backup rotation schedules and archiving procedures, including any backup programs in use at any relevant time:
- Electronic records management policies and procedures;
- Corporate policies regarding employee use of company computers and data;
- Identities of all current and former personnel who have or had access to network administration, backup, archiving, or other system operations during any relevant time period.

Defendants' counsel has indicated that the Defendants' will produce this information for Ms. D'Onofrio's forensic expert, Kroll OnTrack, in anticipation of a detailed review of Defendants' electronic data, to which they will not object.

The focus of the investigation will be directed at obtaining material, data, e mails, etc. pertaining to the document requests previously propounded upon the Defendants. Each defendant received essentially the same document requests. As direct by the Court attached hereto as an exhibit is a copy of the Document Request to SFX, with pertinent numbered requests highlighted in yellow, which will generally be the subject of the forensic investigation.

Aside from the issues of electronic discovery, the parties have conferred regarding other discovery disputes and will report to the Court on November 9, 2006 as to their agreements and disagreements. Lastly, Ms. D'Onofrio will request that the Court enlarge the time for discovery, given the need for the forensic investigation.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.

By:_____/s/_____
David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff

C:\MyFiles\CLIENTS\Shebby\Pleadings\Discovery\MOTIONS\Memo to Judge Bates Nov 8.wpd