UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY(SHEBBY) D'ONOFRIO,<br><br>Plaintiff,<br><br>v.<br><br>SFX SPORTS GROUP, INC., et al.<br><br>Defendants. | Civil Action No. 06-0687 (JDB) |

## SCHEDULING ORDER

In light of the Status Conference held on this date, and upon consideration of the entire record herein, it is hereby **ORDERED** that the discovery schedule previously entered in this case is modified as follows:

1. All discovery shall be completed by not later than April 6, 2007;

2. Plaintiff's Rule 26(a)(2) disclosures shall be due sixty (60) days before the close of discovery, by not later than February 5, 2007; defendants' Rule 26(a)(2) disclosures shall be due thirty (30) days before the close of discovery, by not later than March 7, 2007. All expert depositions shall be completed prior to the close of discovery, by not later than April 6, 2007;

3. Dispositive motions are due by not later than May 11, 2007, with oppositions due by not later than June 13, 2007, and replies, if any, due by not later than June 27, 2007;

4. The parties shall appear for a status conference on April 5, 2007 at 9:00 a.m.

**SO ORDERED.**


                                  /s/   John D. Bates  
                                       JOHN D. BATES  
                                 United States District Judge

Dated:   November 9, 2006