# *David E. Schreiber, P.C.*

*Attorney at Law*
*4550 Montgomery Avenue, Suite 760N, Bethesda, Maryland 20814-3304*
*Area Code 301 951-1530   Facsimile 301 951-1599*
*E mail address "des913@covad.net"*

October 19, 2006

BY FACSIMILE:

Johnine P. Barnes, Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304

                                          Re:    D'Onofrio v. SFX Sports Group, Inc., et. al
                                                   Case No. 06-687JDB

Dear Johnine:

      Pursuant to our second discovery conference held at my office on October 6, 2006 you were to provide further information and documentation responsive to our discovery propounded on July 24, 2006. Having recently received your "supplemental" answers and responses regarding SFX (which would apply to the discovery propounded on the other defendants), I must note our dissatisfaction with the substance of your answers and responses. Given your desire to depose Ms. D'Onofrio, it is imperative that we have complete information and records. I am attaching a list of items quickly compiled by my law clerk which, *inter alia*, must be addressed so that productive discovery can take place. In addition, I would ask that you produce complete and unredacted copies of the documents previously produced for us in light of the fact that you have not filed a motion to support a unilateral withholding of information.

      I would appreciate your indicating when this material will be provided. If you and your clients are not so inclined to provide this material prior to your proposed deposition of the Plaintiff, I will request a telephone conference call with Judge Bates to attempt to amicably resolve our concerns, and to postpone the deposition, without the need for a formal motion.

Johnine P. Barnes, Esq.
October 19, 2006
Page 2

In addition, since it appears that the defendants will not produce electronic data as I noted in our meetings, I will be formally requesting, pursuant to Rule 34 (unless defendants will informally agree) the use of a forensics expert to obtain the material which we believe is available but which has been withheld. In preparation for the forensics expert, the following information is requested, in lieu of the need to depose a designee under a Rule 30(b)(6) deposition:

With respect to Defendants' information technology systems:
- Number, types and locations of computers currently in use and no longer in use;
- Past and present operating system and application software, including dates of use;
- Name and version of network operating system currently in use and no longer in use but relevant to the subject matters of this action;
- File-naming and location-saving conventions;
- Disk or tape labeling conventions;
- Backup and archival disk or tape inventories or schedules;
- Most likely location of electronic records relevant to the subject matters of this action;
- Backup rotation schedules and archiving procedures, including any backup programs in use at any relevant time:
- Electronic records management policies and procedures;
- Corporate policies regarding employee use of company computers and data;
- Identities of all current and former personnel who have or had access to network administration, backup, archiving, or other system operations during any relevant time period.

I look forward to your response. Please be further advised that this letter is written without prejudice to my client's legal rights and interests. Thank you.

>Very truly yours,
>
>DAVID E. SCHREIBER, P.C.
>
>By:_____
>David E. Schreiber, Esq.

Enclosure
DES/jm
cc:     Ms. Audrey (Shebby) D'Onofrio
C:\MyFiles\CLIENTS\Shebby\Letters\Barnes 9.wpd