# David E. Schreiber, P.C.

*Attorney at Law*
4550 Montgomery Avenue, Suite 760N, Bethesda, Maryland 20814-3304
Area Code 301 951-1530   Facsimile 301 951-1599
E mail address "des913@covad.net"

November 8, 2006

BY FACSIMILE:

Johnine P. Barnes, Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304

          Re: D'Onofrio v. SFX Sports Group, Inc., et. al
             Case No. 06-687JDB

Dear Johnine:

  Pursuant to our third discovery conference held at your office on November 1, 2006, I am writing to clarify and place some limitations on a few of Plaintiff's Request for Production of Documents. Specifically, Plaintiff will limit SFX [and corresponding requests to the other defendants] #8 as follows:

  All documents relating to inquiries or investigations conducted independent of current counsel, as a result of Plaintiff's claim or allegation of discrimination.

  Secondly, Plaintiff will limit SFX [and corresponding requests to the other defendants] #32, #33, and #34 by eliminating the following characterizations: religion and national origin.

  SFX #48 [and corresponding requests to the other defendants] is limited to "Any and all documents pertaining to public relations and/or marketing job descriptions or job qualifications."

  At our meeting you indicated that you will supplement Howard Schacter's information in writing but not in document form because his information is only requested in the Interrogatories, not in the Request for Production of Documents. As I noted, Mr. Schacter is similarly situated with Ms. D'Onofrio. You indicated that you will not formally concede that point and therefore will not give us Howard Schacter's personnel file unless

Johnine P. Barnes, Esq.
November 8, 2006
Page 2

specifically requested. As I stated yesterday I will not argue that your turning the material over to us is a concession that the two are similarly situated. In any event, as you stated yesterday, this letter is a formal request for Mr. Schacter's personnel file, in addition to other related requests dealing with Mr. Schacter.

I am also reprinted my e mail regarding the list of athletes and our agreement regarding "pitches" and "contracts", for ease of reference for the Court, if necessary.

The following is a sample of the athletes directly represented by Ms. D'Onofrio. She not only oversaw individual public relations but also pitches for entire group i.e. golf, tennis etc. Without conceding our possible need for other material, at this time we would request both the contracts and pitches for the following people:

**TENNIS**

Andre Agassi
Mike and Bob Bryan [double team]
Mardy Fish
Andy Roddick
Justine Henin-Hardenne
Paradorn Schichaphan

**GOLF**

John Daly

**FOOTBALL**

Roy Williams
Eric Crouch
Jerry Rice
Bryant Mckinnie
Duece McAllister

**OLYMPICS**

Gail Devers
Tyler Hamilton

**BROADCASTING**

Linda Cohn-ESPN

Johnine P. Barnes, Esq.
November 8, 2006
Page 3

**BASEBALL**

Reuben Rivera
Mariano Rivera
Jim Thome

      Going forward from September 2005 to the present, I am advised that SFX et al maintain all of the "pitch's" on their computer. I was reminded that we produced for you the pitch for Justine Henin-Hardenne in our initial Rule 26 production. This is the type of material that is easily accessible to your clients. We would request that you give us the names of all of the athletes either pitched or signed in this 14 month period. We will then select a reasonable number of athletes for which your clients will produce the pitches and/or contracts. I am advised by Ms. D'Onofrio that the material is still maintained on the defendants' computer systems, and is readily accessible.

      Lastly, as per Judge Bates's order, I will be filing an highlighted copy of SFX's Responses to Request for Production of Documents together with a short Memorandum regarding the electronic discovery necessary in this case.

      I look forward to seeing you tomorrow. Please be further advised that this letter is written without prejudice to my client's legal rights and interests. Thank you.

      Very truly yours,

      DAVID E. SCHREIBER, P.C.


      By:_____
      David E. Schreiber, Esq.

DES/jm
cc:    Ms. Audrey (Shebby) D'Onofrio
C:\MyFiles\CLIENTS\Shebby\Letters\Barnes 10a.wpd