## Barnes, Johnine

| | |
|---|---|
| **From:** | David E. Schreiber [des913@covad.net] |
| **Sent:** | Friday, January 19, 2007 4:14 PM |
| **To:** | Barnes, Johnine |
| **Subject:** | RE: D'Onofrio v SFX et al |



Memo jan 18.pdf
(50 KB)

Johnine,
I just returned from jury duty and have read your e mail.
We did not discuss who would prepare the filing; I especially did not promise to prepare it, in light of my leaving from the meeting to fly to London.
I am not available on the 26th for a deposition; I have a hearing in Montgomery County Circuit Court that morning.  More importantly, until you produce what has been requested for some 7 months, we will not acquiesce in a deposition, especially one whose open-ended notice indicates adjournments and continuing day to day. Attached is my draft of a memo that I will file separately , unless you wish to add your information which you can forward to me.

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Ave., Suite 760N
Bethesda, MD 20814
o) 301 951 1530
f) 301 951 1599


CONFIDENTIALITY NOTICE
This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301-951-1530, or by return e-mail, immediately. Thank you.
-----Original Message-----
From: Barnes, Johnine [mailto:jbarnes@bakerlaw.com]
Sent: Friday, January 19, 2007 3:16 PM
To: David E. Schreiber
Subject: RE: D'Onofrio v SFX et al

David,

I am sorry that you are not feeling well.  I did not draft the conference report based upon our agreement that you would draft it at the discovery meeting.  I anticipated putting in objections/areas of disagreement as you did when I drafted the last statement. If you are not going to have a statement prepared, I will file a separate statement. Please advise with clarity whether you will prepare the statement.

With regard to plaintiff's deposition, I am not willing to withdraw the notice at this point.  If your client would like to move the deposition to Jan. 26, I am agreeable to that day.  For your information, I am producing supplemental discovery responses that will be served either this afternoon or Monday.

JPB
-----Original Message-----
From: David E. Schreiber [mailto:des913@covad.net]
Sent: Friday, January 19, 2007 11:35 AM
To: Barnes, Johnine

1

Subject: RE: D'Onofrio v SFX et al

Johnine,

I just listened to your phone message. My draft is not ready [have had a cold for 2 days which has hampered my ability to work] I have to leave for jury duty at Montgomery County Circuit Court. I will return to the office about 5:30 and will pick up where I left off. Given our disagreements at the meeting, adding additional time for discovery as well as the substantive issues, a joint statement may not work. If you have a draft that you can send I will address it later today. I am also advised that the Shebby's are out of town from the 29th of January to the 4th of February. As to medical records, my law clerk has requested a certification from the ob/gyn. David E. Schreiber, Esq. David E. Schreiber, P.C. 4550 Montgomery Ave., Suite 760N Bethesda, MD 20814

o) 301 951 1530
f) 301 951 1599

CONFIDENTIALITY NOTICE
This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301-951-1530, or by return e-mail, immediately. Thank you.


This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law.  If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are present in this
email, or any attachment, that have arisen as a result
of e-mail transmission.