**From:** Barnes, Johnine
**Sent:** Thursday, January 18, 2007 11:44 AM
**To:** 'David E. Schreiber'
**Subject:** RE: D'Onofrio v SFX et al

David,

I received your Notice of Deposition. Do you have any information regarding your forensic expert? Also, have you prepared a draft of the status report so that I may put my information in it? Finally, can you advise as to whether your client is going to sign and return the release for her medical records. Thank you.

JPB

> -----Original Message-----
> **From:** David E. Schreiber [mailto:des913@covad.net]
> **Sent:** Wednesday, January 17, 2007 4:14 PM
> **To:** Barnes, Johnine
> **Cc:** 'David E. Schreiber'
> **Subject:** RE: D'Onofrio v SFX et al
>
> Johnine,
> I trust you had a good vacation.
> As per your request, attached is a separate Rule 30(b)(6) notice of deposition for Defendant's IT person.
> Regards.
>
> David E. Schreiber, Esq.
> David E. Schreiber, P.C.
> 4550 Montgomery Ave., Suite 760N
> Bethesda, MD 20814
> o) 301 951 1530
> f) 301 951 1599
>
>
> CONFIDENTIALITY NOTICE
>
> This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301-951-1530, or by return e-mail, immediately. Thank you.
>
>> -----Original Message-----
>> **From:** Barnes, Johnine [mailto:jbarnes@bakerlaw.com]
>> **Sent:** Thursday, December 28, 2006 6:33 PM
>> **To:** David E. Schreiber
>> **Subject:** RE: D'Onofrio v SFX et al
>>
>> David,
>>
>> I am available for a conference call with Judge Bates late Wednesday, January 3. At that time, I will reiterate to him, as I have stated to you and was discussed during the Status Conference and considered by Judge Bates in setting discovery deadlines, that I was unavailable from the end of November until the week before Christmas in trial in SDNY and that my client has been unavailable over the Christmas Holiday. I will inform him, as I have you, that I will discuss the production of additional documents upon my client's return next week. Again, in that regard,

please provide me with a 30(b)(6) designation regarding the IT person whom you would like to depose. Finally, please advise whether you are willing to produce your client for deposition the end of January. Thank you.

JPB


-----Original Message-----
**From:** David E. Schreiber [mailto:des913@covad.net]
**Sent:** Thursday, December 28, 2006 5:15 PM
**To:** Barnes, Johnine
**Cc:** 'David E. Schreiber'
**Subject:** D'Onofrio v SFX et al

Johnine,
I called you earlier today regarding my letter of December 27th and your short letter which did not respond to my request for promised discovery information and material.
Since I have to leave my office and have not heard from you, you should be advised that your failure to address the many issues outstanding did not go unnoticed.
As I indicated in my letter, I will seek the Court's assistance in that regard.
Tomorrow, I will arrange for a conference call with Judge Bates for late Wednesday, the 3rd of January, if we do not resolve my concerns before then.
As for a date for the IT person, if necessary it will be January 18th, to accommodate your unavailability. The substance of the requested information is the same as generally outlined in my November 8th Memorandum filed with the Court, which noted your agreement to providing the Plaintiff with the requested IT information (a copy of which is attached).
Thank you.

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Ave., Suite 760N
Bethesda, MD 20814
o) 301 951 1530
f) 301 951 1599



CONFIDENTIALITY NOTICE

This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301-951-1530, or by return e-mail, immediately. Thank you.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,

we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

1/19/2007