UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY(SHEBBY) D'ONOFRIO,

    Plaintiff,

    v.

SFX SPORTS GROUP, INC., et al.

    Defendants.

Civil Action No.  06-0687 (JDB)

## SCHEDULING ORDER

In light of the Status Conference held on this date, and upon consideration of the status reports filed by the parties on January 19, 2007, and entire record herein, it is hereby

**ORDERED** as follows:

1. All discovery shall be completed by not later than May 21, 2007.

2. In accordance with the Court's oral rulings at the Status Conference held on this date, defendants shall revisit plaintiff's discovery requests - - some of which plaintiff has agreed to narrow - - and supplement their production of written discovery and answers to interrogatories by not later than February 20, 2007.

3. Also by not later than February 20, 2007, plaintiff shall supplement her discovery responses regarding the authentication and completeness of her medical records.

4. The deposition of defendants' information-technology designee pursuant to Fed. R. Civ. P. 30(b)(6) shall proceed as scheduled on February 5, 2007; defendants

shall not, however, depose plaintiff until after the February 20, 2007 deadline for supplementation of written discovery responses.

5. If, after meeting their obligation to work openly and collegially with opposing counsel, either party continues to believe that responsive information has been improperly withheld, that party may file a motion to compel production; failure to comply with the governing federal and local rules, as well as with the Court's rulings throughout the discovery process, will subject a party to sanctions.

6. Given the extension of the discovery period, dispositive motions are now due by not later than June 22, 2007, with oppositions due by not later than July 25, 2007, and replies, if any, due by not later than August 8, 2007;

7. The parties shall file a joint status report, not to exceed three pages, by not later than March 14, 2007; if, however, the parties cannot agree on a joint status report, each party shall file by not later than March 14, 2007 a status report not to exceed two pages.

8. The Status Conference previously set for April 5, 2007 is cancelled, and is rescheduled for March 21, 2007 at 9:00 a.m.

**SO ORDERED.**

       /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated: January 29, 2007