UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB)<br>) Next Event: Status Conference |
| SFX SPORTS GROUP, INC., et al. | ) 3/21/07 ) ) |
| Defendants. | ) ) |

DEFENDANTS' STATUS CONFERENCE REPORT

Comes now defendants SFX Sports Group, Inc., Live Nation, Inc. and Clear Channel Communications, Inc. (collectively, "defendants") and hereby file their Status Conference Report pursuant to the Court's Order of January 29, 2007.

I.   WRITTEN DISCOVERY

   A.   Defendants' Objections, Responses and Answers To Plaintiff's Written Discovery

On February 20, 2007, defendants served on plaintiff supplemental discovery responses, which included documents responsive to plaintiff's interrogatories and document requests, including electronic communications and documents composed by and to plaintiff. Defendants' counsel notified plaintiff's counsel of the discovery of the communications and documents on February 13, 2007. At plaintiff's counsel's request, defendants produced all of the communications and documents, regardless of relevancy and responsiveness. Defendants subsequently reproduced the electronic communications in their native form as discovered, at plaintiff's request. Additionally, at plaintiff's request, defendants served on plaintiff supplemental responses identifying to which requests the approximate 60,000 communications and documents produced are responsive.

    B.    <u>Plaintiff's Objections and Responses to Defendants' Written Discovery</u>

On February 20, 2007, plaintiff supplemented her discovery responses to include her medical files.

## II.    DEPOSITIONS

    A.    <u>Plaintiff's Fed. R. Civ. P. 30(b)(6) Depositions</u>

On February 21, 2007, plaintiff took the deposition of Joe Shannon, Chief Technology Officer, Clear Channel Communications, Inc., who was designated as the corporate representative to respond to plaintiff's technical Rule 30(b)(6) Notice to Defendant SFX Sports Group, Inc. ("SFX"), regarding the discovery of plaintiff's electronic communications during her employment with SFX.

Plaintiff has not noticed any other depositions in the case or requested the availability of any other witnesses.

    B.    <u>Deposition of Plaintiff</u>

On March 1, 2007, defendants deposed plaintiff Audrey D'Onofrio. Defendants have not subpoenaed any other persons in the case.

                      BAKER & HOSTETLER LLP

                      By:    /s/
                          Johnine P. Barnes (D.C. Bar No. 464810)
                          Lee T. Ellis, Jr. (D.C. Bar No. 3683)
                          1050 Connecticut Avenue, N.W.
                          Suite 1100
                          Washington, D.C. 20036
                          (202) 861-1500

                      Attorneys for Defendants SFX Sports Group, Inc.,
                      Live Nation, Inc. and Clear Channel Communications, Inc.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, a copy of the foregoing Defendants' Status Conference Report was served by U.S. mail, postage prepaid, on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.

/s/
Johnine P. Barnes