# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

February 13, 2007

Johnine P. Barnes
direct dial: 202.861.1632
jbarnes@bakerlaw.com

VIA FACSIMILE
AND U.S. MAIL

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814-3304

Re:   D'Onofrio v. SFX Sports Group, Inc., et al.

Dear David:

Please be advised that defendants have been able to retrieve plaintiff's electronic documents from her employment with SFX Sports Group, Inc. ("SFX") on a server system that was established by Clear Channel Communications, Inc. ("CCU") in connection with a separate and unrelated legal matter. It is my understanding that the documents are voluminous. It is practical for the parties to agree upon search terms to limit the production of documents that are agreed to be relevant to the case. Please let me know what terms you would like searched and I will advise if there is any objection to the same. It is anticipated that defendants will supplement its discovery responses with the documents by week's end, which should obviate the need to conduct the Rule 30(b)(6) Notice of Deposition regarding the production of electronic documents. However, in the event that it is still necessary to conduct the deposition, Mr. Joseph Shannon, head of CCU Information Technology, is available for deposition on either February 20 or 21, 2007.

Additionally, can you please advise me of the status of the production of the certification of plaintiff's medical records. Also, per my January 31, 2007 correspondence, please advise me whether plaintiff is available for her deposition on February 26 or 28. Thank you.

Sincerely,

Johnine P. Barnes

cc: Lee T. Ellis, Jr.

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

*** TOTAL PAGE.02 ***