AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AUDREY (SHEBBY) D'ONOFRIO

V.

SFX SPORTS GROUP, INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-687JDB

TO: (Name and address of Defendant)

KIMBERLY WRAY
C/O Clear Channel Communications Inc.
200 Basse Rd.
San Antonio, TX 78209

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Schreiber, Esq., #152082
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814
(301) 951-1530

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY 7 2007

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) Alberto H. Sanchez | TITLE Texas P.P.S. #SC1668 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 206 E. Locust San Antonio, TX. 78212

☐ ~~Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.~~

Name of person with whom the summons and complaint were left: Kimberly Wray

5/9/07

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES Del 4 Times Rush Request | TOTAL $80.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 09, 2007
  Date            Signature of Server

Address of Server: 206 E. Locust - San Antonio TX 78212

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.