UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUDREY(SHEBBY) D'ONOFRIO,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SFX SPORTS GROUP, INC., et al.**<br><br>**Defendants.** | Civil Action No.  06-0687 (JDB) |

## ORDER

Upon consideration of [35, 37] plaintiff's second motion to compel discovery and for sanctions, and the entire record herein, and for the reasons stated in open court at the Status Conference held on this date, it is this 18th day of May, 2007, hereby

**ORDERED** that plaintiff's second motion to compel discovery and for sanctions is referred to Magistrate Judge Facciola for resolution pursuant to LCvR 72.2; it is further

**ORDERED** that defendants shall file their response to plaintiff's motion in accordance with the deadlines set forth in LCvR 7(b) and Rule 6 of the Federal Rules of Civil Procedure, pending any subsequent order by Magistrate Judge Facciola; it is further

**ORDERED** that this case is referred to Magistrate Judge Facciola for management of the discovery process; and it is further

**ORDERED** that the current discovery deadline of July 19, 2007 shall remain in place

pending any subsequent order by Magistrate Judge Facciola.

**SO ORDERED**.


          /s/    John D. Bates
JOHN D. BATES
United States District Judge

Dated:  May 18, 2007