UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO,<br><br>Plaintiff,<br><br>v.<br><br>SFX SPORTS GROUP, INC., *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-00687<br>) (JDB)<br>) Next Event: Discovery Closes<br>) 7/19/07<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
## TO FILE ANSWER OR OTHER INITIAL RESPONSIVE PLEADING

Comes now defendant, Kimberly Wray, by counsel, with the consent of plaintiff Audrey (Shebby) D'Onofrio through counsel, and requests that the time for filing her answer or other initial responsive pleading in this case be enlarged to and including June 1, 2007, and as grounds therefor refers to the Memorandum of Points and Authorities attached hereto and made a part hereof. The discussion required by Local Civil Rule 7.1(m) has occurred, and this Motion is unopposed.

1

WHEREFORE, Ms. Wray requests that the time for filing its answer or other initial responsive pleading be enlarged through and including June 1, 2007.

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/          Johnine P. Barnes
    Johnine P. Barnes (D.C. Bar No. 464810)
    Lee T. Ellis, Jr. (D.C. Bar No. 3683)
    1050 Connecticut Avenue, N.W.
    Suite 1100
    Washington, D.C. 20036
    (202) 861-1500

Attorneys for Defendants Kimberly Wray,
SFX Sports Group, Inc., Live Nation, Inc.
and Clear Channel Communications, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO,<br><br>Plaintiff,<br><br>v.<br><br>SFX SPORTS GROUP, INC., *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-00687<br>) (JDB)<br>) Next Event: Discovery Closes<br>) 7/19/07<br>)<br>)<br>) |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b), Federal Rules of Civil Procedure.

2. Defendant Kimberly Wray recently was added as a party in the above-cited case and was served with a copy of the Amended Complaint on May 9, 2007. Her answer or other initial responsive pleading is currently due on May 29, 2007.

3. Counsel for plaintiff Audrey (Shebby) D'Onofrio has been contacted and consents to the requisite extension to allow time to analyze whether Ms. Wray should be a named-defendant in the case. Plaintiff's counsel does not oppose this motion.

4. The requested enlargement of time does not prejudice any party and will not delay the trial of this case.

1

WHEREFORE, defendant Kimberly Wray requests that the time for filing her answer or other initial responsive pleading be enlarged through and including June 1, 2007.

>Respectfully submitted,
>
>BAKER & HOSTETLER LLP
>
>By: /s/       Johnine P. Barnes
>    Johnine P. Barnes (D.C. Bar No. 464810)
>    Lee T. Ellis, Jr. (D.C. Bar No. 3683)
>    1050 Connecticut Avenue, N.W.
>    Suite 1100
>    Washington, D.C. 20036
>    (202) 861-1500
>
>Attorneys for Defendants Kimberly Wray,
>SFX Sports Group, Inc., Live Nation, Inc.
>and Clear Channel Communications, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007 a copy of the foregoing Unopposed Motion for Enlargement of Time to File Answer or Other Initial Responsive Pleading was served by regular mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.

>/s/ Johnine P. Barnes
>Johnine P. Barnes

2