UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-00687 |
| | ) (JDB) |
| | ) Next Event: Discovery Closes |
| SFX SPORTS GROUP, INC., *et al.* | ) 7/19/07 |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

Upon consideration of Defendant Kimberly Wray's Unopposed Motion for

Enlargement of Time to File Answer or Other Initial Responsive Pleading and for good

cause shown, it is by the Court this _____ of _____, 2007

ORDERED AND ADJUDGED that the same shall be, and hereby is GRANTED,

and the time for defendant Kimberly Wray's filing of an answer or other initial

responsive pleading is extended to, and including, June 1, 2007.


_____
Judge John D. Bates
United States District Judge


Johnine P. Barnes, Esq.
Lee T. Ellis, Jr., Esq.
Baker & Hostetler, LLP
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 861-1500

David E. Schreiber, Esq.
David E. Schreiber, P.C.,
4550 Montgomery Avenue,
Suite 760N,
Bethesda, MD 20814
(301) 951-1530