UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00687 (JDB) |
| ) | Next Event: Discovery Closes |
| SFX SPORTS GROUP, INC., et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of Plaintiff's Second Motion to Compel Discovery, and for Sanctions, and Defendants' Opposition to Plaintiff's Second Motion to Compel Discovery, and For Sanctions, it is by this Court this _____ day of _____, 2007,

ORDERED, that Plaintiff's Second Motion to Compel Discovery, and for Sanctions be, and the same is hereby, DENIED, and it is

FURTHER ORDERED, that defendants are awarded attorneys' fees and costs associated with the filing of its opposition to the instant Motion.

_____
John D. Bates, Judge
United States District Court For
The District of Columbia

-25-

Copies to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20026-5304

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, MD  20814