**EXHIBIT 11**

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

February 13, 2007

Johnine P. Barnes
direct dial: 202.861.1633
jbarnes@bakerlaw.com

VIA FACSIMILE
AND U.S. MAIL

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814-3304

Re:    D'Onofrio v. SFX Sports Group, Inc., et al.

Dear David:

Please be advised that defendants have been able to retrieve plaintiff's electronic documents from her employment with SFX Sports Group, Inc. ("SFX') on a server system that was established by Clear Channel Communications, Inc. ("CCU") in connection with a separate and unrelated legal matter. It is my understanding that the documents are voluminous. It is practical for the parties to agree upon search terms to limit the production of documents that are agreed to be relevant to the case. Please let me know what terms you would like searched and I will advise if there is any objection to the same. It is anticipated that defendants will supplement its discovery responses with the documents by week's end, which should obviate the need to conduct the Rule 30(b)(6) Notice of Deposition regarding the production of electronic documents. However, in the event that it is still necessary to conduct the deposition, Mr. Joseph Shannon, head of CCU Information Technology, is available for deposition on either February 20 or 21, 2007.

Additionally, can you please advise me of the status of the production of the certification of plaintiff's medical records. Also, per my January 31, 2007 correspondence, please advise me whether plaintiff is available for her deposition on February 26 or 28. Thank you.

Sincerely,

Johnine P. Barnes

cc:   Lee T. Ellis, Jr.

Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC

# EXHIBIT 12

| | |
|---|---|
| **From:** | Barnes, Johnine |
| **Sent:** | Thursday, February 15, 2007 3:28 PM |
| **To:** | 'David E. Schreiber' |
| **Subject:** | RE: D'Onofrio v SFX et al |

David,

Do you have any particular search terms to use for the electronic production?  Also, please advise me as to the request for information regarding plaintiff's medical information and the scheduling of plaintiff's deposition.  Thank you.

JPB

     -----Original Message-----
     **From:** David E. Schreiber [mailto:des913@covad.net]
     **Sent:** Thursday, February 15, 2007 3:03 PM
     **To:** Barnes, Johnine
     **Cc:** 'David E. Schreiber'
     **Subject:** RE: D'Onofrio v SFX et al

     Johnine,
     I have reviewed your letter of February 23, 2007 with my client.  We are certainly surprised, at the very least, that your clients have now been able to locate all of the requested material after these many months.  While we expect to receive the material requested and ordered by the court, on the 20th, we will depose your client's representative on February 21, 2007 at my office, beginning a 10 a.m.  The amended notice of deposition still obtains as to the scope of the inquiry, subject to what may be produced on the 20th.
     Thank you.


     David E. Schreiber, Esq.
     David E. Schreiber, P.C.
     4550 Montgomery Ave., Suite 760N
     Bethesda, MD 20814
     o) 301 951 1530
     f) 301 951 1599


     CONFIDENTIALITY NOTICE

     This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301-951-1530, or by return e-mail, immediately. Thank you.

     -----Original Message-----
     **From:** Barnes, Johnine [mailto:jbarnes@bakerlaw.com]
     **Sent:** Wednesday, February 07, 2007 12:40 PM
     **To:** David E. Schreiber
     **Subject:** RE: D'Onofrio v SFX et al

     David,

     The client is trying to clear the date as the witness is involved in several projects that hinder his ability to take the

time to travel away from the office. In this regard, since you are insistent upon having a live witness and defendants would like to press ahead with the discovery, are you amenable to conducting the deposition in San Antonio if defendants pay the reasonable cost for your travel? I am sure that the weather in San Antonio is a lot better than the cold and snow that we are having in DC. In this instance we will be able to reschedule the deposition as the Company executive will not be required to travel to respond for a non-substantive deposition that is expected to be relatively short. In the meantime, we are working to find a break in his schedule so that he can travel. I will await your response. Thank you.

JPB

-----Original Message-----
**From:** David E. Schreiber [mailto:des913@covad.net]
**Sent:** Wednesday, February 07, 2007 10:32 AM
**To:** Barnes, Johnine
**Cc:** 'David E. Schreiber'
**Subject:** RE: D'Onofrio v SFX et al

Johnine,
Where do we stand with the deposition of your IT person?

