UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) |
| | ) Next Event: Discovery Closes |
| SFX SPORTS GROUP, INC., *et al*. | ) July 19, 2007 |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Upon consideration of Defendant Kimberly Wray's Motion to Dismiss for Lack of Personal Jurisdiction, and any opposition thereto, it is this ____ day of _____, 2007

ORDERED AND ADJUDGED that the same shall be, and hereby is GRANTED, and the Amended Complaint as to Defendant Kimberly Wray is dismissed.

FURTHER ORDERED, that defendant Kimberly Wray is awarded attorneys' fees and costs associated with the filing of its Motion to Dismiss.

Judge John D. Bates
United States District Judge

Copies to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr., Esq.
Baker & Hostetler, LLP
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 861-1500

David E. Schreiber, Esq.
David E. Schreiber, P.C.,
4550 Montgomery Avenue,
Suite 760N,
Bethesda, MD 20814