UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, </br></br>  Plaintiff, </br></br> v. </br></br> SFX SPORTS GROUP, INC, et al. </br></br>  Defendants. | Civil Action No. 1:06-cv-00687 (JDB) </br> Next Event: Discovery Closes </br> 7/19/07 |

### AFFIDAVIT OF KIMBERLY WRAY

1. My name is Kimberly Wray. I am Director of Human Resources Services for Clear Channel Communications, Inc.

2. My business address is 200 East Basse, San Antonio, Texas. My personal residence is in Boerne, Texas.

3. I have not and do not regularly do or solicit business in the District of Columbia; I do not and have not engaged in a persistent course of conduct directed toward the District of Columbia; and I have not derived substantial revenue from goods used or consumed or services rendered in the District of Columbia.

4. I do not regularly engage in any activities in the District of Columbia. To the best of my knowledge, I have only been to the District of Columbia 2 times in the last ten years.

_____
Kimberly Wray

Date: 5·30·07

Subscribed and sworn to me this 30 day of May, 2007.

_____
Notary Public

My Commission expires:

MICHELLE DURYEA
Notary Public
State of Texas
My Comm. Exp. 10-14-2010