1

```
 1            UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLUMBIA
 3    ----------------------------------
 4   AUDREY (SHEBBY) D'ONOFRIO,
 5            Plaintiff,
 6            v.                          Case No:
                                          06-687 JDB
 7   SFX SPORTS GROUP, INC., et al.,      Judge John
                                          D. Bates
 8            Defendants.
 9    ----------------------------------
10                          Thursday, April 26, 2007
11                          Washington, D.C.
12   Deposition of:
13            ALAKA B. WILLIAMS
14   called for examination by counsel for the
15   Plaintiff, pursuant to Notice, taken at the law
16   offices of David E. Schreiber, P.C., Suite 760N,
17   4550 Montgomery Avenue, Bethesda, Maryland 20814,
18   beginning at 10:07 a.m., before Lu Anne Dawson,
19   Notary Public in and for the State of Maryland,
20   when were present on behalf of the respective
21   parties:
22
```

COPY

GAGLIARDI REPORTING COMPANY
(703) 243-4333

254

that in writing somewhere? Do they have a how to do this type of thing?

A. I believe we do have a how to termination guide, but specifically as it relates to the reductions in force, yes, we had witnesses for all of them.

Q. So you discussed witnesses on that Monday in that conversation with Ms. Wray or another conversation?

A. This was the conference call as the collective group.

Q. What was discussed? Tell me more about this.

A. She told me -- it's here, actually, as well. She said that Lynn Maloney would be my witness. Lynn Maloney is in New York, and she would have to participate via the phone because I was doing the terms on the 26th in the afternoon. And I was going to New York the next day to do the rest of the terms and I would meet Lynn there.

Q. So the 27th you would do it in New York?

Q. Who were you with?

A. Lynn Maloney.

Q. Was she on the phone, also?

A. She was.

Q. She was up in New York at that time, though, correct?

A. She was in New York, yes.

Q. Did Ms. D'Onofrio attempt to reach you by phone after that? Did she review the message, for instance?

A. She called back.

Q. And left you a message?

A. I believe she did leave me a message.

Q. And then you called her back?

A. Then we called back, right.

Q. And Kimberly Wray was on the phone --

A. No.

Q. -- was she not?

A. Kimberly Wray was not.

MS. BARNES: Objection.

BY MR. SCHREIBER:

Q. She was not. It was Maloney?