```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2
     AUDREY (SHEBBY) D'ONOFRIO  )
 3          Plaintiff           )
                                )
 4   VS.                        )  Case No.:  06-687 JDB
                                )  Judge John D. Bates
 5   SFX SPORTS GROUP, INC,     )
     et al.                     )
 6          Defendants          )

 7


 8   **********************************************************

 9                    THE ORAL DEPOSITION OF

10                        KIMBERLY WRAY

11                         MAY 9, 2007

12                          DUPLICATE

13   **********************************************************

14

15              THE ORAL DEPOSITION OF KIMBERLY

16   WRAY, produced as a witness at the instance of the

17   Plaintiff and duly sworn, was taken in the

18   above-styled and numbered cause on the 9th day of

19   May, 2007 from 9:10 a.m. to 12:30 p.m., before JULIE

20   VERASTEGUI, CSR in and for the State of Texas,

21   reported by stenographic and computer-aided

22   transcription at Hoffman Reporting & Video Service,

23   206 East Locust, San Antonio, Texas 78212, pursuant

24   to the Federal Rules of Civil Procedure and the

25   provisions stated on the record or attached hereto.
```

```
 1   pregnant.  Is that what you're telling me?
 2       A.    That's what I recall, yes.
 3       Q.    Okay.  And then, nevertheless, you sent her
 4   this e-mail, along with others, at 4:27 on that
 5   Friday, and attaching to it the list that says,
 6   "Will not be terminated," even after you found out
 7   that she's pregnant.  Is that your testimony?
 8       A.    Correct.
 9       Q.    And then after that occurs, still knowing
10   that she was pregnant, between that Friday afternoon
11   and that Saturday morning, you put her on the list
12   to be terminated.  Is that what you're telling me
13   today?
14                 MS. BARNES:  Objection.
15                 THE WITNESS:  Correct.
16       Q.    (By Mr. Schreiber) Now, tell me what
17   happened between 4:27 on Friday the 16th and
18   9:26 a.m. on the 17th that caused you to make this
19   change?
20       A.    I would have received direction from
21   Dan Rosier --
22       Q.    Okay.
23       A.    -- to make the change.
24       Q.    Okay.  And what document did you get from
25   Dan Rosier that said, "Put her on the list"?
```

```
 1    Q.    Who was that?
 2    A.    Lisa Kaye.
 3    Q.    K-A-Y?
 4    A.    K-A-Y-E.
 5    Q.    Okay.  Anybody else that you know of that
 6  was doing Live Nation HR work?
 7    A.    At the end of all the eliminations, I was
 8  asked to also restructure the HR Group, so I had to
 9  let go of some of the HR people.  Three of them
10  stayed.
11    Q.    When was this that you let these people go?
12    A.    End of November, beginning of December '05.
13    Q.    And who got terminated?
14    A.    Jennifer Moore, Lynn Casparo -- Maloney.
15  She got married.  Melissa Hacker actually left on
16  her own, but we did not replace her shortly before
17  that.
18    Q.    Were you involved in the actual termination
19  of Audrey D'Onofrio?
20    A.    No.
21    Q.    Were you on the phone at all --
22    A.    No.
23    Q.    -- during the -- Okay.  Got to wait for my
24  question --
25    A.    Okay.
```