# UNITED STATES DISTRICT COURT
## District of Columbia

AUDREY (SHEBBY) D'ONOFRIO

V.

SFX SPORTS GROUP, INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-687JDB

TO: (Name and address of Defendant)

DAN ROSIER
Senior Vice President Human Resources
Live Nation, Inc.
9348 Civic Center Dr.
Beverly Hills, CA 90210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David E. Schreiber, Esq., #152082
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814
(301) 951-1530

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    **MAY 7 2007**

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/22/07 |
| NAME OF SERVER (PRINT) DAVID E. SCHREIBER | TITLE PLAINTIFF'S COUNSEL |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: BAKER + HOSTETLER
12100 Wilshire Blvd, #15TH Fl., Los Angeles, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/22/07
Date

Signature of Server

4530 Montgomery Ave
#760 N
Bethesda, MD 20814
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.