UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY (SHEBBY) D'ONOFRIO          :
                                   :
         Plaintiff                 :
                                   :
    v.                             :    Case No.: 06-687 (JDB/JMF)
                                   :
                                   :
SFX SPORTS GROUP, INC., et. al.    :
                                   :
         Defendants                :
...................................:

**MOTION OF PLAINTIFF TO ENLARGE TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY, AND FOR SANCTIONS**

Comes now the Plaintiff, by and through counsel, David E. Schreiber, Esq., and moves this court pursuant to F.R.C.P. 6(b) and LCvR 7 to enlarge the time for Plaintiff to reply to Plaintiff's Second Motion to Compel Discovery, and for Sanctions.  As grounds therefor the Plaintiff states as follows:

1. The Plaintiff filed her Second Motion to Compel Discovery, and for Sanctions on May 17, 2007.  Defendants filed their Opposition on May 29, 2007.  A Reply is due on June 8, 2007.

2. Due to counsel's heavy litigation schedule, the long planned overseas vacation that he scheduled for June 15 through June 30, 2007, which is requiring Plaintiff's counsel to compress his workload into the next week, so as to be able to actually leave as planned, and the complexity of the Opposition filed by the Defendants, additional time is necessary to complete the Reply, and to assemble the record so as to address the position taken and allegations made by the Defendants.  Plaintiff's

1

counsel will also be filing a Motion to Enlarge Time to oppose Defendant's Motion to Dismiss [Wray], as well as to generally enlarge the time for discovery, given the current status of the discovery.

3. An additional five (5) business days, until June 15, 2007 was requested of the Defendants on June 6, 2007. Their counsel indicated on June 7, 2007, at approximately 4 p.m., by voicemail, and then by letter sent by facsimile, that the Defendants would not agree to the request and would only agree to only one (1) business day, until Monday, June 11, 2007. Additionally, the Defendants indicate that they will not agree, prospectively, to any enlargement of time for discovery in this matter.

WHEREFORE, the premises considered, the Plaintiff requests that the Court enlarge the time for Plaintiff to reply to Plaintiff's Second Motion to Compel Discovery, and for Sanctions, by an additional five [5] business days, until June 15, 2007, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.

By:_____/S/_____
David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff

## RULE 7LCvr 7M CERTIFICATION

Plaintiff's counsel certifies that he has requested the relief requested in this motion by e mail on June 6, 2007, and telephone communication on June 7, 2007 and that the Defendants' counsel declines to consent to the relief requested, i.e. 5 business days, but will consent to 1 business day.

_____/S/_____
David E. Schreiber, Esq.


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion of Plaintiff to Enlarge Time to Reply to Defendant's Opposition to Plaintiff's Plaintiff's Second Motion to Compel Discovery, and for Sanctions, Memorandum and proposed order was filed electronically, on June 7, 2007 and served thereby to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304

_____/S/_____
David E. Schreiber, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : | |
| Plaintiff : | |
| v. : | Case No.: 06-687 (JDB/JMF) |
| SFX SPORTS GROUP, INC., et. al. : | |
| Defendants : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION OF PLAINTIFF TO ENLARGE TIME TO REPLY TO DEFENDANT'S
OPPOSITION TO PLAINTIFF'S PLAINTIFF'S SECOND MOTION TO COMPEL
DISCOVERY, AND FOR SANCTIONS**

The Plaintiff, by and through counsel, David E. Schreiber, Esq., relies upon the following for purposes of this motion:

1. F.R.C.P. 6(b) states in pertinent part:

   (b) Enlargement. When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order...

2. Plaintiff respectfully represents that the requested enlargement of time for the instant Reply is made for good cause and will not inordinately delay the progress of this matter.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.


By:_____/S/_____
David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : | |
| Plaintiff : | |
| v. : | Case No.: 06-687 (JDB/JMF) |
| SFX SPORTS GROUP, INC., et. al. : | |
| Defendants : | |

**ORDER**

Upon consideration of the Motion of Plaintiff to Enlarge Time to Reply to Defendant's Opposition to Plaintiff's Plaintiff's Second Motion to Compel Discovery, and for Sanctions, any opposition thereto, and good cause having been shown, it is by this Court this _____ day of _____, 2007,

ORDERED, that the Motion of Plaintiff to Enlarge Time to Reply to Defendant's Opposition to Plaintiff's Plaintiff's Second Motion to Compel Discovery, and for Sanctions be, and the same is hereby, GRANTED, and the Plaintiff shall have until June 15, 2007 to file a Reply to Defendants' Opposition to Motion of Plaintiff to Enlarge Time to Reply to Defendant's Opposition to Plaintiff's Plaintiff's Second Motion to Compel Discovery, and for Sanctions.

_____
JOHN M. FACCIOLA,
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814


Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304