UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
AUDREY (SHEBBY) D'ONOFRIO,                           )
                                                    )
            Plaintiff,                              )
                                                    )
      v.                                            ) Civil Action No. 1:06-cv-00687 (JDB)
                                                    ) Next Event:  Discovery Closes
SFX SPORTS GROUP, INC., *et al*.                    ) July 19, 2007
                                                    )
                                                    )
            Defendants.                             )
_____)


                              ORDER


      Upon consideration of Defendant Daniel Rosier's Motion to Dismiss for Lack of Personal

Jurisdiction, and any opposition thereto, it is this _____ day of _____, 2007

      ORDERED AND ADJUDGED that the same shall be, and hereby is GRANTED, and the

Amended Complaint as to Defendant Daniel Rosier is dismissed.

      FURTHER ORDERED, that defendant Daniel Rosier is awarded attorneys' fees and

costs associated with the filing of its Motion to Dismiss.


                                    _____
                                    Judge John D. Bates
                                    United States District Judge

Copies to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr., Esq.
Baker & Hostetler, LLP
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 861-1500


David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, MD  20814