**EXHIBIT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, <br><br> Plaintiff, <br><br> v. <br><br> SFX SPORTS GROUP, INC., *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06-cv-00687 (JDB) <br> ) Next Event: Discovery Closes <br> ) July 19, 2007 <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF DANIEL ROSIER

1.  My name is Daniel Rosier. I am Executive Vice President, Office of Strategic Management for Live Nation Worldwide, Inc. ("Live Nation"). Live Nation previously operated under the name Clear Channel Entertainment, Inc. and is the parent company of SFX Sports Group, Inc. ("SFX Sports"). I was the former Chief Operating Officer for SFX Sports. Both companies are incorporated under the laws of the State of Delaware.

2.  My current business address is 9348 Civic Center Drive, Beverly Hills, California. When I previously worked for SFX Sports, my business office was located in Houston, Texas. My current personal residence is in Texas.

3.  I have not and do not regularly do or solicit business in the District of Columbia; I do not and have not engaged in a persistent course of conduct directed toward the District of Columbia; and I have not derived substantial revenue from goods used or consumed or services rendered in the District of Columbia.

4.  I have not contracted to insure or act as a surety in any manner in the District of Columbia; I do not have a marital or parental relationship in the District of Columbia; I do not have an interest in, use, or possess real property in the District of Columbia; and I do not own stock in any District of Columbia corporation.

5.  I do not regularly engage in any activities in the District of Columbia. To the best of my knowledge, I have only been to the District of Columbia approximately twelve times in the last ten years.

6.  My involvement with any matters relating to the employment of Audrey (Shebby) D'Onofrio with SFX Sports took place in and from Houston, Texas. I did not visit or conduct business in the District of Columbia for any purpose related to Ms. D'Onofrio's employment with SFX Sports.

Date: 6\11\07

_Daniel Rosier_
Daniel Rosier

Subscribed and sworn to me this _____ day of _____, 2007.

_see attached jurat_
Notary Public

My Commission expires: _____

# JURAT

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on

this _11th_ day of _June_ ,20_07_ ,

by _DANIEL ROSIER_

personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



SANDRA J. SEELEY
Commission # 1625222
Notary Public - California
Los Angeles County
My Comm. Expires Nov 7, 2008

(seal)    Signature _____