UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY (SHEBBY) D'ONOFRIO      :
                               :
        Plaintiff              :
                               :
    v.                         :   Case No.: 06-687 JDB/JMF
                               :
                               :
SFX SPORTS GROUP, INC., et. al. :
                               :
        Defendants             :
................................:

**MOTION OF PLAINTIFF TO ENLARGE DISCOVERY**

Comes now the Plaintiff, by and through counsel, David E. Schreiber, Esq., and moves this court pursuant to F.R.C.P. 6(b) to enlarge the time for discovery, as well as filing dates, for a period of time to be determined by the Court pending resolution of Plaintiff's Second Motion to Compel Discovery, and For Sanctions. As grounds therefor the Plaintiff states as follows:

1. Currently, the discovery deadline in this case is July 19, 2007. Since this matter was originally filed on or about March 17, 2006 in the Superior Court for the District of Columbia, (and thereafter removed to this Court on aor about April 14, 2006) this Court has granted enlargements of time for discovery some six (6) times due to Plaintiff's having raised issues regarding Defendants' discovery deficiencies or related matters. (See, e.g. docket entries for July 20, 2006, August 25, 2006, October 26, 2006, November 9, 2006, January 29, 2007 and March 21, 2007.)

2. Given the impasse currently extant regarding Plaintiff's Second Motion to Compel Discovery, and For Sanctions it is respectfully requested that the Court enlarge the

1

time for discovery, as well as filing dates, pending its resolution of the Motion.

3. It is anticipated, although not requested previously, that the Court also may wish to have a hearing on this matter, or may require the filing of affidavits/declarations regarding Defendants "efforts" and actions in producing or not producing discovery materials thus far, or additional information not made available to the Plaintiff by the Defendants thus far in discovery (although requested), to amplify the record of the Defendants' a) attempts to comply with their discovery obligations as well as b) the sufficiency of Defendants' responses to Plaintiff's discovery requests.

4. As previously noted to this Court in a related pleading requesting additional time to reply to Defendants' Opposition to Plaintiff's Second Motion to Compel Discovery, and For Sanctions,[1] Plaintiff's counsel will be out of the country on a long planned overseas vacation that he scheduled for June 15 through June 30, 2007. This was also noted to the Court (Judge Bates) at the status hearing on March 21, 2007.

5. Because the Court has not yet set any schedule regarding further discovery or to reset dates for filing expert designations or reports, it is requested that the period of time for discovery and related filings be enlarged for an unspecified period of time to be determined by the Court, pending a status hearing in July, 2007, upon Plaintiff's counsel's return, to address the logistics and timing of the discovery process and issues, as well as a further schedule for completing the Court's review and decision regarding Plaintiff's Second Motion to Compel Discovery, and For

---

[1] Previously, Defendant Wray filed a Motion to Dismiss for Lack of Jurisdiction on June 1, 2007. Defendant Rosier has just filed a similar Motion to Dismiss for Lack of Jurisdiction. Given Plaintiff's counsel's schedule as noted herein, the Plaintiff shortly will file a Motion to Enlarge the Time to Respond to both motions.

Sanctions.

WHEREFORE, the premises considered, the Plaintiff, requests that the Court enlarge the time for discovery and related filings, good cause having been shown, for an unspecified period of time, to be determined by the Court, by addressing this matter at a hearing to be held during the month of July, 2007, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.


By:_____/s/_____
David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff

### RULE 7 LCvr 7M CERTIFICATION

Plaintiff's counsel certifies that he has requested the relief requested in this motion by e mail on June 6, 2007, and telephone communication on June 7, 2007 and that the Defendants' counsel declines to consent to the relief requested.


_____/S/_____
David E. Schreiber, Esq.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion of Plaintiff to Enlarge Time for Discovery, Memorandum and proposed order was filed electronically, on June 11, 2007 and served thereby to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304

                                         _____/S/_____
                                           David E. Schreiber, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY (SHEBBY) D'ONOFRIO        :
                                 :
        Plaintiff                :
                                 :
v.                               :        Case No.: 06-687 JDB/JMF
                                 :
                                 :
SFX SPORTS GROUP, INC., et. al.  :
                                 :
        Defendants               :
.................................:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION OF PLAINTIFF TO ENLARGE DISCOVERY**

The Plaintiff, by and through counsel, David E. Schreiber, Esq., relies upon the representations made in the body of the Motion itself, which are incorporated herein by reference, as well as upon the following for purposes of this motion:

1.  F.R.C.P. 6(b) states in pertinent part:

    (b) Enlargement. When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order...

2.  Plaintiff respectfully represents that the requested enlargement of time is made for good cause and will not inordinately delay the progress of this matter.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.


By:_____/s/_____
David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUDREY (SHEBBY) D'ONOFRIO | : | |
| Plaintiff | : | |
| v. | : | Case No.: 06-687 JDB/JMF |
| SFX SPORTS GROUP, INC., et. al. | : | |
| Defendants | : | |

## ORDER

Upon consideration of the Consent Motion of Plaintiff to Enlarge Time for Discovery and good cause having been shown, it is by this Court this _____ day of _____, 2007

ORDERED, that the Motion of Plaintiff to Enlarge Time for Discovery be, and the same is hereby, GRANTED, and it is

FURTHER ORDERED, that discovery deadlines previously set will be enlarged for an unspecified period of time, pending this Court's addressing this matter at a hearing to be held during the month of July, 2007, to be set by the Court with the assistance of counsel for the parties.

_____
JOHN M. FACCIOLA,
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814


Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304