UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO | : |
| Plaintiff | : |
| v. | : Case No.: 06-687 (JDB/JMF) |
| SFX SPORTS GROUP, INC., et. al. | : |
| Defendants | : |

**CONSENT MOTION OF PLAINTIFF TO ENLARGE TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF JURISDICTION**

Comes now the Plaintiff, by and through counsel, David E. Schreiber, Esq., and moves this court pursuant to F.R.C.P. 6(b) and LCvR 7, with the consent of the Defendants, to enlarge the time for Plaintiff to file oppositions to Motions to Dismiss for Lack of Jurisdiction filed by Defendants Wray and Rosier. As grounds therefor the Plaintiff states as follows:

1. The Defendant Wray filed her Motion to Dismiss for Lack of Jurisdiction on June 1, 2007. The Defendant Rosier filed his Motion to Dismiss for Lack of Jurisdiction on June 11, 2007. May 17, 2007. Plaintiff Opposition to Defendant Wray's Motion is due on June 14, 2007, Plaintiff's Opposition to Defendant Rosier's Motion is due on June 25, 2007.

2. Due to counsel's heavy litigation schedule, the long planned overseas vacation that he scheduled for June 15 through June 30, 2007, which is requiring Plaintiff's counsel to compress his workload into this week, so as to be able to actually leave

1

as planned, and the complexity of the Motions filed by the Defendants, though similar in substance, additional time is necessary to complete the Oppositions to both Motions, and to assemble the record (the depositions of Wray, Rosier and most recently Julie Kennedy) so as to address the positions taken and allegations made by each of the Defendants.

3. It should also be noted that Plaintiff's counsel has also filed a Motion to Enlarge Time to Reply to Defendant's Opposition to Plaintiff's Second Motion to Compel Discovery, and for Sanctions Motion, which was recently granted allowing the Plaintiff until June 15, 2007 to file her Reply. Plaintiff has also recently filed a Motion of Plaintiff to Enlarge Time for Discovery, given the current status of the discovery.

4. Because of the overseas trip of Plaintiff's counsel, he cannot complete the preparation of the Oppositions within the time allowed by the Rules. The Plaintiff requests additional time for the filing of Oppositions to both Motions until July 6, 2007. During his absence Plaintiff's counsel will have his office working on the Oppositions to that they can be filed by the date requested.

5. Defendants' counsel has consented to this Motion. Because of Ms. Barnes' own vacation schedule Defendants' may have additional time until July 18, 2007 to reply to Plaintiff's Oppositions.

WHEREFORE, the premises considered, the Plaintiff requests, with the consent of the Defendants, that the Court enlarge the time for Plaintiff to file her Oppositions to Motions to Dismiss for Lack of Jurisdiction filed by Defendants Wray and Rosie, until July 6, 2007, that the Defendants have until July 18, 2007 to file their Reply, and for such other

and further relief as this Court may deem just and proper.

                                    Respectfully submitted,

                                    DAVID E. SCHREIBER, P.C.


                                    By:_____/S/_____
                                    David E. Schreiber, Esq.
                                    4550 Montgomery Avenue, Suite 760N
                                    Bethesda, Maryland 20814
                                    (301) 951-1530
                                    Bar No. 152082
                                    Counsel for Plaintiff


## RULE 7LCvr 7M CERTIFICATION

     Plaintiff's counsel certifies that he has requested the relief requested in this motion and that Defendants have so consented to the relief requested.


                                    _____/S/_____
                                    David E. Schreiber, Esq.


## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Consent Motion of Plaintiff to Enlarge Time to File Oppositions to Defendants' Motions' to Dismiss for Lack of Jurisdiction, Memorandum and proposed order was filed electronically, on June 14, 2007 and served thereby to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304


                                    _____/S/_____
                                    David E. Schreiber, Esq.

3

C:\MyFiles\CLIENTS\Shebby\Pleadings\Discovery\MOTIONS\ENLARGE TIME\Consent Motion Enlarge OPP for Wray & Rosier Motions.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : | | |
| Plaintiff : | | |
| v. : | Case No.: 06-687 (JDB/JMF) | |
| SFX SPORTS GROUP, INC., et. al. : | | |
| Defendants : | | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF PLAINTIFF TO ENLARGE TIME TO FILE OPPOSITIONS TO
DEFENDANTS' MOTIONS' TO DISMISS FOR LACK OF JURISDICTION**

The Plaintiff, by and through counsel, David E. Schreiber, Esq., relies upon the following for purposes of this motion:

1. F.R.C.P. 6(b) states in pertinent part:

   (b) Enlargement. When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order...

2. Plaintiff respectfully represents that the requested enlargement of time for the instant Reply is made for good cause and will not inordinately delay the progress of this matter.

4

C:\MyFiles\CLIENTS\Shebby\Pleadings\Discovery\MOTIONS\ENLARGE TIME\Consent Motion Enlarge OPP for Wray & Rosier Motions.wpd

Respectfully submitted,

DAVID E. SCHREIBER, P.C.


By:_____/S/_____
David E. Schreiber, Esq.
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Bar No. 152082
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : | | |
| : | | |
| Plaintiff : | | |
| : | | |
| v. : | Case No.: 06-687 (JDB/JMF) | |
| : | | |
| SFX SPORTS GROUP, INC., et. al. : | | |
| : | | |
| Defendants : | | |

## **ORDER**

Upon consideration of the Motion of Plaintiff to Enlarge Time to File Oppositions to Defendants' Motions' to Dismiss for Lack of Jurisdiction, consent thereto, and good cause having been shown, it is by this Court this _____ day of _____, 2007,

ORDERED, that the Consent Motion of Plaintiff to Enlarge Time to File Oppositions to Defendants' Motions' to Dismiss for Lack of Jurisdiction be, and the same is hereby, GRANTED, and the Plaintiff shall have until July 6, 2007 to file Oppositions to Defendants' Motions' to Dismiss for Lack of Jurisdiction and that the Defendants shall have until July 18, 2007 to file their Reply(s).

_____
JOHN D. BATES, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

6

C:\MyFiles\CLIENTS\Shebby\Pleadings\Discovery\MOTIONS\ENLARGE TIME\Consent Motion Enlarge OPP for Wray & Rosier Motions.wpd

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814


Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304

C:\MyFiles\CLIENTS\Shebby\Pleadings\Discovery\MOTIONS\ENLARGE TIME\Consent Motion Enlarge OPP for Wray & Rosier Motions.wpd