UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY (SHEBBY) D'ONOFRIO

        Plaintiff

v.

        Case No.: 06-687 JDB/JMF

SFX SPORTS GROUP, INC., et. al.

        Defendants

## DECLARATION

**DOUGLAS BOND**, upon oath, deposes and states as follows:

1. I am over 18 years of age and am competent to set forth the following facts based upon my personal knowledge.

2. The first set of media, marked as A01, was received on one DVD disk. The disk contained a total of 9851 files. Each file contained an e-mail message or attachment that had been scanned into a PDF file. The scanning process was performed in a way that resulted in the message being recorded as an image or picture. Therefore, when the file was viewed, the message is readable, but it is only an image of the message. In other words, there was no text data in the files. Since the text data in a file is used for searching for relevant keywords, these files can be viewed but cannot be processed by any standard method. No analysis was done on the files included on this media.

3. The metadata contained in these e-mail messages is also not readily accessible due to the format of the files. The file creation, access and modification times and dates of the files contained on this disk only show the times and dates that the PDF files

1

themselves were created, not the dates of the e-mails contained in these files. The e-mail messages themselves do contain creation dates and times, but again, this information cannot be retrieved using any type of standard forensic techniques and they can only be obtained from reading each e-mail individually.

4. The second set of media, marked as B01, was also received on one DVD disk. This disk contained 68,140 files, 68,132 of which are e-mail message files, in the Microsoft message format (.msg files). The other files on the disk are Microsoft Office, text and picture documents and are attachments to the e-mail. These files are in a standard text format and can be searched through normal forensic means. A standard search was performed on the data contained in these files.

5. The message files contained on this disk are exported from the Outlook E-mail software. The file creation, access and modification dates for these message files only show the time and dates that the files themselves were created, not the data for the e-mail that is contained inside the file. The date and time the message was sent is contained inside the message itself and can be seen while viewing the file in a typical manner. This is the standard way that exported e-mail message files (msg) are created and how they handle metadata. This format is not conducive to searching by time or date.

6. The third set of media, marked as C01, was received on a CD disk containing e-mail message files. There are 91 e-mail message files and 16 other files. The non-e-mail files are attachments to the e-mail files and are Microsoft Office, text and picture documents. These files are in a standard text format and can be searched through normal methods. The files on this disk were produced.

7. As with the B0I Media, the message files contained on this disk are exported from the Outlook E-mail software. The file creation, access and modification dates for these message files only show the time and dates that the file itself was created, not the data for the e-mail that is contained inside the file. The date and time each message was sent is, however; contained inside the message itself. This format is not conducive to efficient searching.

8. Other Considerations: One factor in the successful recovery of deleted e-mail is that the longer the time period between when an e-mail is deleted and the attempts at forensic recovery, the less chance there is for a successful recovery. Saved e-mails can be retained indefinitely, but the possibility of recovering deleted mail from personal computers or servers diminishes rapidly over time. The amount of time that has passed since the events in this case occurred has significantly reduced the possibility of successfully recovering potentially important e-mail messages.

9. Each of these pieces of media was sent in a different format. This has necessitated using additional time to process the data and to bring it into a format usable by standard forensic tools.

10. None of the e-mails were received in the standard PST (Outlook Personal Folder File) e-mail format. This is the standard format used by Microsoft for storage of Outlook e-mail messages. A PST file is basically a database that contains the e-mail messages. The fact that it is a database allows for enhanced processing. E-mail messages stored in this format can be sorted and searched by many criteria. For example, e-mails can be sorted by sender's name, date sent and any other criteria necessary. This is significant in forensic investigations because this same sorting and searching requires

3

multiple steps if performed on discrete e-mail messages, such as .msg files. The fact that all the e-mail was received in these less efficient formats has resulted in reduced efficiency in processing and longer processing times.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DECLARATION ARE BASED UPON PERSONAL KNOWLEDGE AND ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

*[signature]*

Douglas Bond, CISSP, EnCE
Computer Forensics Engineer
Kroll Ontrack Inc. www.krollontrack.com
11411 Isaac Newton Square South
Reston VA 20190
Phone: 703-821-8101 Ext. 1332
Fax: 703-821-2539
Email: **dbond@krollontrack.com**

Respectfully submitted,

DAVID E. SCHREIBER, P.C.

By: _____
David E. Schreiber, Esq., #152082
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Counsel for Plaintiff, Audrey (Shebby) D'Onofrio

C:\MyFiles\CLIENTS\Shebby\Kroll\Bond May 25.wpd