UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) |
| | ) Next Event: Discovery Closes |
| SFX SPORTS GROUP, INC., et al. | ) July 19, 2007 |
| Defendants. | ) |

ORDER

Upon consideration of Motion of Plaintiff to Enlarge Discovery, and Defendants' Opposition to Motion of Plaintiff to Enlarge Discovery, it is by this Court this _____ day of _____, 2007,

ORDERED, that Motion of Plaintiff to Enlarge Discovery be, and the same is hereby, DENIED, and it is

FURTHER ORDERED, that defendants are awarded attorneys' fees and costs associated with the filing of their opposition to the instant Motion.

                                                                                                                                                   _____

                                                                                                                                                   John D. Bates, Judge
                                                                                                               United States District Court For
                                                                                                               The District of Columbia

Copies to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20026-5304

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, MD  20814