UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) |
|  | ) Next Event: Discovery Closes |
| SFX SPORTS GROUP, INC., et al. | ) July 19, 2007 |
|  | ) |
|  | ) |
| Defendants. | ) |
| _____) |  |

<u>ORDER</u>

Upon consideration of Motion of Plaintiff to Enlarge Discovery, and Defendants'

Opposition to Motion of Plaintiff to Enlarge Discovery, it is by this Court this _____ day of

_____, 2007,

ORDERED, that Motion of Plaintiff to Enlarge Discovery be, and the same is hereby,

DENIED, and it is

FURTHER ORDERED, that defendants are awarded attorneys' fees and costs associated

with the filing of their opposition to the instant Motion.


_____
John D. Bates, Judge
United States District Court For
The District of Columbia

Copies to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20026-5304

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, MD  20814