**EXHIBIT C**

# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

May 4, 2007

Johnine P. Barnes
direct dial: 202.861.1633
jbarnes@bakerlaw.com

VIA FACSIMILE
and U.S. MAIL

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814-3304

Re:  *D'Onofrio v. SFX Sports Group, Inc., et al.*

Dear David:

Enclosed please find a document Bates stamped SFX 392, which is a supplementation to Defendant SFX Sport Group, Inc.'s Responses to Plaintiff's First Request for Production of Documents in the captioned matter. Please note that the supplementation is a press release prepared by plaintiff Audrey D'Onofrio for "SFX Golf." I do not believe that plaintiff has produced this document in her responses to defendants' discovery requests in the case. This document is directly responsive to Request No. 3 of Defendants' First Request for Production of Documents to Plaintiff Audrey (Shebby) D'Onofrio. Additionally, information regarding this engagement and other similar engagements are responsive to other requests and interrogatories served upon plaintiff in this case.

You will note that Plaintiff testified during her deposition that she was not currently employed, but was in the process of starting her own public relations company. Again, any information regarding the same should be supplemented in plaintiff's discovery responses as the same is directly relevant to this case. Please seasonably supplement plaintiff's discovery responses accordingly.

Sincerely,

Johnine P. Barnes

Enclosure
cc:  Lee T. Ellis, Jr., Esq. (w/encl.)

**REDACTED**

April 16, 2007 Monday 2:54 PM EST

# PGA Tour Star Rory Sabbatini and Patriotic Animals Support the Troops

**SECTION:** ADVISORY; CALENDAR OF EVENTS

**LENGTH:** 194 words

ADVISORY, April 16, 2007 (PRIME NEWSWIRE) --

```
Who:        Rory Sabbatini (recent Masters T2 finish)  is joined by
            patriotic animals and their owners to support the U.S.

            Military Intrepid Fallen Heroes Fund (a charity fund set up
            to help U.S. service people and their families affected by
            military operations in both Iraq and Afghanistan).
What:       PGA TOUR star Rory Sabbatini encourages animal owners to
            support the U.S. Military by purchasing "Pet Hero" dog tags
            (to be worn on animal collars).  All proceeds from "Pet
            Hero" dog tags that are purchased at Banfield, The Pet
            Hospital and PetSmart retail stores nationwide will support
            the Intrepid Fallen Heroes Fund.  Already, thousands of "Pet
            Hero" dog tags have been sold.
 Rory will be available for media interviews/photo ops with animals.
 Media out of the area may also arrange phone interviews.
 When:       April 19, 1:30 p.m.
 Where:      PetSmart,
             Southlake, Texas
 Contact:    Audrey D'Onofrio-Shebby (for SFX Golf)
```

audreydpr@msn.com
            703-980-1316

SFX 0392

```
** TX STATUS REPORT **                    AS OF   MAY 04 2007 17:28    PAGE.01


     DATE  TIME        TO/FROM         MODE   MIN/SEC   PGS   JOB#   STATUS
 24  05/04 17:27       301 951 1599 EC--S     01'05"    003   127    OK
```

# Baker Hostetler

Baker & Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Johnine P. Barnes
direct dial: 202.861.1633
jbarnes@bakerlaw.com

## Fax Cover Sheet

**Date:** May 4, 2007              **Pages (including cover sheet):** 3

| Name | Company | Fax # | Phone # |
|---|---|---|---|
| David E. Schreiber, Esq. | | 301-951-1599 | (301) 951-1530 |

**From:** Johnine P. Barnes         **Law #:** 4503
                                    **Client/Matter #:** 28653-00017

**Re:**

**Message:**

If this transmission is not complete, please call Nadine McLachan at 202-861-1659.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC