**EXHIBIT E**

# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Johnine P. Barnes
direct dial: 202.861.1633
jbarnes@bakerlaw.com

<u>VIA FACSIMILE</u>

June 7, 2007

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814-3304

Re:   <u>D'Onofrio v. SFX Sports Group, Inc., et al.</u>

Dear David:

This letter memorializes defendants' consent to your request to enlarge the time in which plaintiff may respond to defendants' opposition to plaintiff's motion to compel and for sanctions in the captioned matter up to, and including, Monday, June 11, 2007. Defendants are not agreeable to extending the discovery in this case.

Also, I, on behalf of defendants, ask that you amend Plaintiff's Third Amended Rule 30(b)(6) Notice of Deposition. The Notice, which was served on May 31, is addressed to SFX Sports Group, Inc., *et al.* Specifically, I ask that you identify which areas of questioning you have for SFX Sports Group, Inc. and Live Nation, Inc. and Clear Channel Communications, Inc. Also, in this regard, defendants will not be able to produce a witness by June 12. After the amended notices are received, the depositions can be rescheduled for a date after you return to the office.

If you have any questions or comments, please let me know.

Sincerely,

Johnine P. Barnes

cc:   Lee T. Ellis, Jr., Esq.

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

```
** TX STATUS REPORT **              AS OF  JUN 07 2007 17:46    PAGE.01


    DATE  TIME     TO/FROM        MODE   MIN/SEC  PGS  JOB#  STATUS
02  06/07 17:45    301 951 1599   EC--S   00'50"  002  088   OK
```

# Baker Hostetler

**Baker & Hostetler LLP**

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Johnine P. Barnes
direct dial: 202.861.1633
jbarnes@bakerlaw.com

## Fax Cover Sheet

**Date:** June 7, 2007  **Pages (including cover sheet):** 2

| Name | Company | Fax # | Phone # |
|---|---|---|---|
| David E. Schreiber, Esq. | | 301-951-1599 | (301) 951-1530 |

**From:** Johnine P. Barnes      **Law #:** 4503
                                 **Client/Matter #:** 28653-00017

**Re:** D'Onofrio v. SFX Sports Group, Inc., et al.

**Message:**
Please see attached letter.

**If this transmission is not complete, please call Nadine McLachlan at 202-861-1659.**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (collect), and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC