UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) |
| | ) Next Event: Close of Discovery |
| SFX SPORTS GROUP, INC., et al. | ) July 19, 2007 |
| Defendants. | ) |

NOTICE OF CORRECTION

It has come to the attention of Defendants that a case citation was inadvertently miscited in Defendants' Opposition to Plaintiff's Second Motion to Compel Discovery, and For Sanctions (defendants' "Motion"), filed on May 29, 2007 (Docket Entry # 41). Defendants inadvertently and in good faith cited the case Kentucky Speedway, LLC v. Nat'l Assoc. of Stock Car Auto Racing, Inc., et al., 2006 U.S. Dist. LEXIS 92028 (E.D. Ky. December 18, 2006) as Kentucky Speedway, LLC v. Nat'l Assoc. of Stock Car Auto Racing, Inc., et al., 2006 U.S. Dist. LEXIS 92028 (D.D.C. December 18, 2006). Kentucky Speedway, LLC was decided by the United States District Court for the Eastern District of Kentucky; not the United States District Court for the District of Columbia.

Dated: July 2, 2007

        Respectfully submitted,

        BAKER & HOSTETLER LLP


        By:   /s/
        Johnine P. Barnes (D.C. Bar No. 464810)
        Lee T. Ellis, Jr. (D.C. Bar No. 3683)
        1050 Connecticut Avenue, N.W.
        Suite 1100
        Washington, D.C.  20036
        (202) 861-1500

        Attorneys for Defendants SFX Sports Group, Inc., Live Nation, Inc. and Clear Channel Communications, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007, a copy of the foregoing Notice of Correction was electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


        /s/
        Johnine P. Barnes