UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------

AUDREY (SHEBBY) D'ONOFRIO,

    Plaintiff,

v.

SFX SPORTS GROUP, INC., et al.,

    Defendants.

Case No:
06-687 JDB
Judge John
D. Bates

-----------------------------------

Thursday, May 31, 2007
Bethesda, Maryland

Videotaped deposition of:
    JULIE ANN KENNEDY

called for examination by counsel for the Plaintiff, pursuant to Notice, taken at the law offices of David E. Schreiber, P.C., Suite 760N, 4550 Montgomery Avenue, Bethesda, Maryland 20814, beginning at 10:02 a.m., before Lu Anne Dawson, Notary Public in and for the State of Maryland, when were present on behalf of the respective parties:

Page 186

1  Q. Right. And Ms. Williams didn't say
2  anything about Audrey talking to her or
3  requesting, in fact, disability paperwork?
4  A. No.
5  Q. She never told you that?
6  A. No.
7  Q. Has she ever told you that?
8  A. Yes.
9  Q. When did she tell you that?
10 A. She told me after the lawsuit was
11 filed.
12 Q. What did she --
13 A. And that it was in Audrey's complaint.
14 Q. Well, you knew that, too --
15 A. Yeah.
16 Q. -- just from the Complaint.
17 A. Well --
18 Q. What did she --
19    MS. BARNES: Well, objection.
20    MR. SCHREIBER: What's the objection?
21    MS. BARNES: Because she -- you're
22 implying that she knew that at the time that Alaka

Page 187

1  told her. You said, You knew that, too, meaning,
2  You knew that also because you have read the
3  complaint. You didn't ask her when she read the
4  complaint.
5     MR. SCHREIBER: I have asked her when
6  she read the complaint.
7     MS. BARNES: You didn't -- right.
8     MR. SCHREIBER: She told us that three
9  hours ago.
10    BY MR. SCHREIBER:
11 Q. Let's focus on what you and Ms.
12 Williams talked about at this latest meeting or
13 at least conversation.
14 A. Right.
15 Q. She told you that Audrey had requested
16 disability paperwork?
17 A. No.
18 Q. Williams never told you that?
19 A. No, not, not prior to the --
20 Q. Not prior.
21 A. Oh, yeah.
22 Q. But at the later, you said you

Page 188

1  discussed it --
2  A. Yeah.
3  Q. -- at some point?
4  A. Yes.
5  Q. When was that point?
6  A. It was around the time that we were
7  going through the file, so I guess --
8  Q. September of '06?
9  A. Yeah. Around that time.
10    MS. BARNES: Can you let her testify?
11    BY MR. SCHREIBER:
12 Q. I'm sorry.
13 A. Yes. September of '06. Yes.
14 Q. What did she tell you at that time
15 about the disability paperwork that was requested?
16 A. She told me that Audrey's complaint
17 stated that she had requested paperwork prior to
18 her termination, but she told me that she did not
19 request that paperwork prior to the termination.
20 Q. She said that was false to you?
21 A. No. No. No. Wait. Not -- no. I
22 take that back. She said that --

Page 189

1     MS. BARNES: Well, let me object.
2     THE WITNESS: Sorry.
3     MS. BARNES: Now go ahead.
4     THE WITNESS: Sorry. She said that --
5  I'm just trying to remember the conversation --
6  she said that Audrey, that Audrey's claim or
7  Audrey's claim had stated she requested paperwork
8  and that -- I'm trying to think.
9     Yeah. She did, but I don't -- but she
10 did not provide the paperwork prior to the --
11    BY MR. SCHREIBER:
12 Q. Williams didn't provide it --
13 A. Right.
14 Q. -- to Audrey?
15 A. Right.
16 Q. Did Williams say to you why she didn't
17 provide it to Audrey prior to the termination?
18    MS. BARNES: Objection.
19    Did she testify that Williams said
20 that she didn't provide it?
21    BY MR. SCHREIBER:
22 Q. I think that's what you just said.

48 (Pages 186 to 189)

7cb1b9de-5b36-4a66-8a22-deca0c5ea84e

Page 190

1   A.  Yes.
2       MS. BARNES:  I thought you were saying
3   that's what the complaint said.
4       MR. SCHREIBER:  No. No. You're
5   coaching now.
6       MS. BARNES:  No, I'm not coaching.
7       MR. SCHREIBER:  Please.
8       MS. BARNES:  Your questions are not
9   clear.
10      BY MR. SCHREIBER:
11  Q.  You understand that's all I care
12  about.
13      MR. SCHREIBER:  Ms. Barnes, with all
14  due respect, I want --
15      BY MR. SCHREIBER:
16  Q.  Ms. Kennedy, you tell me if it's
17  unclear, okay?
18  A.  Can you repeat the question?
19  Q.  I can ask a bad question. I'm human.
20  A.  Yes.
21  Q.  So it was not provided to her before
22  she was terminated; is that correct?

Page 191

1   A.  Yes.
2   Q.  Did she say why?
3       MS. BARNES:  Objection.
4       Go ahead.
5       BY MR. SCHREIBER:
6   Q.  Just go ahead and answer.
7   A.  That Kimberly Wray had instructed her
8   not to provide it.
9   Q.  Did she say why Wray instructed her
10  not to provide it?
11  A.  No.
12  Q.  I've got to ask you this, but I almost
13  know the answer. You never saw the business plan
14  that led to the termination of Audrey D'Onofrio,
15  did you?
16  A.  No.
17      MS. BARNES:  Objection.
18      BY MR. SCHREIBER:
19  Q.  You were no longer really an HR person
20  beginning March of 2005?
21  A.  February of 2005.
22  Q.  Okay.

Page 192

1   A.  Right.
2   Q.  The business plan, I'd represent,
3   bears a date of March 2005.
4   A.  Right. I wasn't even --
5   Q.  You had no involvement in that?
6   A.  Right.
7   Q.  You've never seen the business plan?
8   A.  Not -- I mean, no. I don't know that
9   I've ever -- any business plan I ever saw would --
10  I don't think I ever saw one, actually, for the
11  Sports Group, no.
12  Q.  Did you ever talk to anybody about the
13  so-called business plan to reorganize the SFX
14  Sports Group, let's say, in the year 2005?
15      MS. BARNES:  Objection.
16      THE WITNESS:  There was a lot of
17  re-orging going on, a lot of -- but I, no, not
18  about the business plan.
19      BY MR. SCHREIBER:
20  Q.  You sort of differentiate between
21  business plan and reorganization. Am I to
22  understand that you had discussions about the

Page 193

1   reorganization of SFX Sports Group?
2   A.  Not in any substantive way. What time
3   frame are we talking about?
4   Q.  2005.
5   A.  2005? What -- when?
6   Q.  Well, we're told that it was initiated
7   sometime in March of 2005 --
8   A.  The business plan.
9   Q.  -- culminated in September 2005.
10  There may have been discussions before March 2005,
11  but we're not privy at this point to that.
12      So I'm just going to leave it at 2005.
13  Do you remember anything that was discussed about
14  the reorganization of the SFX Sports Group?
15  A.  There have been discussions over
16  the past couple of years about the fact that the
17  different divisions are going to be sold off.
18  Obviously, that has happened, that has come to
19  fruition, but not, you know, I was never involved
20  with the overall planning of how that was going
21  to take place.
22  Q.  You said there had been some

49 (Pages 190 to 193)