UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No.: 06-687 JDB/JMF |
| : | |
| : | |
| SFX SPORTS GROUP, INC., et. al. : | |
| : | |
| Defendants : | |

## ORDER

Upon consideration of the Motions of Defendants Wray and Rosier to Dismiss for Lack of Personal Jurisdiction, Plaintiff's opposition thereto, and a lack of good cause having been shown, it is by this Court this _____ day of _____, 2007

ORDERED, that the Motions of Defendants Wray and Rosier to Dismiss for Lack of Personal Jurisdiction be, and the same is hereby, DENIED, and that Plaintiff's Second Amended Complaint be filed, *nunc pro tunc,* to the date of the original filing of this action, March 17, 2006.

_____
JOHN D. BATES, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814


Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304



C:\MyFiles\CLIENTS\Shebby\Pleadings\Complaint-Answers\PI proposed order.wpd