UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> SFX SPORTS GROUP, INC., et. al. : <br> : <br> Defendants : | Case No.: 06-687 JDB/JMF |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Comes now Plaintiff, AUDREY (SHEBBY) D'ONOFRIO, by and through counsel, David E. Schreiber, Esq., and moves this court pursuant to F.R.C.P. 15 to amend her complaint. As grounds therefore, Plaintiff states as follows:

1. This Court granted Plaintiff's original Motion to Amend Complaint, which was filed September 15, 2006, on April 4, 2007. Having had further discovery recently regarding the two individual "John Doe's", Kimberly Wray (May 9, 2007) and Daniel Rosier (May 22, 2007), the Plaintiff wishes to amend her complaint to comport with the information obtained as well as to support her Opposition to Defendant's Motions to Dismiss, being filed today.

2. Plaintiff's Second Amended Complaint is attached hereto as Exhibit 1. Pursuant to F.R.C.P. 15(c) the complaint should relate back to the date of filing of the original complaint in this matter, March 17, 2006.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.


By:_____/s/_____
David E. Schreiber, Esq., #152082
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUDREY (SHEBBY) D'ONOFRIO | : | |
| Plaintiff | : | |
| v. | : | Case No.: 06-687 JDB/JMF |
| SFX SPORTS GROUP, INC., et. al. | : | |
| Defendants | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
<u>PLAINTIFF'S MOTION TO AMEND COMPLAINT</u>**

The Plaintiff, AUDREY (SHEBBY) D'ONOFRIO, by and through counsel, David E. Schreiber, Esq., relies upon F.R.C.P. 15, together with her Opposition to Defendants' Motions to Dismiss, which is incorporated herein by reference, for authority to amend the Plaintiff's complaint. Due to Defendants' failure to provide appropriate and adequate discovery, as set forth in Plaintiff's Second Motion to Compel Discovery, and For Sanctions, the Plaintiff may be required to further amend her complaint in the future to reflect information which will support claims all Defendants.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.

By:_____/s/_____
David E. Schreiber, Esq., #152082
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY (SHEBBY) D'ONOFRIO          :
                                   :
    Plaintiff                      :
                                   :
v.                                 :    Case No.: 06-687 JDB
                                   :    Judge John D. Bates
                                   :
SFX SPORTS GROUP, INC., et. al.    :
                                   :
    Defendants                     :
...................................:

### ORDER

Upon consideration of Plaintiff's Motion Amend Complaint, any opposition thereto, and good cause having been shown, it is by this Court this _____ day of _____, 2007

ORDERED, that Plaintiff's Motion to Amend Complaint be, and the same is hereby, GRANTED, and Plaintiff's Second Amended Complaint be filed, *nunc pro tunc,* to the date of the original filing of this action, March 17, 2006.

_____
JOHN D. BATES, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304

C:\MyFiles\CLIENTS\Shebby\Pleadings\Complaint-Answers\Motion to Amend 2.wpd