UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
AUDREY (SHEBBY) D'ONOFRIO,      )
                                                    )
            Plaintiff,              )
                                                    )
      v.                           ) Civil Action No. 1:06-cv-00687 (JDB)
                                                    ) Next Event: Discovery Closes
SFX SPORTS GROUP, INC., et al.      ) July 19, 2007
                                                    )
                                                    )
            Defendants.           )
_____)

ORDER

Upon consideration of Defendants' Motion to File a Surreply to Plaintiff's Reply to Defendants' Opposition to Plaintiff's Second Motion to Compel Discovery, and for Sanctions, and any opposition thereto, it is by this Court this _____ day of _____, 2007,

ORDERED, that defendants' Motion be, and the same is hereby, GRANTED.

                                                                     _____
                                                                     John D. Bates, Judge
                                                                     United States District Court For
                                                                     The District of Columbia

Copies to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20026-5304

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, MD  20814