**EXHIBIT 2**

# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

February 27, 2007

Johnine P. Barnes
direct dial: 202.861.1633
jbarnes@bakerlaw.com

**VIA FACSIMILE
AND U.S. MAIL**

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814-3304

Re:   *D'Onofrio v. SFX Sports Group, Inc., et al.*

Dear David:

Per your request, defendants are agreeable to reproduce the electronic documentation produced in the captioned matter as a .pst file. The disc containing the information should be available for your pick-up at the office of Baker & Hostetler LLP by tomorrow afternoon. Please call to confirm.

Additionally, in regard to your continued caution that you would like plaintiff to have an opportunity to review the documents prior to her deposition, defendants are willing to move plaintiff's deposition to March 5, 2007 at the latest. Please let me know as soon as possible if plaintiff is available on March 5. In the event she is available, we will commence the deposition of plaintiff in this case on March 5, 2007 at 10 a.m. in the offices of Baker & Hostetler LLP. I will await your response.

Sincerely,

Johnine P. Barnes

cc: Lee T. Ellis, Jr.