UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No.: 06-687 (JDB/JMF) |
| : | |
| : | |
| SFX SPORTS GROUP, INC., et. al. : | |
| : | |
| Defendants : | |

**CONSENT MOTION OF PLAINTIFF FOR LEAVE TO FILE SURREPLY TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF JURISDICTION**

Comes now the Plaintiff, by and through counsel, David E. Schreiber, Esq., and moves this court pursuant to F.R.C.P. 7(b)(1), with the consent of the Defendants, for leave to file a Surreply to Defendants' Reply to Plaintiff Oppositions to Motions to Dismiss for Lack of Jurisdiction filed by Defendants Wray and Rosier. As grounds therefor the Plaintiff states as follows:

1. The Defendant Wray filed her Motion to Dismiss for Lack of Jurisdiction on June 1, 2007. The Defendant Rosier filed his Motion to Dismiss for Lack of Jurisdiction on June 11, 2007. Plaintiff filed her Oppositions to Defendant Wray's Motion and Defendant Rosier's Motion on July 6, 2007, raising an alternative basis for jurisdiction of the individual Defendants. Defendants filed their Reply on July 19, 2007.

2. Lee T. Ellis, Jr. Esq., co-counsel for Defendants, has graciously consented on July 24, 2007, to the filing of this Consent Motion for Leave to File Plaintiff's Surreply,

1

since Ms. Barnes is out of the country on vacation.

WHEREFORE, the premises considered, the Plaintiff requests, with the consent of the Defendants, that the Court grant her leave to file the attached Surreply to Defendants' Reply to Plaintiff Oppositions to Motions to Dismiss for Lack of Jurisdiction filed by Defendants Wray and Rosier, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.


By:_____/S/_____
David E. Schreiber, Esq., #152082
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Des913@covad.net
Counsel for Plaintiff

## RULE 7LCvr 7M CERTIFICATION

Plaintiff's counsel certifies that he has requested the relief requested in this motion and that Defendants's counsel, Lee T. Ellis, Jr. Esq. has so consented to the relief requested.

_____/S/_____
David E. Schreiber, Esq.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Plaintiff's Consent Motion for Leave to file a Surreply to Defendants' Reply to Plaintiff Oppositions to Motions to Dismiss for Lack of Jurisdiction filed by Defendants Wray and Rosier, Memorandum and proposed order was filed electronically, on July 28, 2007 and served thereby to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304


                                  _____/S/_____
                                    David E. Schreiber, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUDREY (SHEBBY) D'ONOFRIO     :
                              :
         Plaintiff            :
                              :
    v.                        :    Case No.: 06-687 (JDB/JMF)
                              :
                              :
SFX SPORTS GROUP, INC., et. al. :
                              :
         Defendants           :
..............................:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF PLAINTIFF FOR LEAVE TO FILE SURREPLY TO
DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITIONS TO DEFENDANTS'
MOTIONS TO DISMISS FOR LACK OF JURISDICTION**

The Plaintiff, by and through counsel, David E. Schreiber, Esq., relies upon the following for purposes of this motion:

1. F.R.C.P. 7(b)(1) provides for the filing of motions. In the instant matter, the Defendants' Reply raised new arguments in reply to Plaintiff's Opposition to dismissal of the individual Defendants.

2. A short Surreply is attached hereto as an Exhibit and the Plaintiff requests that it be filed and considered by the Court.

Respectfully submitted,

DAVID E. SCHREIBER, P.C.


By:_____/S/_____
David E. Schreiber, Esq., #152082
4550 Montgomery Avenue, Suite 760N
Bethesda, Maryland 20814
(301) 951-1530
Des913@covad.net
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUDREY (SHEBBY) D'ONOFRIO | : | |
| Plaintiff | : | |
| v. | : | Case No.: 06-687 (JDB/JMF) |
| SFX SPORTS GROUP, INC., et. al. | : | |
| Defendants | : | |

## **ORDER**

Upon consideration of the Plaintiff's Consent Motion for Leave to file a Surreply to Defendants' Reply to Plaintiff Oppositions to Motions to Dismiss for Lack of Jurisdiction filed by Defendants Wray and Rosier, consent thereto, and good cause having been shown, it is by this Court this _____ day of _____, 2007,

ORDERED, that the Plaintiff's Consent Motion for Leave to file a Surreply to Defendants' Reply to Plaintiff Oppositions to Motions to Dismiss for Lack of Jurisdiction filed by Defendants Wray and Rosier be, and the same is hereby, GRANTED, and the attached Plaintiff's Surreply to Defendants' Reply to Plaintiff Oppositions to Motions to Dismiss for Lack of Jurisdiction filed by Defendants Wray and Rosier be filed in this matter as of the date of the docketing o fthis order.

_____
JOHN D. BATES, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814


Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304

C:\MyFiles\CLIENTS\Shebby\Pleadings\Complaint-Answers\Motion for Leave to File Sur-Reply.wpd