## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**AUDREY (SHEBBY) D'ONOFRIO,**

        **Plaintiff,**

    **v.**

**SFX SPORTS GROUP, INC. *et. al.*,**

        **Defendants.**

Civil Action No. 06-687 (JDB/JMF)

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Second Motion to Compel Discovery, and for Sanctions [#35] is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that defendants are to comply with the obligations set forth in the Memorandum Opinion on or before February 12, 2008; and it is further

**ORDERED** that an evidentiary hearing will take place on February 13, 2008, at 10:00 AM in Courtroom #6.

    **SO ORDERED.**

Dated: January 23, 2008

                /s/
                JOHN M. FACCIOLA
                UNITED STATES MAGISTRATE JUDGE