UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) |
| | ) Next Event: Evidentiary Hearing |
| SFX SPORTS GROUP, INC., *et al*. | ) April 4, 2008 |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

JOINT CONSENT MOTION TO ENLARGE TIME FOR
DEFENDANTS TO PRODUCE DOCUMENTS

Comes now Defendants SFX Sports Group, Inc., Live Nation, Inc., Clear Channel Communications, Inc., Daniel Rosier and Kimberly Wray (collectively "defendants") by and through counsel, and Plaintiff Audrey (Shebby) D'Onofrio, by and through counsel, pursuant to Rule 6(b), Federal Rules of Civil Procedure and move the Court for an Order extending the time in which defendants must produce documents to the Court, in preparation for the Evidentiary Hearing set for April 4, 2008, to and including March 10, 2008; and as grounds therefor refers to the Memorandum Of Points And Authorities attached hereto and made a part hereof.

| | |
|---|---|
| David E. Schreiber, P.C. | BAKER & HOSTETLER LLP |
| By: /s/ David E. Schreiber<br>David E. Schreiber (DC Bar No. 152082)<br>4550 Montgomery Avenue<br>Suite 760N<br>Bethesda, MD 20814<br>(301) 951-1530 | By: /s/ Johnine P. Barnes<br>Johnine P. Barnes (DC Bar No. 464810)<br>Lee T. Ellis, Jr. (DC Bar No. 3683)<br>Suite 1100<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 861-1500 |
| Attorney for Plaintiff<br>Audrey (Shebby) D'Onofrio | Attorneys for Defendants SFX Sports Group, Inc., Live Nation, Inc., Clear Channel Communications, Inc., Daniel Rosier and Kimberly Wray |

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, a copy of the foregoing Joint Consent Motion to Enlarge Time for Defendants to Produce Documents was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Johnine P. Barnes
Johnine P. Barnes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) |
|  | ) Next Event: Evidentiary Hearing |
| SFX SPORTS GROUP, INC., *et al*. | ) April 4, 2008 |
| Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES

1.   Rule 6(b), Federal Rules of Civil Procedure.

2.   On January 23, 2008, the Court entered an Order requiring the defendants to comply with the specific discovery obligations set forth in the Memorandum Opinion accompanying the Order on or before February 12, 2008 (the "Order"). The Order also set an Evidentiary Hearing for February 13, 2008.

3.   The supplemental discovery to be produced by defendants as set forth in the Memorandum Opinion accompanying the Order (the "Memorandum Opinion") are as follows:

   (a)   Plaintiff's payroll records and information pertaining to plaintiff's job title or compensation.

   (b)   Information regarding whether the public relations services previously provided by plaintiff have since been provided to defendants' clients.

   (c)   A declaration from a person who is familiar with defendants' hiring process, indicating (1) what records are created when a person applies for a position; (b) whether

any inquiry is made as to the applicant's gender; (c) whether the responses to such inquiries are maintained; (d) how long any and all such records are maintained; and (e) how many positions the defendants filled each year in the years plaintiff was employed.

        (d)    A statement of defendants' net worth certified as accurate by a certified public accountant.

4.    On February 6, 2008, pursuant to the plaintiff's request to reschedule the Evidentiary Hearing to which defendants consented, the Court rescheduled the hearing originally scheduled for February 13, 2008, to April 4, 2008.

5.    Accordingly, the parties move to extend the deadline in which the defendant must comply with the obligations set forth in the Memorandum Opinion.

6.    The enlargement of time for defendants to comply with the obligations set forth in the Memorandum Opinion will not cause prejudice to the parties or further delay the Evidentiary Hearing or this lawsuit. A date for trial has not been set.

| David E. Schreiber, P.C. | BAKER & HOSTETLER LLP |
|---|---|
| By: /s/ David E. Schreiber<br>David E. Schreiber (DC Bar No. 152082)<br>4550 Montgomery Avenue<br>Suite 760N<br>Bethesda, MD 20814<br>(301) 951-1530 | By: /s/ Johnine P. Barnes<br>Johnine P. Barnes (DC Bar No. 464810)<br>Lee T. Ellis, Jr. (DC Bar No. 3683)<br>Suite 1100<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 861-1500 |
| Attorney for Plaintiff<br>Audrey (Shebby) D'Onofrio | Attorneys for Defendants SFX Sports Group, Inc., Live Nation, Inc., Clear Channel Communications, Inc., Daniel Rosier and Kimberly Wray |