UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) |
|  | ) Next Event: Evidentiary Hearing |
| SFX SPORTS GROUP, INC., *et al*. | ) April 4, 2008 |
| Defendants. | ) |

ORDER

Upon consideration of Joint Consent Motion to Enlarge Time for Defendants to Produce Documents herein, it is by the Court this _____ day of _____ 2008,

ORDERED for good cause shown that the time for the defendants to comply with the obligations set forth in the Memorandum Opinion accompanying the Court's Order dated January 23, 2008, is extended to and including March 10, 2008.

_____
JUDGE

Copies to:

David E. Schreiber, Esq.
David E Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, MD 20814

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr., Esq.
Baker & Hostetler LLP
1050 Connecticut Avenue, N.W., #1100
Washington, D.C. 20036