# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AUDREY(SHEBBY) D'ONOFRIO,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.  06-0687 (JDB)** |
| **SFX SPORTS GROUP, INC., et al.** | |
| **Defendants.** | |

## ORDER

Upon consideration of [42] defendant Kimberly Wray's motion to dismiss for lack of personal jurisdiction and [46] defendant Daniel Rosier's motion to dismiss for lack of personal jurisdiction, the opposition, reply, and sur-reply thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the motions are **GRANTED** and the complaint is accordingly **DISMISSED** with respect to those defendants.

   **SO ORDERED**.


   /s/     John D. Bates   
         JOHN D. BATES
      United States District Judge

Dated:   February 18, 2008