UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br> SFX SPORTS GROUP, INC, *et al*.  )  <br>  )  <br>  )  <br> Defendants.  )  <br>  ) | Civil Action No. 1:06-cv-00687 (JDB) |

### ANSWER OF DEFENDANT CLEAR CHANNEL COMMUNICATIONS, INC. TO PLAINTIFF'S SECOND AMENDED COMPLAINT

First Defense

The Second Amended Complaint ("Amended Complaint") fails to state a claim upon which relief can be granted.

Second Defense

1. Defendant Clear Channel Communications, Inc. (hereinafter "defendant" or "Clear Channel Communications") is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph 1 of the Amended Complaint.

2. Defendant denies the allegations contained in numbered paragraphs 2 – 3 of the Amended Complaint, except that it admits that it is corporation incorporated under the laws of the State of Texas. Clear Channel Communications further avers that it was the parent company of Clear Channel Entertainment and that it is a separate entity from SFX Sports Group, Inc.

-2-

Defendant further avers the operations of Live Nation, Inc. previously functioned under the name of Clear Channel Entertainment, and that it is a separate entity than Live Nation, Inc.

    3.    Defendant denies the legal conclusions and allegations contained in numbered paragraphs 4 – 6 of the Amended Complaint.

    4.    Defendant denies the legal conclusions contained in numbered paragraphs 7 and 8 of the Amended Complaint.

    5.    Defendant denies the allegations contained in numbered paragraphs 9 – 15 of the Amended Complaint.

    6.    Defendant denies the allegations contained in numbered paragraphs 16 - 20 of the Amended Complaint.  Defendant avers that Ms. Alaka Williams is not employed with it.

    7.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraphs 21 – 25 and 28 of the Amended Complaint.

    8.    Defendant denies the allegations in numbered paragraphs 26 – 27 and 29 – 30 of the Amended Complaint.

    9.    Defendant denies the allegations contained in paragraphs 30A – 30C of the Amended Complaint, except that defendant admits that Daniel Rosier, the former Chief Operating Officer of SFX, made the decision to separate plaintiff's employment with SFX on or about September 26, 2005, as a result of a restructuring with SFX.  Defendant avers that both Daniel Rosier and Kimberly Wray have been dismissed from this lawsuit as individual defendants.

10. Defendant denies the legal conclusions and allegations contained in numbered paragraphs 31 – 34, 36 – 38, 40 – 42, 44 – 46, 48, 49, 51 – 56 of the Amended Complaint.

11. Defendant denies every allegation of the Amended Complaint that they have not otherwise specifically admitted.

### Third Defense

Defendant is not a proper party to this lawsuit.

### Fourth Defense

Defendant avers that plaintiff has failed to mitigate her alleged damages.

### Fifth Defense

Defendant avers that plaintiff's claims are barred by waiver and estoppel.

### Sixth Defense

Defendant avers that plaintiff's claims are barred by the statute of limitations.

WHEREFORE, defendant prays that the Amended Complaint be dismissed with costs and attorneys fees against plaintiff.

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Johnine P. Barnes* _____
    Johnine P. Barnes (D.C. Bar No. 464810)
    Lee T. Ellis, Jr. (D.C. Bar No. 3683)
    1050 Connecticut Avenue, N.W.
    Suite 1100
    Washington, D.C. 20036
    (202) 861-1500

Attorneys for Defendants
Clear Channel Communications, Inc.

-4-

CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2008, a copy of the foregoing Answer of Defendant Clear Channel Communications, Inc. to Plaintiff's Second Amended Complaint was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s/ *Johnine P. Barnes*
          Johnine P. Barnes

BARRISTERS, 028653, 000017, 501822393.1, 2008-03-28 Answer of Clear Chanel to 2nd amended complt