UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:06-cv-00687 (JDB) ) |
| SFX SPORTS GROUP, INC, *et al*. | ) ) ) ) |
| Defendants. | ) ) |

## ANSWER OF DEFENDANTS SFX SPORTS GROUP, INC. AND LIVE NATION, INC. TO PLAINTIFF'S SECOND AMENDED COMPLAINT

### First Defense

The Second Amended Complaint ("Amended Complaint") fails to state a claim upon which relief can be granted.

### Second Defense

1.  Defendants SFX Sports Group, Inc. and Live Nation, Inc. (hereinafter collectively "defendants") are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraph 1 of the Amended Complaint, except that defendants admit that Plaintiff Audrey (Shebby) D'Onofrio (hereinafter "plaintiff") is a resident of Virginia and was employed by SFX Sports Group, Inc. ("SFX") on February 4, 2002 as Senior Director of Client Communications.

2.  Defendants deny the allegations contained in numbered paragraphs 2 – 3 of the Amended Complaint, except that they admit that SFX and Live Nation, Inc. ("Live Nation") are corporations incorporated under the laws of the State of Delaware and that the operations of Live Nation, Inc. previously functioned under the name of Clear Channel Entertainment.

-2-

3. Defendants deny the legal conclusions and allegations contained in numbered paragraphs 4 – 6 of the Amended Complaint.

4. Defendants deny the legal conclusions contained in numbered paragraphs 7 and 8 of the Amended Complaint.

5. Defendants deny the allegations contained in numbered paragraphs 9 – 14 of the Amended Complaint, except that defendants admit plaintiff was employed with SFX as Senior Director of Client Communications from May 4, 2000 through March 31, 2001 and that Mr. Howard Schacter was employed by SFX as Vice President of Corporate Communications.

6. Defendants deny the allegations contained in numbered paragraph 15 of the Amended Complaint, except that defendants admit SFX hired plaintiff as Senior Director of Client Communications on February 4, 2002.

7. Defendants deny the allegations contained in numbered paragraphs 16 and 17 of the Amended Complaint, except that defendants admit that at the time of the separation of plaintiff's employment, Mr. Peter Hughes was her supervisor.

8. Defendants deny the allegations contained in numbered paragraphs 18 – 20 of the Amended Complaint, except that defendants admit plaintiff informed Ms. Alaka Williams, Human Resources of Live Nation (then operating as Clear Channel Entertainment) that she was pregnant in or about August 2005.

9. Defendants deny the allegations contained in paragraphs 30A – 30C of the Amended Complaint, except that defendants admit that Daniel Rosier, the former Chief Operating Officer of SFX, made the decision to separate plaintiff's employment with SFX on or about September 26, 2005, as a result of a restructuring with SFX. Defendants aver that both

Daniel Rosier and Kimberly Wray have been dismissed from this lawsuit as individual defendants.

10.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in numbered paragraphs 21 – 25 and 28 of the Amended Complaint.

11.     Defendants deny the allegations in numbered paragraphs 26 - 27 and 29 – 30 of the Amended Complaint, except that defendants admit and aver that plaintiff's employment with SFX was separated on or about September 27, 2005 as a result of a restructuring with SFX.

11.     Defendants deny the legal conclusions and allegations contained in numbered paragraphs 31 – 34, 36 – 38, 40 – 42, 44 – 46, 48, 49, 51 – 56 of the Amended Complaint.

12.     Defendants deny every allegation of the Amended Complaint that they have not otherwise specifically admitted.

### Third Defense

Defendants' conduct at all times was based upon legitimate, non-discriminatory business reasons and business necessity.

### Fourth Defense

Defendants aver that plaintiff has failed to mitigate her alleged damages.

### Fifth Defense

Defendants aver that plaintiff's claims are barred by waiver and estoppel.

### Sixth Defense

Defendants aver that plaintiff's claims are barred by the statute of limitations.

WHEREFORE, defendants pray that the Amended Complaint be dismissed with costs and attorneys fees against plaintiff.

Respectfully submitted,

BAKER & HOSTETLER LLP


By: */s/ Johnine P. Barnes*_____
   Johnine P. Barnes (D.C. Bar No. 464810)
   Lee T. Ellis, Jr. (D.C. Bar No. 3683)
   1050 Connecticut Avenue, N.W.
   Suite 1100
   Washington, D.C. 20036
   (202) 861-1500

Attorneys for Defendants
SFX Sports Group, Inc.
Live Nation, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, a copy of the foregoing Answer of Defendants SFX Sports Group, Inc. and Live Nation, Inc. to Plaintiff's Second Amended Complaint was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          */s/ Johnine P. Barnes*
          Johnine P. Barnes

BARRISTERS, 028653, 000017, 501822402.1, 2008-03-28 Answer of SFX Live Nation to 2nd Amended Complt