UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-cv-00687 <br> ) (JDB/JMF) <br> ) Next Event: Evidentiary Hearing |
| SFX SPORTS GROUP, INC., *et al.* | ) April 4, 2008 |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants Motion to Require Mediation and for good cause shown, it is by the Court this _____ of _____, 2008

ORDERED AND ADJUDGED that the same shall be, and hereby is GRANTED; and

ORDERED AND ADJUDGED the parties are to show cause as to why mediation is not appropriate for this case by _____. Absent a showing, it is hereby ORDERED that the parties submit to mediation of this case in accordance with the rules of the United States District Court Mediation Program.

_____
Judge John D. Bates
United States District Judge

Copies to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr., Esq.
Baker & Hostetler, LLP
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.   20036
(202) 861-1500


David E. Schreiber, Esq.
David E. Schreiber, P.C.,
4550 Montgomery Avenue,
Suite 760N,
Bethesda, MD 20814
(301) 951-1530