**EXHIBIT 1**

| | |
|---|---|
| **From:** | Barnes, Johnine |
| **Sent:** | Monday, February 11, 2008 5:23 PM |
| **To:** | 'David E. Schreiber' |
| **Cc:** | Ellis Jr., Lee; King, Adrienne |
| **Subject:** | RE: D'Onofrio v. SFX Sports Group, Inc. et al. |

**Tracking:**

| Recipient | Delivery |
|---|---|
| 'David E. Schreiber' | |
| Ellis Jr., Lee | Delivered: 2/11/2008 5:23 PM |
| King, Adrienne | Delivered: 2/11/2008 5:23 PM |

David,

Thank you. Per our conversation and your approval, we filed the motion today.

I ask that you reconsider the 30(b)(6) deposition. The deposition will be on the substance of plaintiff's claims and not regarding any outstanding discovery issues. With the exception of the request for Kroll to inspect the servers, none of which are housed in California, there are no other outstanding discovery requests with respect to defendants. Moreover, the Court's outcome on issues regarding plaintiff's computer will not impact any testimony regarding the substance of plaintiff's claims and more than likely will not be addressed by a corporate representative regarding the substance of plaintiff's claims. Finally, it may be beneficial to have the certain availability of the court to resolve any issues that may come from the 30(b)(6) deposition at the evidentiary hearing.

Again, please reconsider and let me know your thoughts. I would like to have all outstanding discovery issues before Judge Facciola when we appear on April 4, as opposed to having to file more pleadings or request additional hearings if necessary. Thank you.

JPB

-----Original Message-----
**From:** David E. Schreiber [mailto:des913@covad.net]
**Sent:** Friday, February 08, 2008 10:24 AM
**To:** Barnes, Johnine
**Cc:** Ellis Jr., Lee; King, Adrienne
**Subject:** RE: D'Onofrio v. SFX Sports Group, Inc. et al.

Johnine,
I can agree to the extension of time to produce documents until March 10 but cannot agree to do the 30B6 deposition prior to the April 4th hearing. As I mentioned previously, depending up the outcome of the hearing the proposed California deposition may be affected substantially, which would necessitate a second trip to California for another deposition.
We can talk upon your return.

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Ave., Suite 760N
Bethesda, MD 20814
o) 301 951 1530
f) 301 951 1599

THIS COMMUNICATION IS SENT WITHOUT PREJUDICE TO MY CLIENT'S LEGAL RIGHTS AND INTERESTS.

CONFIDENTIALITY NOTICE
This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in

**From:** Barnes, Johnine [mailto:jbarnes@bakerlaw.com]
**Sent:** Wednesday, February 06, 2008 3:45 PM
**To:** David E. Schreiber
**Cc:** Ellis Jr., Lee; King, Adrienne
**Subject:** RE: D'Onofrio v. SFX Sports Group, Inc. et al.

David,

I am out of the office tomorrow and Friday on travel for work. We can talk next Monday. I would like to do the 30(b)(6) before the hearing so that if there are any issues, we can address them while we are before the court on April 4, 2008.

Also, in light of the rescheduling of the evidentiary hearing in the captioned matter, will you consent to an extension of time for defendants to produce the requested information in the memorandum opinion up to and including March 10? If so, upon the direction of the Judge's clerk, I will prepare a short joint consent motion stating and requesting the same. Thank you.

JPB

> -----Original Message-----
> **From:** David E. Schreiber [mailto:des913@covad.net]
> **Sent:** Wednesday, February 06, 2008 3:36 PM
> **To:** Barnes, Johnine
> **Cc:** Ellis Jr., Lee; King, Adrienne
> **Subject:** RE: D'Onofrio v. SFX Sports Group, Inc. et al.
>
> Johnine,
> Let's talk about doing a 30(B)(6) before the hearing.
> I'll call you tomorrow.
>
>
> David E. Schreiber, Esq.
> David E. Schreiber, P.C.
> 4550 Montgomery Ave., Suite 760N
> Bethesda, MD 20814
> o) 301 951 1530
> f) 301 951 1599
>
> THIS COMMUNICATION IS SENT WITHOUT PREJUDICE TO MY CLIENT'S LEGAL RIGHTS AND INTERESTS.
>
>
> CONFIDENTIALITY NOTICE
> This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301-951-1530, or by return e-mail, immediately. Thank you.

**EXHIBIT 2**

**Barnes, Johnine**

| | |
|---|---|
| **From:** | Barnes, Johnine |
| **Sent:** | Friday, March 21, 2008 5:11 PM |
| **To:** | 'des913@covad.net' |
| **Cc:** | Ellis Jr., Lee; King, Adrienne |
| **Subject:** | Re: D'Onofrio v. SFX Sports Group, Inc. |

David,

I am not clear from your message if you are objecting to the motion. As requested in my correspondence, please advise me as to whether you are objecting to the motion. Thank you.

Johnine.

----- Original Message -----
From: David E. Schreiber <des913@covad.net>
To: Barnes, Johnine
Cc: 'David E. Schreiber' <des913@covad.net>
Sent: Fri Mar 21 16:52:13 2008
Subject: D'Onofrio v. SFX Sports Group, Inc.


Johnine,

I am in receipt of your letter of today's date.

I may respond in more detail by letter next week. However, a few thoughts need to be expressed in light of the tone of the letter and your statement that you will file a motion by Tuesday to demand mediation.

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Ave., Suite 760N
Bethesda, MD 20814
o) 301 951 1530
f) 301 951 1599

THIS COMMUNICATION IS SENT WITHOUT PREJUDICE TO MY CLIENT'S LEGAL RIGHTS AND INTERESTS.

CONFIDENTIALITY NOTICE
This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this

2