UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-00687 |
| | ) (JDB/JMF) |
| | ) Next Event:  No pending events |
| SFX SPORTS GROUP, INC., *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

MOTION FOR LEAVE TO FILE A POST-HEARING BRIEF

Come now defendants SFX Sports Group, Inc., Live Nation, Inc. and Clear Channel Communications, Inc. (collectively, "Defendants") and hereby move for leave from the Court to submit a post-hearing brief in connection with the evidentiary hearing held by the Court on April 4, 2008. This motion is necessary for the reasons provided in the accompanying Memorandum of Points and Authorities.

BAKER & HOSTETLER LLP

By: */s/ Johnine P. Barnes*
    Johnine P. Barnes (D.C. Bar No. 464810)
    Lee T. Ellis, Jr. (D.C. Bar No. 3683)
    1050 Connecticut Avenue, N.W.
    Suite 1100
    Washington, D.C.  20036
    (202) 861-1500

Attorneys for Defendants SFX Sports Group, Inc.,
Live Nation, Inc. and Clear Channel Communications, Inc.

## RULE 7.0(m) CERTIFICATION

I hereby certify that I contacted opposing counsel to seek his consent to this Motion and that counsel does not consent to the relief sought herein.

/s/ Johnine P. Barnes
Johnine P. Barnes

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, defendants' Motion for Leave to File a Post-Hearing Brief was served by electronic mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.

/s/ Johnine P. Barnes
Johnine P. Barnes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:06-cv-00687 ) (JDB/JMF) ) Next Event:  No pending events |
| SFX SPORTS GROUP, INC., *et al.* | ) ) ) |
| Defendants. | ) ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION FOR LEAVE TO FILE A POST-HEARING BRIEF

Pursuant to the Court's inherent authority to regulate its docket as stated in Jones v. Washington Metropolitan Area Transit Authority, 946 F.Supp. 1011, 1015-16 (D.D.C. 1996), defendants move for leave from the Court to submit a post-hearing brief in connection with the evidentiary hearing held on April 4, 2008.  This motion is necessary to aid the Court in resolution of the complex issues before it.

There would be no prejudice to plaintiff were the Court to accept defendants' post-hearing brief as the Court has yet to rule on the evidentiary hearing and plaintiff might be given the opportunity to respond.  Defendants, therefore, respectfully request that the Court grant their motion for leave to submit a post-hearing brief.

Respectfully submitted,

BAKER & HOSTETLER LLP


By: */s/ Johnine P. Barnes*_____
    Johnine P. Barnes (D.C. Bar No. 464810)
    Lee T. Ellis, Jr. (D.C. Bar No. 3683)
    1050 Connecticut Avenue, N.W.
    Suite 1100
    Washington, D.C.  20036
    (202) 861-1500

Attorneys for Defendants SFX Sports Group, Inc.,
Live Nation, Inc. and Clear Channel Communications, Inc.


## CERTIFICATE OF SERVICE

    I hereby certify that on April 15, 2008, defendants' Motion for Leave to File a Post-Hearing Brief was served by electronic mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.


                        */s/ Johnine P. Barnes*_____
                        Johnine P. Barnes