UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-00687 |
| | ) (JDB/JMF) |
| | ) Next Event: No pending events |
| SFX SPORTS GROUP, INC., *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

Upon consideration of Defendants' Motion for Leave to File a Post-Hearing Brief and for good cause shown, it is by the Court this _____ of _____, 2008

ORDERED AND ADJUDGED that the same shall be, and hereby is GRANTED.

_____
Judge John D. Bates
United States District Judge


Johnine P. Barnes, Esq.
Lee T. Ellis, Jr., Esq.
Baker & Hostetler, LLP
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 861-1500

David E. Schreiber, Esq.
David E. Schreiber, P.C.,
4550 Montgomery Avenue,
Suite 760N,
Bethesda, MD 20814
(301) 951-1530