UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-00687 |
| | ) (JDB/JMF) |
| | ) Next Event: No pending events |
| SFX SPORTS GROUP, INC., *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

MOTION FOR LEAVE TO FILE A POST-HEARING BRIEF

Come now defendants SFX Sports Group, Inc., Live Nation, Inc. and Clear Channel Communications, Inc. (collectively, "Defendants") and hereby move for leave from the Court to submit a post-hearing brief in connection with the evidentiary hearing held by the Court on April 4, 2008, and as grounds therefor refers to the Memorandum of Points And Authorities attached hereto and made a part hereof.

WHEREFORE, defendants prays that the Court grant the Order permitting Defendants' to file a post-hearing brief in this case.

BAKER & HOSTETLER LLP

By: */s/ Johnine P. Barnes*
    Johnine P. Barnes (D.C. Bar No. 464810)
    Lee T. Ellis, Jr. (D.C. Bar No. 3683)
    1050 Connecticut Avenue, N.W.
    Suite 1100
    Washington, D.C. 20036
    (202) 861-1500

Attorneys for Defendants SFX Sports Group, Inc.,
Live Nation, Inc. and Clear Channel Communications, Inc.

## RULE 7.0(m) CERTIFICATION

I hereby certify that I contacted opposing counsel to seek his consent to this Motion and that counsel has not indicated whether Plaintiff consents to the relief sought herein.

*/s/ Johnine P. Barnes*
Johnine P. Barnes

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, defendants' Motion for Leave to File a Post-Hearing Brief was served by electronic mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.

*/s/ Johnine P. Barnes*
Johnine P. Barnes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-00687 |
| | ) (JDB/JMF) |
| | ) Next Event: No pending events |
| SFX SPORTS GROUP, INC., *et al.* | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION FOR LEAVE TO FILE A POST-HEARING BRIEF

Pursuant to the Court's inherent authority to regulate its docket as stated in Jones v. Washington Metropolitan Area Transit Authority, 946 F.Supp. 1011, 1015-16 (D.D.C. 1996), Defendants move for leave from the Court to file the post-hearing brief, attached hereto as Appendix A, in connection with the evidentiary hearing held on April 4, 2008.  This motion is necessary to aid the Court in resolution of the complex issues before it and to also update the Court on developments between the parties since the hearing.

There is no prejudice with Defendants' filing of the post-hearing brief as the Court has yet to rule on the evidentiary hearing and Plaintiff may be given the opportunity to respond, if necessary.  Defendants, therefore, respectfully request that the Court grant their motion for leave to submit a post-hearing brief.

Respectfully submitted,

BAKER & HOSTETLER LLP


By: */s/ Johnine P. Barnes*_____
    Johnine P. Barnes (D.C. Bar No. 464810)
    Lee T. Ellis, Jr. (D.C. Bar No. 3683)
    1050 Connecticut Avenue, N.W.
    Suite 1100
    Washington, D.C.  20036
    (202) 861-1500

Attorneys for Defendants SFX Sports Group, Inc.,
Live Nation, Inc. and Clear Channel Communications, Inc.


CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, defendants' Motion for Leave to File a Post-Hearing Brief was served by electronic mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.


        */s/ Johnine P. Barnes* _____
        Johnine P. Barnes