# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SFX SPORTS GROUP, INC., *et al.* ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:06-cv-00687 (JDB) <br> Next Event: Defendants Surreply <br> July 20, 2007 |

### AFFIDAVIT OF JOHN CAVENDER

COMES NOW John Cavender and for his affidavit states as follows:

1.   I am currently employed as Security Principal for Clear Channel Communications, Inc. ("Clear Channel"). Based on my employment with Clear Channel, I am familiar with the circumstances and procedures under which employee email is created, archived, maintained and extracted.

2.   As Security Principal, one of my responsibilities includes the retention and extraction of Clear Channel's archived email on the Legato system. The Legato system was established in August 2004 pursuant to a matter involving the Department of Justice, which is unrelated to this matter. Clear Channel has two separate Legato servers.

3.   In the matter involving the Department of Justice, Clear Channel moved over 11,000 people into the Legato system in less than 5 days. The directive was to preserve email for entertainment employees, radio senior management, general managers, business managers, programming personnel, promotion personnel and on-air talent. This directive did not include

the preservation of email for employees of SFX Sports Group, Inc. ("SFX Sports"). It is my understanding that Audrey D'Onofrio was employed with SFX Sports.

4. Emails archived in the Legato system are stored as single instance items within Legato mail volumes. Each message has a unique ID number, which is indexed within the Legato database along with other key data. With this data, searches can be performed.

5. In or about October 2006, I was directed to search for the archived email for Ms. D'Onofrio. My initial search for Ms. D'Onofrio's email did not produce any results. In conducting such searches, I looked on the Live Nation server of the Legato system. These previous searches only utilized what was thought to be Ms. D'Onofrio's display name in Clear Channel's email system (i.e. the text string "D'Onofrio, Audrey" was searched). This process produced results for previous searches.

6. On or about February 2007, I was directed to conduct additional searches regarding any archived email of Ms. D'Onofrio from her employment with SFX Sports. At this time, I utilized different search methods than those previously used.

7. The searches that produced Ms. D'Onofrio's email utilized email extender keys, as opposed to Ms. D'Onofrio's display name. Within the Legato system, there are email extender keys that are linked to each email address. These keys are useful when the employee is no longer found in the email system. Using these keys as the keyword, a search can be performed to find all email sent to or received by an email address. An example of a key linked to Ms. D'Onofrio's email address is 2D7141297E6C4211. To find all email sent from this key, the following search criteria was used: 2D7141297E6C4211 in xvSrcAddrs. Using these search criteria, the key is linked to Ms. D'Onofrio's email address and we are looking in the xvSrcAddrs field. A similar search was conducted to find all email sent to Ms. D'Onofrio:

2D7141297E6C4211 in xvRecpts. Using these search criteria, the key is linked to Ms. D'Onofrio and we are looking in the xvRecpts field.

All of the following email extender keys were used to locate Ms. D'Onofrio's email:

| EmailXtender Key | EmailXtender Proxy Address |
|---|---|
| E217850CE7CF4B2E | SMTP:"audrey.d'onofrio@sfx.com"<audrey.d'onofrio@sfx.com> |
| 2D7141297E6C4211 | EX:"D'Onofrio, Audrey"</o=clear channel/ou=first administrative group/cn=recipients/cn=ccedca1akd> |
| DA5C251D5B194C57 | SMTP:"Audrey D'Onofrio"<audrey.donofino@sfx.com> |
| 23788A90D344F0BD | SMTP:"Audrey D'Onofrio-Shebby"<audreydpr@msn.com> |
| EE0FF1BD6EE7F37B | SMTP:"audreyd'onofrio@clearchannel.com"<audreyd'onofrio@clearchannel.com> |
| A21F806F0B33AE6B | EX:"D'Onofrio, Audrey"</o=clear channel/ou=first administrative group/cn=recipients/cn=audrey.d'onofrio> |
| A492C4D1B467FD92 | EX:"D'Onofrio, Audrey"</o=clear channel/ou=us exchange admin group/cn=first administrative group/cn=recipients/cn=ccedca1akd> |
| 58183D0081E20F2B | EX:"D'Onofrio, Audrey"</o=ccu/ou=sfx-houston/cn=washington d.c. -proserv/cn=audrey.d'onofrio> |

8.    I have reviewed the DVD identified as .DAT FILE NATIVE FILES, 28653.000017 DONOFRIO, which contains emails located as a result of the above search process (hereinafter "Clear Channel Created Records") contained in a .dat file. Except for the SFX production numbers affixed to the documents, these Clear Channel Created Records are duplicate copies of domestic (United States) business records. The Clear Channel Created Records were created by Clear Channel in the normal course of Clear Channel's business activity, at or near the time so stated in the records (or if not stated, at or near the time of the matters set forth therein).

9.    I have reviewed three additional DVDs produced containing Clear Channel Created Records in .pst files. The DVDs are labeled Client Matter #28653-000017, Client Matter#028653.000017 Additional E-Mails 6-01-07 ("DVD X") and D'Onofrio v. SFX Sports Group 06-cv-00687 (1) .pst File July 5, 2007 ("DVD Y"). The contents of DVD X and DVD Y

are identical. Again, except for the SFX production numbers affixed to the documents, these Clear Channel Created Records are duplicate copies of business records kept in the normal course of Clear Channel's business activity, at or near the time so stated in the records (or if not stated, at or near the time of the matters set forth therein).

10. Once all the data contained on the DVDs are uploaded into Microsoft Outlook or an analogous application, the data can be searched by many criteria, and therefore, are conducive to efficient searching.

Date: 7-20-2007

John Cavender

Subscribed and sworn to me this 20 day of July, 2007.

Teresa O. Heck
Notary Public

My Commission expires: 02-16-2009

TERESA O HECK
NOTARY PUBLIC
State of Texas
Comm Exp. 02-16-2009