# EXHIBIT 8



# SFX SPORTS GROUP PUBLIC RELATIONS

## Promoting The Live Experience

August 7, 2000



# Corporate Public Relations
## External Objectives

■ Create Uniform PR Processes For All SFX
  Sports Group Divisions

■ Strengthen SFX Sports Group Image As A Crucial SFX
  Entertainment Operating Unit

■ Create Awareness Of SFX Sports Group And Its Competencies
  Among Key External Audiences
  - Secure favorable Sports Group coverage among key media
  - Educate media on how SFX Sports Group provides unique and
    innovative opportunities for clients
  - Promote the SFX entertainment "live" experience through sports

sfx

# Corporate Public Relations

### External Objectives
### Action Plan

- Work Closely With Other SFX Entertainment PR Entities Utilizing All Opportunities To Build The SFX Brand

- Develop An SFX Sports Group Profit Center Process



# Corporate Public Relations

### External Objectives
### Action Plan

■ Establish SFX Sports Group PR Protocol - September 1, 2000 Deadline

   - Document detailing format and processes for SFX Sports Group interviews given to all SFX Sports Group personnel

   *Internal document will be shared with SFX Sports Group staff (i.e. who can speak to the media and what they should expect from SFX Sports Group PR staff)

sfx

# Corporate Public Relations

### External Objectives
### Action Plan

■ Develop SFX Sports Group Media Training Program - March 1, 2001 Deadline
- Create overall program
  - Coursework and fees for one day-three day programs
  - Tactics for teaching program
  - Resources for program
- Train SFX Sports Group PR staff on media training tactics and SFX programs
- Train SFX executives with SFX Sports Group branded program
- Corporate photos (September 1, 2000 deadline)



# Corporate Public Relations
## External Objectives
## Action Plan

■ Create Interactive Press Kit - September 1, 2000 Deadline
- Kit should include fact sheet, corporate bios, relevant reprinted articles, corporate head shots, recent press releases, SFX Entertainment background, Clear Channel background
- Kit should also be available on hard copy

■ Write And Distribute PR Materials - Ongoing Deadline
- News Releases
  - Tentative topics include:
    - SFX Sports Group acquisitions
    - Profiles on corporate executives
    - Announcements of major SFX Sports Group deals
    - New Executive hires
      *Press releases distributed according to timeliness



# Corporate Public Relations

## External Objectives
## Action Plan

■ Create SFX Sports Group PR Mailing - September 1, 2000 Deadline

- Mailing designed by SME will reflect a square rolodex card with SFX Sports Group press contacts and topic expertise

■ Create SFX Sports Group Branded Placements - Ongoing Deadline

  e.g. CNN Weekly Hour with SFX Sports Group

■ Secure Ongoing, Positive Visibility For Sports Group - Ongoing Deadline

- Bill Allard/David Falk - Desk-Side briefing with key media
  - *USA Today, New York Times, Associated Press, Forbes*



# Corporate Public Relations

## External Objectives
## Action Plan

■ Coordinate All Sports Group Corporate PR Requests - Ongoing Deadline
- Use designated SFX Sports Group executives
- PR staff develops message points in an SFX designated format and reviews with executive prior to interview

■ Secure Feature Stories On Sports Group - Ongoing Deadline
- Examples of target placements include:
  *Washington Post, Forbes, Business Week*, CNN

■ Focus On Placing Top-Line Executives For High-Profile Speaking Engagements - Ongoing Deadline
- Sports Summit 2001, IEG Sponsorship Conference



