# EXHIBIT 9

**From:** D'Onofrio, Audrey
**Sent:** Thursday, April 04, 2002 3:39 PM
**To:** D'Onofrio, Audrey

Great talking with you yesterday. Per our conversation I will outline some of my pitches.

1. Tim Simpson-he was a PGA tour player who was doing great (had victories etc.) and then discovered he had a serious case of Lyme disease that basically sidelined not only his career but his life. By the time Lyme disease was diagnosed he was far along in the disease and was already suffering neurological problems-balance/tremors etc. In the past few years he has slowly been able to work his way back to health and is now in a new stage of his career teaching golf to PGA players and up and coming talents. He is also cautiously optimistic that by the time he turns 50 (four years) his health will be up to the degree that he can compete on the SENIOR TOUR although he aims to continue teaching which has grown to be a passion for him

Tim lives in Georgia and would be accessable during Masters--since you will have crews there-or at any other time. He is a great interview. Let me know if you need any additional info.

2. University of Pittsburgh Sports Performance Complex golf program--I have attached a recent article and weblink--this is probably the world's most elite athlete performance/rehibilitation center--in the area of golf they have developed a specialized program to not only treat golf injuries but to predict where a golfer will most likely suffer an injury if he continues to play in a certain manner--some of the world's top golfers have come to UPMC for treatment including Greg Norman who endowed a research chair at UPMC--would love to have a GC come to the facility and go through the golf program--you could either use talent to go through the program or one of our golfers--your call..

3. Masters--are you interviewing any golf agents at the Masters to discuss tournament play, recent golf deals etc--we would love to offer up any of our golf agents for any such interviews

4. Many viewers don't know about some of the funny customs at the Masters--first being that many of the folks who live by the country club actually vacate their houses for golfers and corporations with golf-related interests (i.e. SFX;IMG etc.)--at SFX all the agents and golf related personnel live and bascially eat/sleep and breathe together at the Masters in one of these homes--SFX would love to open their doors for a kind of day in the life at the Masters.

Those are some of my thoughts--please let me know what you think--also regarding the UPMC story--I believe you have someone from GC who lives in Pittsburgh (Adam???) who would be a perfect fit to do that story.

Please let me know as I am looking forward to your thoughts.

Regards,


golfmedbg.doc

Audrey
Audrey D'Onofrio
SFX Sports Group
Senior Director, Public Relations
tel: 202-721-7257
fax: 202-721-7201

# SFX Sports Group

## A General Services and Capabilities Presentation for:
## Audrey D'Onofrio



Presented by SFX Sports Group - Pittsburgh
March 27, 2002

## About SFX Sports




2

## About SFX Sports 

### Background

- The only company to provide complete access to the exciting convergence of sports and entertainment
- Created by merging industry leaders into the world's most experienced sports marketing group dedicated to setting the highest of standards of achievements in the industry
- Offers an unparalleled range of services for a client portfolio that includes athletes, events, coaches and media personalities
- Headquartered in Washington, D.C. with 12 offices in the U.S. and another 6 around the world

3

# About SFX Sports



## Assets and Capabilities

- Represents over 700 professional and Olympic athletes, collegiate and professional coaches, broadcasters and entertainers worldwide
- Owns and/or operates major events in golf, tennis, and more
- Offers branding, promotional and sales solutions through a variety of sports assets and experience
- Creates specialized corporate hospitality experiences at major sporting events around the world

  

4

# About SFX Sports



## Organization

**SFX Sports**
- **Talent**
- **Events**
- **Marketing**

| Talent | Events | Marketing |
|---|---|---|
| Baseball | Tennis | Branding |
| Basketball | Golf | Property Rep. |
| Broadcasters | Charity | Sales |
| Coaches | Running | Corp. Consulting |
| Football | Special Events | Merchandising |
| Golf |  | Public Relations |
| Hockey |  | Licensing |
| Olympians |  | Retail Consulting |
| Soccer |  | Corp. Hospitality |
| Tennis |  |  |

