# EXHIBIT 10

1

```
 1                   UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLUMBIA
     ------------------------------X
 3   AUDREY (SHEBBY) D'ONOFRIO,       Docket No. 00-953 (RWR)
                    Plaintiff,
 4
               v.                     Washington, D.C.
 5                                    April 4, 2008
                                      10:02 a.m.
 6
     SFX SPORTS GROUP, INC., ET AL,
 7                  Defendant.
     ------------------------------X
 8
                 EVIDENTIARY HEARING - MORNING SESSION
 9         BEFORE THE HONORABLE DEBORAH A. ROBINSON
                  UNITED STATES MAGISTRATE JUDGE
10

11   APPEARANCES:

12   For the Plaintiff:    David E. Schreiber, Attorney at Law
                           By:  Mr. David E. Schreiber
13                         4550 Montgomery Avenue, Suite 760N
                           Bethesda, MD  20814
14                         301.951.1530

15   For the Defendant:    Baker & Hostetler, L.L.P.
                           By:  Ms. Johnine P. Barnes
16                              Ms. Adrienne King
                           1050 Connecticut Avenue, N.W.
17                         Suite 1100
                           Washington, D.C.  20036
18                         202.861.1633

19
     Court Reporter:       Catalina Kerr, RPR
20                         U.S. District Courthouse
                           Room 6716
21                         Washington, D.C.  20001
                           202.354.3258
22

23   Proceedings recorded by mechanical stenography, transcript

24   produced by computer.

25
```

1  A   He did.

2  Q   Okay. And part of your claim is the allegation that you
3  took over his job?

4  A   Correct, correct.

5  Q   Okay. So, did you have correspondence with Mr. Schacter
6  about that type of thing?

7  A   Yes, yes.

8  Q   As well as other people?

9  A   As well as other people, correct.

10 Q   Please continue.

11 A   So that there would be e-mails there. There were e-mails
12 discussing the --

13         COURT REPORTER: Please move closer to the
14 microphone.

15         THE COURT: You don't have to look at me. Just
16 look --

17         THE WITNESS: Okay.

18 A   There were e-mails of a variety of topics. Specifically,
19 when we were talking about my job title, there was issues with
20 job title going back to 2000 which continued until I left. So
21 there would be discussions with some of the people back from
22 2000. Moving forward, there was a lot of discussion, as I was
23 coming back, because I was hesitant on coming back without
24 having the title situation taken care of, and so there was
25 e-mails talking about that, talking about the time frame,

1  A    Certain types of press releases could go out to the
2  world, and that's okay, or you can have a press release that's
3  called embargo that you have to hold for a certain date, and
4  then after that goes out, that's okay, too.  But sometimes you
5  write a press release that you only want to go to maybe one or
6  two reporters because it's that sensitive because maybe it's
7  not a great thing, so you save that on your hard drive.
8       THE COURT:  Okay.  Ms. D'Onofrio, could you stand
9  down for a minute.  We're going to take our lunch recess.  I
10 had a -- I had -- Mr. Bond, you are going to stay, aren't you,
11 for awhile?
12      MR. BOND:  Yes.
13      THE COURT:  Fine.  I just wondered if there is
14 really a dispute here.  Would you be willing to let Mr. Bond
15 do the search he feels he has to do, provided it was pursuant
16 to a protocol?  Mr. Bond, you have such protocols, I'm sure.
17      MR. BOND:  Yes.  Yes, sir.
18      MR. SCHRIEBER:  Would you like him to come up so
19 he's closer?
20      THE COURT:  Yes.  In other words, you may stand
21 down, Ms. D'Onofrio.
22      If you would do it pursuant to a protocol in which,
23 of course, he would be duty-bound by his oath to me to only
24 search for what he's supposed to.  If he came across anything
25 that was propriety that was attorney/client privilege, he