UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO : <br> : <br> Plaintiff : <br> : <br> v. : <br> : <br> SFX SPORTS GROUP, INC., et. al. : <br> : <br> Defendants : | Case No.: 06-687 JDB/JMF |

## ORDER

Upon consideration of Defendants' Motion for Leave to File a Post-Hearing Brief and Exhibits, Plaintiff's opposition thereto, and good cause not having been shown, it is by this Court this _____ day of _____, 2008,

ORDERED, that Defendants' Motion for Leave to File a Post-Hearing Brief and Exhibits be, and the same is hereby, DENIED,


_____
JOHN M. FACCIOLA, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304