1   created by Ms. D'Onofrio?

2   A   Yes.

3           MS. BARNES:  I have no further questions at
4   this time.

5           THE COURT:  Cross examine?

6           Just before you do.

7           Mr. Mason, if the file is empty, why does it
8   show 567,000 kilobytes?

9           THE WITNESS:  Because if you delete e-mails,
10  when the PST file appears in your Outlook it just
11  appears as folders that hold e-mail.  If you delete
12  the e-mail out of those folders but don't compress the
13  file again, the file takes up the same space as it
14  always did. It looks like there is something in it.

15          THE COURT:  Got you.  Thank you.

16          Cross examine.

17          MR. SCHREIBER:  Thank you.

18  CROSS EXAMINATION

19  BY MR. SCHREIBER:

20  Q   Mr. Mason, you are not trained as an I.T. person I
21  gather, you are a finance person?

22  A   Correct.

23  Q   This is something you sort of picked up along the
24  way?

25  A   Yes.

1   Q   Now Dan Rosier is the person that asked you in the
2   spring or summer of 2006 to look for Audrey
3   D'Onofrio's e-mails?
4   A   Yes.
5   Q   Did he ask you to also look for documents at that
6   time?
7   A   No.
8   Q   Did anybody from Clear Channel, Live Nation, legal
9   counsel's office ever speak to you about Audrey
10  D'Onofrio's computer or data or anything left there
11  before Dan Rosier called you?
12  A   No.
13  Q   To your knowledge, did anybody from legal counsel
14  contact anybody at the SFX office in D.C. regarding
15  Audrey D'Onofrio's computer or e-mails or documents?
16  A   I don't know.
17  Q   You've never been told that in other words?
18  Nobody at the office ever said somebody from Legal
19  just called and they want this or they want that?
20  A   Correct.
21  Q   I gather, nobody ever he gave you what we have
22  come to call a litigation hold notification that there
23  was pending litigation or a pending claim such that
24  there should be a retention of any material,
25  electronic or otherwise, relevant to Ms. D'Onofrio?

1    A    Correct.

2    Q    You know Mr. Cavender, do you not?

3    A    Yes.

4    Q    You've spoken to him about this case, have you

5    not?

6    A    Yes.

7    Q    So, you know that he subsequently did some

8    searching on a Legato system, looking for some

9    e-mails; is that correct, of Audrey D'Onofrio?

10    A    Yes.

11    Q    He told you that?

12    A    Yes.

13    Q    When did you have these conversations?

14    A    We probably had a conversation some time in the

15    summer of '06, and recently in the last couple of

16    weeks.

17    Q    Did you ever have a conversation with Mr. Cavender

18    some time in February of '07 about material that had

19    been retrieved from any source regarding Audrey

20    D'Onofrio?

21    A    It's possible, I don't remember any conversations.

22    Q    Do you remember a conference call, were you part

23    of the conference call in early February when some of

24    this material suddenly appeared?

25    A    I don't think I was.  I don't remember.

1   Q   You told us originally that the computer was
2   scrapped by you some time in the winter of '05; is
3   that correct?
4   A   Yes.
5   Q   Would you agree with me that winter begins some
6   time around December 21; is that correct?
7   A   I would class winter from November through
8   January.
9   Q   November. Okay. You can't tell Judge Facciola
10  when you threw away this computer, can you?
11  A   No.
12  Q   You made no record of that, did you?
13  A   No, I never would.
14  Q   Nobody ever told you not to, correct?
15  A   Correct.
16  Q   Anybody from Legal ever call you after you threw
17  this computer away and said words to the effect of,
18  "not a great idea?"
19  A   No.
20  Q   Nobody has ever chastised you even for throwing
21  away this computer?
22  A   Absolutely not.
23  Q   Did you get a commendation for it?
24  A   No.
25  Q   I didn't think so?

1           THE COURT: Mr. Mason, before we leave that,
2   Ms. D'Onofrio has explained to us that obviously many
3   of the people you represent are in the public eye.
4           THE WITNESS: Yes.
5           THE COURT: Obviously, the kind of thing
6   where it would be fun for the tabloids to find out all
7   kinds of interesting things about them. Aren't you
8   concerned that when you dispose of the hard drive that
9   somebody can find it and find stuff that they have no
10  business seeing?
11          I know from my other cases involving, for
12  example, companies like government contractors,
13  they're required by DOD, and have regulations to wipe
14  the drives before they dispose of them. So just that
15  thing can't happen.
16          THE WITNESS: But when we determine that a
17  computer is going to be scrapped, it is because we've
18  tried several low level formats of the hard drive to
19  reinstall the system and it has failed. So, the
20  chances of anything still existing on that are not
21  great.
22          THE COURT: Thank you.
23          THE WITNESS: You are welcome.
24          MR. SCHREIBER: Thank you, Your Honor.
25  BY MR. SCHREIBER:

