# EXHIBIT 1

| | |
|---|---|
| From: | David E. Schreiber [des913@covad.net] |
| Sent: | Monday, March 31, 2008 4:46 PM |
| To: | Barnes, Johnine; King, Adrienne |
| Cc: | 'David E. Schreiber' |
| Subject: | D'Onofrio v SFX |

Johnine and Adrienne,
I am in receipt of your letter requesting witnesses and exhibits to be identified tomorrow for Friday's hearing.
I am preparing for a deposition, of an expert in another case, to be held tomorrow. I cannot have the information marshaled by tomorrow.
I will talk to you tomorrow, at some point, about exchanging information later this week, prior to the hearing on Friday.
Thank you.

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Ave., Suite 760N
Bethesda, MD 20814
o) 301 951 1530
f) 301 951 1599

THIS COMMUNICATION IS SENT WITHOUT PREJUDICE TO MY CLIENT'S LEGAL RIGHTS AND INTERESTS.

CONFIDENTIALITY NOTICE
This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or represent attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301-951-1530, or by return e-mail, immediately. Thank you.