**EXHIBIT 2**

1   A   Certain types of press releases could go out to the
2   world, and that's okay, or you can have a press release that's
3   called embargo that you have to hold for a certain date, and
4   then after that goes out, that's okay, too. But sometimes you
5   write a press release that you only want to go to maybe one or
6   two reporters because it's that sensitive because maybe it's
7   not a great thing, so you save that on your hard drive.
8           THE COURT: Okay. Ms. D'Onofrio, could you stand
9   down for a minute. We're going to take our lunch recess. I
10  had a -- I had -- Mr. Bond, you are going to stay, aren't you,
11  for awhile?
12          MR. BOND: Yes.
13          THE COURT: Fine. I just wondered if there is
14  really a dispute here. Would you be willing to let Mr. Bond
15  do the search he feels he has to do, provided it was pursuant
16  to a protocol? Mr. Bond, you have such protocols, I'm sure.
17          MR. BOND: Yes. Yes, sir.
18          MR. SCHRIEBER: Would you like him to come up so
19  he's closer?
20          THE COURT: Yes. In other words, you may stand
21  down, Ms. D'Onofrio.
22          If you would do it pursuant to a protocol in which,
23  of course, he would be duty-bound by his oath to me to only
24  search for what he's supposed to. If he came across anything
25  that was propriety that was attorney/client privilege, he