# Baker Hostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Johnine P. Barnes
direct dial: 202.861.1633
jbarnes@bakerlaw.com

May 6, 2008

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue, Suite 760N
Bethesda, MD 20814-3304

Re:    *D'Onofrio v. SFX Sports Group, Inc., et al.*

Dear David:

Enclosed is a document Bates stamped SFX 581, as supplementation to interrogatory number 9. This response is produced pursuant to the Stipulated Protective Order in the case.

If you have any questions or comments, please let me know.

Sincerely,

Johnine P. Barnes

Enclosure

cc:    Lee T. Ellis, Jr., Esq. (w/o encl.)

Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC

**Optionee Statement**

| Last | First Optione | Division Plan ID | Grant Date | Grant Term Date | Expiration Date | Grant Type | Options Granted | Option Price | Options Outstanding | Optio Exercis |
|------|------|------|------|------|------|------|------|------|------|------|
| SCHA | HOWAI | 077504244 CCENT | CCU199 10/25/2000 | 1/2/2003 | 1/2/2003 | Non-Qualifi | 1,500 | $52.0000 | 0 | |
| SCHA | HOWAI | 077504244 CCENT | CCU199 2/12/2001 | 1/2/2003 | 1/2/2003 | Non-Qualifi | 1,200 | $58.0100 | 0 | |
| SCHA | HOWAI | 077504244 CCENT | CCU200 12/14/2001 | 1/2/2003 | 1/2/2003 | Non-Qualifi | 1,000 | $46.2800 | 0 | |
| **Optionee Totals** | | | | | | | **3,700** | | **0** | |

SFX 0581
CONFIDENTIAL