UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUDREY (SHEBBY) D'ONOFRIO | : | |
| Plaintiff | : | |
| v. | : | Case No.: 06-687 JDB/JMF |
| SFX SPORTS GROUP, INC., et. al. | : | |
| Defendants | : | |

## ORDER

Upon consideration of Defendants' Motion for Leave to Supplement Defendants' Post-hearing Brief Regarding Spoliation and Exhibits, Plaintiff's opposition thereto, and good cause not having been shown, it is by this Court this _____ day of _____, 2008,

ORDERED, that Defendants' Motion for Leave to Supplement Defendants' Post-hearing Brief Regarding Spoliation and Exhibits be, and the same is hereby, DENIED,

_____
JOHN M. FACCIOLA, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

David E. Schreiber, Esq.
David E. Schreiber, P.C.
4550 Montgomery Avenue
Suite 760N
Bethesda, Maryland 20814

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr. Esq.
Baker & Hostetler, LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20026-5304