UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
AUDREY (SHEBBY) D'ONOFRIO,                  )
                                            )
        Plaintiff,                          )
                                            )
    v.                                      ) Civil Action No. 1:06-cv-00687
                                            ) (JDB/JMF)
                                            ) Next Event: No pending events
SFX SPORTS GROUP, INC., *et al.*            )
                                            )
                                            )
        Defendants.                         )
_____)

ORDER

Upon consideration of Defendants' Motion for Leave to Designate an Expert Outside of the Time Set for Discovery and for good cause shown, it is by the Court this _____ of _____, 2008

ORDERED that the same shall be, and hereby is GRANTED; and it is further

ORDERED that Defendants will have up and until _____ ___, 2008, to designate their expert witnesses in this case.

_____
Judge John D. Bates
United States District Judge

Copies to:

Johnine P. Barnes, Esq.
Lee T. Ellis, Jr., Esq.
Baker & Hostetler, LLP
Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.   20036

David E. Schreiber, Esq.
David E. Schreiber, P.C.,
4550 Montgomery Avenue,
Suite 760N,
Bethesda, MD 20814