UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUDREY (SHEBBY) D'ONOFRIO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00687 |
| ) | (JDB/JMF) |
| SFX SPORTS GROUP, INC, *et al.* ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

<u>Defendants' Rule 26(b)(2) Statement</u>

Come now defendants SFX Sports Group, Inc., Live Nation, Inc. and Clear Channel Communications, Inc. (collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 26(b)(2), and identify the following expert witness who may be called to testify at trial:

Stephen C. Wolfe
711 Louisiana, Suite 3200
Houston, Texas 77002

Mr. Wolfe is an employee of Huron Consulting Group. He holds a Bachelor of Business Administration in Management Information Systems. Mr. Wolfe has extensive experience with litigation support and specializes in IT expert services, computer forensics investigations and electronic discovery and data analysis. Mr. Wolfe has served as a consultant and expert witness in federal and state litigation cases. He has provided service to counsel and testimony regarding forensic imaging and analysis of hundreds of computers, the collection, production and processing of emails, electronic data recovery and decryption and review and analysis of source codes for commercial software. Mr. Wolfe will testify based upon his education, training, experience and his review of Defendant Clear Channel Communications Inc.'s Legato System

and local file servers for SFX Sports Group, Inc. ("Defendants' servers) regarding the production of electronic communications and documents in this case. Mr. Wolfe will testify in response to the opinions offered by Plaintiff's expert. Mr. Wolfe will also testify as to the accuracy of Plaintiff's expert's explanation and description of the search of Defendants' servers and the corresponding results.

        BAKER & HOSTETLER LLP

        By: */s/ Johnine P. Barnes*
            Johnine P. Barnes (D.C. Bar No. 464810)
            Lee T. Ellis, Jr. (D.C. Bar No. 3683)
            1050 Connecticut Avenue, N.W.
            Suite 1100
            Washington, D.C. 20036
            (202) 861-1500

        Attorneys for Defendants SFX Sports Group, Inc.,
        Live Nation, Inc. and Clear Channel Communications, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, Defendants' 26(b)(2) Statement was served by electronic mail on David E. Schreiber, Esq., David E. Schreiber, P.C., 4550 Montgomery Avenue, Suite 760N, Bethesda, MD 20814.

        */s/ Johnine P. Barnes*
        Johnine P. Barnes

**Huron CONSULTING GROUP**

## Professionals



**Stephen C. Wolfe,** *Director*

Houston, Texas
**P** (713) 222-5924
**F** (713) 222-5901
swolfe@huronconsultinggroup.com
Download vCard

© 2008 Huror
All rights rese
Huron is a management consulting
firm and not a CPA firm, and does not
provide attest services, audits, or other
engagements in accordance with the
AICPA's Statements on Auditing
Standards.

**Professional Profile**
Prior to joining Huron, Stephen worked for Renew Data Corp.

**Professional Experience**
Representative examples of Stephen's engagement experience include:

*IT Expert Services*
- Grand Jury of the County of Los Angeles, State of California: Testified regarding the collection, COC, and processing of emails.
- Coleman Holdings Inc. v. Morgan Stanley: Testified regarding the production and processing of email data.
- Testified in an Intellectual Property dispute regarding the contents of several computers seized during the discovery process.
- Provided affidavits in an Intellectual Property dispute regarding the contents and use of a company's computers.
- Acted as the consultative expert in the review and analysis of the source code of two commercial software packages in an Intellectual Property dispute.
- Recovered and decrypted emails from the defunct and unsupported email system of a health care company under government subpoena, and provided an expert report concerning the data recovery.

*Computer Forensics Investigations*
- Performed the covert forensic imaging and analysis of over 50 computers and 7 servers located at 8 branch locations in support of a complex fraud investigation involving allegations of theft, embezzlement, wiretapping, and computer hacking.
- Performed the forensic imaging and analysis of the over 100 computers and 8 servers of a brokerage firm in receivership.
- Performed the forensic imaging and analysis of hundreds of computers for various clients, as well as file and email servers, backup tapes, voicemail systems, computer based security systems, voice recording systems, as well as other forms of electronic media.

*Electronic Discovery*
- Implemented and developed the systems used in the forensic investigation of a large Swiss bank for dormant holocaust-era accounts. This work included the compilation of the single largest electronic listing of holocaust victims derived from hundreds of government, corporate, religious and historical archives.
- As part of the divestiture of a business unit, audited terabytes of electronic files at a large technology company to identify and quarantine the intellectual property associated with the divestiture. The electronic data included documents, email, source code, drivers, and engineering databases, and was housed on 6 servers, over 100 PC's, and other storage media.
- Analyzed and processed millions of email messages responsive to a discovery request. Developed programs to de-duplicate the email messages, and to provide summary reporting concerning the instances of recovery of emails sent from particular users, but found in the mailboxes of other users.

*Data Analysis*
- Developed the database systems used to manage the administration of a large corporate bankruptcy involving over 1 million claimants. This system included the storage of over a terabyte of linked supporting documentation.
- Developed an application to facilitate the consolidated review, analysis, and stratification of over 2 billion dollars in under-performing loans that a large Latin American bank was auctioning to diversify its portfolio.
- Provided system maintenance and administration of the data warehouse housing the public sector claims of the government of Kuwait against Iraq arising from the Gulf War.
- For several large energy companies performed the complex analysis and modeling of economic damages arising from royalty or joint-interest class action disputes.
- Developed Bridge financial and management reporting systems for two different Fortune-500 clients which were having trouble meeting investor and creditor expectations.

**Education and Certifications**
- Bachelor of Business Administration in Management Information Systems, Cum Laude, University of Houston