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Ave., Suite 760N
Bethesda, MD 20814
o) 301 951 1530
f) 301 951 1599

CONFIDENTIALITY NOTICE

This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301-951-1530, or by return e-mail, immediately. Thank you.

-----Original Message-----
**From:** Barnes, Johnine [mailto:jbarnes@bakerlaw.com]
**Sent:** Tuesday, February 06, 2007 5:29 PM
**To:** des913@covad.net
**Subject:** D'Onofrio v SFX et al

David,

I have not cleared a new date for the 30(b)(6) deposition. I will give you a date as soon as it is cleared with the client. Thank you.

JPB
--------------------------

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately

3/16/2007

by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law.  If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.432 / Virus Database: 268.17.29/673 - Release Date: 2/6/2007 5:52 PM

--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.441 / Virus Database: 268.17.39/687 - Release Date: 2/14/2007 4:17 PM

3/16/2007

# EXHIBIT 13

# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

February 20, 2007

Johnine P. Barnes
direct dial: 202.861.1633
jbarnes@bakerlaw.com

**BY HAND DELIVERY**

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814-3304

Re:    _D'Onofrio v. SFX Sports Group, Inc., et al._

Dear David:

Per our conversation, enclosed are documents bate stamped SFX349 through SFX369, referenced in interrogatory numbers 3, 9, and 19, respectively. Additionally, at your request, enclosed is the DVD of all of plaintiff's electronic communications during her employment with SFX Sports Group, Inc. All the responses are produced pursuant to the Stipulated Protective Order in the case.

If you have any questions or comments, please let me know.

Sincerely,

Johnine P. Barnes

Enclosures

cc:    Lee T. Ellis, Jr., Esq. (w/o encl.)

# EXHIBIT 14

1

1    UNITED STATES DISTRICT COURT
2    FOR THE DISTRICT OF COLUMBIA

3    -----------------------------------

4    AUDREY (SHEBBY) D'ONOFRIO,                **COPY**

5             Plaintiff,

6        v.                                    Case No:
                                               06-687 JDB
7    SFX SPORTS GROUP, INC., et al.,           Judge John
                                               D. Bates
8             Defendants.

9    -----------------------------------

10                          Monday, April 23, 2007

11                          Washington, D.C.

12   Deposition of:

13             **GENE S. MASON**

14   called for examination by counsel for the

15   Plaintiff, pursuant to Notice, taken at the law

16   offices of David E. Schreiber, P.C., Suite 760N,

17   4550 Montgomery Avenue, Bethesda, Maryland  20814,

18   beginning at 9:36 a.m., before Lu Anne Dawson,

19   Notary Public in and for the District of Columbia,

20   when were present on behalf of the respective

21   parties:

22

2

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFF:

 4   DAVID E. SCHREIBER, ESQ.

 5   David E. Schreiber, P.C.

 6   Suite 760N

 7   4550 Montgomery Avenue

 8   Bethesda, Maryland   20814

 9   (301) 951-1530

10

11   FOR THE DEFENDANTS:

12   JOHNINE P. BARNES, ESQ.

13   Baker & Hostetler, LLP

14   Washington Square

15   Suite 1100

16   1050 Connecticut Avenue, N.W.