# Corporate Public Relations
## Internal Objectives

- Serve As SFX Sports Group Conduit

- Enhance SFX Sports Group Personnel Knowledge Of Corporate Plans

- Manage SFX Sports Group Internal Messaging

- Increase SFX Sports Group Awareness In The Mainstream

- Promote SFX Sports Group Colleague Collegiality

- Oversee Management Of SFX Sports Group PR Team

- Create Incremental Revenue For SFX Sports Group PR Team



# Corporate Public Relations

## Internal Objectives
## Action Plan

■ Work Within The SFX Entertainment Structure -
Ongoing Deadline

- Bi-weekly meetings with SFX Entertainment PR Head (Howard Schacter)
    - Brief Howard Schacter with relevant Sports Group information
    - Set monthly goals
- Attend relevant SFX Entertainment events/meetings as directed by Howard Schacter

sfx

# Corporate Public Relations

## Internal Objectives
## Action Plan

■ Compose Emails From Bill Allard/David Falk Detailing Corporate News - Ongoing Deadline
- Bill Allard/David Falk acquisition announcements should be given to SFX Sports Group personnel one day prior to close
- Bill Allard/David Falk explanations of new corporate policy
- Bill Allard/David Falk explanations of particular corporate accomplishments and why they are important for SFX Sports Group growth

■ Establish Chain Of Command For Answering Corporate Questions - Ongoing Deadline
- Discuss with department heads how a particular situation will be handled internally
- Create message points for personnel as needed



# Corporate Public Relations

### Internal Objectives
### Action Plan

■ Oversee Company Newsletter - Bi-annual Deadline
- Assign intern to develop news pieces
- Edit articles
- Manage quality control and distribution

■ Establish A SFX Sports Group Corporate Image - September 1, 2000 Deadline
- Establish SFX Sports Group dress code
- Establish SFX Sports Group policies while traveling



# Corporate Public Relations

## Internal Objectives
## Action Plan

■ Develop SFX Sports Group Colleague Friendly Programs
   - Ongoing Deadline
   - Bill Allard welcome email for new employees
   - Viewing parties throughout SFX offices for Television Division program offerings
   - SFX Sports Group ticket offerings to employees
   - Establish an SFX Sports Group social committee (October 1, 2000 deadline)
     – Committee will plan monthly SFX Sports Group outings
     – Committee will change membership yearly



# Corporate Public Relations

## Internal Objectives
## Action Plan

- ■ Develop SFX Sports Group Colleague Friendly Programs (continued)
  - Establish an SFX Sports Group employee task force (October 1, 2000 deadline)
    - Group will be comprised of one SFX Sports Group employee from each office
    - Group will meet monthly via phone and bi-annually in nearest SFX hub office and discuss employee concerns
    - Group will present recommendations to Sports Group President on a bi-annual basis



# Corporate Public Relations
## Internal Objectives
## Action Plan

- **Establish An SFX Sports Group Acquisition Plan - August 1, 2000 Deadline**
  - Follow established PR procedures for internal/external announcements
  - Create presentation on Sports Group
    - To be given to to new SFX Sports Group employees

- **SFX Sports Group Corporate Crisis Process - October 1, 2000 Deadline**
  - Confer with top SFX Sports Group executives on crisis process
  - Create crisis document
    - Designate Spokespeople
    - Create list of SFX Sports Group personnel who are designated spokespeople
    - Utilize SFX Sports Group Corporate media training program



# Corporate Public Relations

### Internal Objectives
### Action Plan

- **Oversee And Grow The SFX Sports Group PR Team - Ongoing Deadline**
  - Weekly Meeting
    - Recap on weekly activities
    - Goals set for the week
    - Brainstorming between colleagues on innovative programs
  - Bi-weekly department update
    - Micro look at where the department is going
  - Weekly overview notes sent to group and key executives
  - Network with PR professionals
    - Informational interviews
    - Attend relevant PR professional events



# Corporate Public Relations

### Internal Objectives
### Action Plan

■ Oversee And Grow The SFX Sports Group PR Team (continued)

- Quarterly PR Summit (2 days)
  - Meet in designated city
  - Work on leadership skills
  - Group bonding
  - Goals assessment
- Bi-annual PR update
  - Meet with PR department heads
    - Assess individual team growth
    - Provide mentoring as needed