5

# About SFX Sports



## Client Portfolio

**Basketball**
- Michael Jordan
- Kobe Bryant
- Tracy McGrady
- Alonzo Mourning
- Reggie Miller

**Baseball**
- Pedro Martinez
- Roger Clemens
- Jason Giambi
- Nomar Garciaparra
- Kerry Wood

**Football**
- Jerry Rice
- Shawn Alexander
- Mike Alstott
- Vinny Testaverde
- Donovan McNabb

**Tennis**
- Andre Agassi
- Jan-Michael Gambill
- Patrick Rafter
- Gabrielle Sabitini
- Andy Roddick

**Hockey**
- Brian Leetch
- Sergei Zubov
- Ilya Kovalchuk
- Nikolai Khabibulin
- Alexei Zhamnov

**Golf**
- Greg Norman
- John Daly
- Scott Hoch
- Scott Verplank
- Tom Lehman

**Broadcasters**
- Chris Berman
- Al Michaels
- Boomer Esiason
- Willow Bay

**Coaches**
- Mike Krzyzewski
- John Thompson
- Rick Majerus
- Tommy Amaker

**Olympians**
- Dara Torres
- Brandy Chastain
- Dan Jansen
- Janet Evans



6

## About SFX Sports 

### Events

- SFX provides event development and management for a wide array of sports including properties in PGA and celebrity golf, ATP Tennis, corporate events, emerging sports and more.
- SFX Sports creates and develops properties that leverage the unique energy of live entertainment. Highlight events include:



7

## About SFX Sports 

### *Marketing*

- The marketing division offers expertise in:
    - Branding and creative services
    - Integrated media sales
    - Corporate consulting
    - Retail licensing and merchandising
    - Corporate hospitality

8

## About SFX Sports 

# Client Marketing Blueprint

- **Branding**
  - Event sponsorship
  - Spokesperson applications
- **Customer Relationship Building**
  - Corporate outings with athletes
  - Athlete/celebrity appearances
  - "Live entertainment" event access & "Major" event hospitality packages
- **Vendor Relations**
  - Experience in leveraging vendors' support of client marketing initiatives
    - I.e., Energizer support of Fred Meyer Challenge in Beaverton, OR and CVS Classic in Providence, RI

9

## About SFX Sports 

### Testimonials

"This golf exposure is a good program. We actually have some surprise wins. Keep me up tp speed on progress."
— *CEO, Fortune 500 Company*

"The investment in the play with the pro program has paid for itself many times over. This tool should be retained for (next year). It gives us the opportunity to meet and develop strong relationships with key and top level (customers)."
— *Sales Manager, Medical Imaging Company*

"While the media coverage is tremendous, the personal relationships developed through the use of the pros at individual, private events, has been documented as a real sales generator. There's really no reason to discontinue this program. It's all win for us!"
— *Marketing Communications Manager, Fortune 500 Company*

10

# SFX Sports Background 

## Part of Clear Channel Entertainment (CCE), a leading producer and marketer of live entertainment events

   

Over 26,000 events

  

Over 66 million tickets sold

Over 135 venues

11

## About CCE 

### CCE is the new standard in service and creativity for LIVE marketing



12



# About CCE



- CCE controls the largest live audience of any sports or entertainment entity in the world
- Owned by Clear Channel Worldwide, a global leader in the out-of-home advertising industry.
  - Owns or operates approximately 1,240 radio stations and 19 TV stations in the United States
  - Has equity interest in 240 radio stations internationally
  - Operates roughly 700,000 outdoor advertising displays around the world

13

## About SFX Sports 

# Contact Information

- **For questions about this presentation or to discuss ideas on meeting your strategic objectives through sports marketing, contact:**

Eric Schmitt
Director, Talent Marketing
SFX Sports Group
401 Medical Arts Building
3708 Fifth Avenue
Pittsburgh, PA  15213
412-647-3095 (ph)
412-647-9545 (fx)
eric.schmitt@sfx.com

14