1   Q   You don't know what the general retention policy
2   for documents is at Clear Channel or SFX, do you?
3   A   I think it's five years, seven years, I'm not
4   sure.
5   Q   That's current.  But when I had your deposition
6   about a year ago, you at that time didn't know what
7   the retention policy was; do you remember that?
8   A   Yes.
9   Q   So you've since learned that there is currently a
10  retention policy, correct?
11  A   Yes.
12  Q   But as of September 2005 there was no retention
13  policy at least that you knew of?
14  A   Correct.
15  Q   Now this snapshot, D-6, that you have taken for us
16  today, shows that there is a blank file called office
17  data file still resident on somebody's server?
18  A   What is office data file?
19  Q   Even my eyes can read this.  If you go across from
20  A.D., you have the 567,000 plus kilobytes --
21  A   The type, yes.
22  Q   The type, that's the type of file.
23          That is still showing up on the server?
24  A   Yes.
25  Q   And that's what you made the copy of and sent off

```
 1   to Dan Rosier at his request?
 2   A   Yes.
 3   Q   Then you were told by Mr. Rosier that it was an
 4   empty file?
 5   A   Correct.
 6   Q   Or was it somebody else that told you that it was
 7   empty?
 8   A   Dan Rosier called me back and said it was empty.
 9   Q   Was he upset?
10   A   I don't think he had any special emotion.
11   Q   So, sometime later somebody else asked you for
12   documents; is that correct?  Was that Dan Rosier also?
13   A   Dan Rosier asked me if there were documents.  I
14   don't think he had me copy and send.
15   Q   Were there documents?
16   A   Are there documents?
17   Q   He asked you if there were documents.
18   A   Yes.
19   Q   Did you search and find documents?
20   A   I told him that her employee file was still there,
21   her employee folder on the server.
22   Q   So did you take that employee file and determine
23   if there were documents in it?
24   A   I had already done that to drill down to the
25   Outlook PST folder.  You have to go through the other
```

1  folders, you can see there are documents in them.
2  Q  So there were documents but not e-mails. Is that
3  what you're trying to tell us?
4  A  There are documents. The only thing that would
5  have had e-mails was the PST folder.
6  Q  So the documents, did you reproduce that for
7  counsel in this case?
8  A  Yes.
9  Q  When did you do that?
10 A  Most recently, two weeks ago, three weeks ago.
11 Q  Let me get this straight. They asked you two or
12 three weeks ago to go back and get some more
13 documents?
14 A  They asked me to copy Audrey's folder from the
15 user's drive and PR folders from the public drive.
16 Q  So, the PR folder is still in existence on that
17 server?
18 A  Yes.
19 Q  This is the first time that you have made a copy
20 of it?
21 A  I'm pretty sure, yes.
22 Q  How many documents were there that you copied, do
23 you know?
24 A  No.
25 Q  How big was the file that you copied, do you know?

1   A   It was under 765 mgs for everything I copied
2   because it fit on the CD.
3   Q   But you can't tell us how much under, just less
4   than a CD?
5   A   No, I didn't --
6   Q   Now, you were telling us what you generally tell
7   people about retention or saving files or however you
8   were phrasing it, because if you save it to the hard
9   drive you can't be sure that it's not going to be get
10  bumped by the cleaning lady.  Do you remember that
11  testimony?
12  A   Yes, I remember that testimony.
13  Q   You are aware that Audrey saved a lot of material
14  on diskettes in her office; aren't you?
15  A   No.
16  Q   You didn't know that?
17  A   No.
18  Q   You know that she kept a PR file on the server,
19  correct?
20  A   I know she saved documents to the server.  I don't
21  know every folder she kept.
22          You didn't go in as you were doing the
23  search, two or three weeks ago, to determine what the
24  folders were?
25  A   I didn't go in and determine who created the

1   documents in the folder, no.
2   Q   But this was something within her portion of the
3   server or the area on the server?
4   A   I copied everything that was in her employee
5   folder on the user's drive. And I copied things that
6   were in the public side that were PR folders. But I
7   didn't go in and determine whether she created those
8   documents in the PR folders.
9   Q   Were there any other folders associated with her
10  that you are aware of on that server?
11  A   I wouldn't know which folder she used.
12  Q   So it is conceivable that there are other folders
13  on that server that may have documents in them that
14  relate to Ms. D'Onofrio. You just don't know?
15  A   Correct.
16  Q   You have not made an effort in some fashion to go
17  search that server to find out if there are such types
18  of documents, true?
19  A   True, I have not.
20  Q   Nobody asked you to do that?
21  A   No.
22  Q   Nobody from legal counsel or outside counsel has
23  ever called you about that, correct?
24  A   No, they just asked me to copy her user's folder
25  and the PR folders.