17   Washington, D.C.  20026-5304

18   (202) 861-1633

19   Fax (202) 861-1783

20   E-mail:  Jbarnes@bakerlaw.com

21

22   ALSO PRESENT:  AUDREY D'ONOFRIO
```

16

1       Q.      Did anybody take any of the

2    conversation down stenographically, to your

3    knowledge?

4       A.      I do not know.

5       Q.      Did anybody else tell you that they

6    were making notes of that meeting?

7       A.      No.

8       Q.      Were you asked at any time to retrieve

9    documents in the D'Onofrio case?

10      A.      Yes.

11      Q.      When was that?

12      A.      Last year, summer sometime.

13      Q.      Who asked you to retrieve documents?

14      A.      Dan Rosier.

15      Q.      When did he ask you to do that last

16   summer?

17      A.      Sometime last summer.  I couldn't give

18   you an exact date.

19      Q.      How about an approximate date?

20      A.      Sometime between June and August.

21      Q.      Did you actually retrieve documents?

22      A.      Yes.

25

1          A.      I paid for these courses.

2          Q.      They don't reimburse you?

3          A.      No.

4          Q.      Other than these three courses, have

5     you had any other kinds of training on computers?

6          A.      No.

7          Q.      How about on-the-job training?  Is

8     that a fair estimate of how you sort of got to

9     know more about computers, just by doing it?

10         A.      Just by doing it.

11                 MS. BARNES:  Objection.

12                 BY MR. SCHREIBER:

13         Q.      Other than your education in

14    accounting and in computers, have you had any

15    other education in any other areas?  I'm not

16    talking about elementary school or high school.

17    I'm talking about something specific.

18         A.      No.

19         Q.      You have some knowledge of this case;

20    is that correct?

21                 MS. BARNES:  Objection.

22                 BY MR. SCHREIBER:

# EXHIBIT 15

# David E. Schreiber, P.C.

### Attorney at Law
#### 4550 Montgomery Avenue, Suite 760N, Bethesda, Maryland 20814-3304
##### Area Code 301 951-1530   Facsimile 301 951-1599
###### E mail address "des913@covad.net"

October 6, 2005

**BY FACSIMILE**

Ms. Kimberly Wray
Director of Human Resources Services
Clear Channel Communications, Inc.
200 E. Basse Rd.,
San Antonio, Texas 78209

Re:    Shebby (D'Onofrio) v Clear Channel
Communications, Inc. & SFX Sports
Group

Dear Ms. Wray:

Please be advised that I represent Ms. Audrey (D'Onofrio) Shebby with respect to the wrongful termination of her employment by SFX/Clear Channel on or about September 26, 2005. It is my understanding that her termination may be in violation, *inter alia*, of any or all of the following: the D.C. Human Rights Act, Title VII of the Civil Rights Act, the Civil Rights Act of 1964, the Civil Rights Act of 1991, the Worker Adjustment and Retraining Notification Act, et seq., The Americans with Disability Act, and The Family Medical Leave Act. We further believe that the termination, due to your company's claim that there was a reorganization and/or dissolution at your company, was a pretext given her medical status and, furthermore, was a manifestation of disparate treatment based upon her gender. In addition, it is apparent that Ms. (D'Onofrio) Shebby was not paid a salary (nor given a titled position) commensurate with her duties or equal to which her male predecessor was paid or titled when in her position.

We also understand that your company maintains electronically stored information which is important and irreplaceable as a source of discovery and/or evidence in the above referenced matter. We will, no doubt, formally request during litigation in this matter information from your computer systems, removable electronic media and other locations. These requests will include, but would not be limited to, e-mail and other electronic communications, word processing documents, spreadsheets, databases, calendars, telephone logs, contact manager information, internet usage files, and network access information.

Ms. Kimberly Wray
October 6, 2005
Page 2

The laws and rules prohibiting destruction of evidence apply to electronically stored information in the same manner that they apply to other evidence. Due to its format, electronic information is easily deleted, modified or corrupted. Accordingly, your company and its subsidiaries and related entities must take every reasonable step to preserve this information until the final resolution of this matter. This includes, but is not limited to, an obligation to discontinue all data destruction and backup tape recycling policies. If this is unclear in any respect, please contact me immediately.

Lastly, I would invite you, your representative or your counsel, to contact me within 7 business days of the receipt of this letter so that we might discuss this matter before any detailed information is committed to the public record or any further actions such as litigation might be entertained.

Please be further advised that this letter is written without prejudice to my client's legal rights and interests. Thank you.

Very truly yours,

DAVID E. SCHREIBER, P.C.

By: _____
David E. Schreiber, Esq.

DES/jf
cc:    Ms. Audrey (D'Onofrio) Shebby

C:\MyFiles\CLIENTS\Shebby\October 6 DEMAND LETTER.wpd