# Corporate Public Relations

## Internal Objectives
## Action Plan

■ Create "The SFX Sports Group PR Process For Incremental Revenue PR Programs" - March 1, 2001 Deadline

- Work with Marketing and Event PR Heads on creating a uniform proposal process
  - Formal document to be created and distributed throughout Sports Group
- Work with Marketing and Event PR Heads to set fair pricing structures

sfx

# Talent Division Public Relations
## Objectives

- ### Enhance The Marketability Of Sports Group Talent Clients
  - Coordinate favorable media coverage nationally and in those markets where athletes/talent compete and reside
  - Provide a value-added service that agents and talent marketers can use to sell athletes on SFX services

- ### Develop And Maintain Central File Of Athlete Sales Kits And Press Information

- ### Compose Athlete Announcements
  - Develop and distribute news releases and statements, as necessary, that position clients favorably
    - New Marketing Deals
    - Transactions
    - Charity Endeavors



# Talent Division Public Relations
## Objectives

■ Crisis Management
  - Establish crisis team to develop and implement strategic plan to hand crisis situations
  - Utilize SFX Sports Group media training program

■ Interview Requests For Agents/Clients
  - Centralize all requests through PR contacts
  - Coordinate opportunities with agents

■ SFX "Rookie PR Program"
  - Provide as service to projected first-round NBA and NFL clients and other clients as directed by Ivan Blumberg



# Talent Division Public Relations

## Objectives

■ Favorably Position Clients Nationally And In Those Markets Where We Expect/Want Them Drafted

- Provide media training and message development
- Develop proactive media relations program
- Review/revise message delivery on ongoing basis with agent/client
- Coordinate Draft Day media relations activities

sfx

# Talent Division Public Relations

## Action Plan

■ Develop Tactical PR Plans For Marquee Athletes - Ongoing Deadline

- Answer all media requests in a timely manner
- Develop story angles promoting athlete angles including:
  - Marketing deal
  - Team signing
  - Move to new city
  - Reaching landmark goals (i.e. pitching a perfect game)
- Plan Strategic SFX Sports Group PR efforts surrounding key dates i.e. Draft Day, free agency, etc.

# Talent Division Public Relations
## Action Plan

■ Work With Leading Reporters Sports/Lifestyle To Create Positive Buzz e.g. Rudy Martzke, *USA Today* - Ongoing Deadline

- Entertain reporters
- Attend key sporting events
- Media tours
- Weekly SFX Sports Group Talent conference calls
  - Provide reporters with SFX Sports Group Talent update
  - Provide one SFX athlete to highlight per week

sfx

# Talent Division Public Relations

## Action Plan

■ Boost Relationships With Key Sports Organizations -
Ongoing Deadline
- NBA, NFL, NHL, etc.
  - Plan visits with leading PR personnel from various sports organizations
  - Attend athlete sporting events and visit with League PR personnel

■ Create The SFX Clearinghouse of Sports Information - October 1,
2000 Deadline
- Uniform bios for all SFX Sports Group athletes/talent
- Bios available on SFX employee computers as read-only document
- House SFX athlete/talent pictures in the Wisconsin Avenue office
- Maintain a file of athlete/talent autographs in the Wisconsin Avenue office



# Talent Division Public Relations

## Action Plan

■ Establish Talent Relations Protocol - September 1, 2000 Deadline
  - Work with Talent PR Head on establishing guidelines
  - Agree with Sport Group Talent PR Director on monthly PR goals
    – David Falk emails agents on the public relations protocol

■ SFX Rookie Program - October 1, 2000 Deadline
  - Rookies will be provided SFX manual on how to maximize public relations opportunities and work with the media
  - Media training for athletes on a case-by-case basis
  - SFX PR presence at Draft Day
  - Tactical PR programs executed for athletes on a case-by-case basis



# Events Division Public Relations
## Objectives

- Build Profitable PR Programs For SFX Sports Group Events

- Develop PR Plans/Budgets As Directed And Approved By Bob O'Connor/Tournament Directors

- Help Increase Ticket Sales To Those Events The Sports Group Owns Or Manages

- Boost Value Of Event Sponsorship For Sponsors

- Brand SFX Sports Group Events PR

- Build Media Awareness Of SFX Sports Group Events Executives



# Events Division Public Relations
## Action Plan

- ■ **Work With Events Division Pitching SFX Sports Group Events PR Services - Ongoing Deadline**
  - • Agree with Sports Group Events PR Director on monthly PR goals
  - • Create SFX Sports Group PR proposals
  - • Sell PR services that are directly profitable to PR Division or assist sell through to other SFX competencies
    - Example: Use PR to close Event Management deal
    - Example: Sell Television Division VNR services to a PR client

- ■ **Create Cutting Edge PR Programs That Utilize All Components Of The SFX Corporate Structure - Ongoing Deadline**
  - • Work with Events sales staff to pitch PR programs



# Events Division Public Relations

## Action Plan

- ■ **Generate Advance Event Publicity - Ongoing Deadline**
  - • Coordinate all PR efforts with Marketing Division
    - – Strategically place press releases alongside media placements (radio/TV/newspaper - i.e. *Sportsline*, CNN, *Washington Post*)
  - • Create advance press events targeted to attract potential ticket buyer and stimulate publicity

- ■ **Develop Sponsorship Friendly PR Programs - Ongoing Deadline**
  - • Place key client executives in event-based stories, e.g. CEO talking with local reporters about tournament
  - • Create ancillary event week PR events that allow sponsors to interact with athletes and press
  - • Organize sponsor media summits that foster sponsors interaction with other key sponsors



# Events Division Public Relations

## Action Plan

■ Develop Sponsorship-Friendly PR Programs (continued)
- Develop and manage PR budgets
- Identify key media
- Create innovative PR programs
  - Up-to-date media list
  - Targeted press releases
  - Special events to possibly include:
    - Sponsor Summit
    - Media Day
    - Media Stunts
    - Press Conferences
    - Satellite Media Tour
    - Teleconferences



# Events Division Public Relations

## Action Plan

■ Develop Press Materials - Ongoing Deadline
- Fact Sheet
- Photos, slides
- Athlete bios
- Course maps
- Media Guide/Game Day program

■ Serve As Information Clearinghouse For Event Website - Ongoing Deadline
- Hire local PR staff as needed
- SFX staff on-site PR management
- Handle press inquiries
- Oversee on-site press conferences
- Write and disseminate all tournament-related news/announcements/media messages



# Events Division Public Relations

## Action Plan

- ■ Serve As Information Clearinghouse For Event Website (continued)
  - • Post event wrap-up
    - – Media value overview
    - – Event clips
    - – Overall event PR analysis

sfx

# Event Division Public Relations

## Action Plan

- **Brand SFX Sports Group Events Division PR - November 1, 2000 Deadline**
  - Develop guide that outlines uniform SFX Events PR format
    - Deadlines for media placement, i.e. long-lead/month prior to event, etc.
    - Minimum number of press releases and topics
    - SFX  Media Center
      - Equipment needs
      - Signage placement
      - Staff duties
      - Vendor needs
  - Develop price ranges for Event PR services



# Event Division Public Relations

## Action Plan

- **Capitalize On Media Opportunities For SFX Sports Group Events Division Executives - Ongoing Deadline**
  - Quote SFX Events executives on relevant Events Division press releases
  - Educate/remind media of the SFX brand mission on all relevant interviews

sfx

# Marketing Public Relations

## Objectives

■ Structure A Formal Public Relations Process For Marketing Public Relations

■ Elevate Media Awareness Of SFX Sports Group Marketing Division And Key Marketing Division Executives

■ Provide PR As A Complimentary Service To Those Clients (Including Those Of SME) Whose Publicity Also Benefits The Sports Group

■ Create A Profit Center for SFX Sports Group Marketing PR

sfx

# Marketing Public Relations
## Action Plan

- ■ **Establish A Formal Marketing Communications Process - September 1, 2000 Deadline**
  - Agree with Sports Group Public Relations Director on monthly PR goals
  - Bi-weekly meeting with Marketing Head
    - Discuss "big picture" stories and upcoming PR campaigns
  - PR participation in weekly sales meetings
    - Establish relevant news
    - Discuss strategic PR opportunities i.e. guest columns, etc.
  - Compose bi-annual Marketing PR calendar
    - Include important conferences for speaking opportunities
    - Establish important dates to release Marketing Division news stories
    - Maintain fact sheet of Marketing Division activities and update client rosters and client information



# Marketing Public Relations

## Action Plan

- ■ **Capitalize On All Media Opportunities - Ongoing Deadline**
  - • Proactively place SFX Sports Group Marketing executives with key media outlets i.e. *Wall Street Journal, SportsBusiness Journal*
    - – Breaking sports news
    - – Breaking Marketing news
    - – Promoting SFX services
  - • Manage all SFX Sports Group Marketing executives media interviews in accordance with the SFX Sports Group public relations process
  - • Provide background information including target audience
  - • Implement process to make available speech transcripts, written commentary, etc.
    - – Will be available for internal use as well as for sales kits 

# Marketing Public Relations

## Action Plan

- ### Enhance Relationships With The Press - Ongoing Deadline
  - Desk-side briefings for journalists with SFX Sports Group Marketing executives
  - Entertain key journalists

- ### Develop Ancillary Revenue Process For Marketing PR - November 1, 2000 Deadline
  - Create process with Sports Group Marketing PR Director
  - Create competencies document for each Marketing area
    - Team, League & Venue Services
      - Sell teams and leagues on SFX PR managing on-going community relations, sponsor promotion, crisis management, owner positioning and other programs



# Marketing Public Relations
## Action Plan

■ Develop Ancillary Revenue Process For Marketing PR (continued)

– Corporate Consulting

– Sell clients on utilizing PR to leverage sponsorships and increasing visibility for projects

– SME

– Sell teams and leagues on creating ancillary PR programs to announce new marks and other creative branding material

# Television Public Relations

## External Objectives

- Develop Formal PR Process For SFX Sports Group Television Public Relations

- Generate Press For SFX Sports Group Television Division And Projects

- Place SFX Sports Group Executives In High Profile Speaking Engagements i.e. Sports Summit

- Brief All SFX Television Executives On The SFX Sports Group PR Process For Interviews



# Television Public Relations
## Action Plan

■ Develop Formal Process For SFX Sports Group Television Public Relations - November 1, 2000 Deadline

- Agree with Sports Group Television Director on monthly PR goals
- Develop interview chain-of-command for the SFX Sports Group Television Division
- Develop a plan for working with Network Public Relations Departments
  - Compose a SFX Sports Group fact sheet
- Create process for bringing to on set visits
- Communicate regularly with SFX Sports Group Television President
- Schedule bi-weekly meetings with Television Head
- Provide PR strategy update



# Television Public Relations

## Action Plan

■ Generate Press For SFX Sports Group Television Division And Projects - Ongoing Deadline

- Write press releases
- Aggressively pursue press coverage
- Place SFX Sports Group Television executives in national periodicals (*NY Times*) as well as trade (*Hollywood Reporter*)
- Update media lists
- Create unique media opportunities
  - Write guest columns
  - Plan media events in conjunction with SFX Sports Group screenings



# Television Public Relations

## Action Plan

■ **Schedule Weekly Calls To Deputy Head - Ongoing Deadline**
  - Review current projects

■ **Schedule Monthly Conference Calls To Tollin Robins/Black Canyon - Ongoing Deadline**
  - Provide PR update
  - Receive background information on ongoing projects

sfx

# Staffing

