**Kroll Ontrack®**

| CURRICULUM VITAE |
|---|

## Douglas Bond

*11411 Isaac Newton Square S.*
*Reston VA 20190*
*703-821-8101 Ext. 1332*
*Fax: 703-821-2539*
*dbond@krollontrack.com*

## Employment

**Kroll Ontrack, Inc.**, Washington D.C.
**Computer Forensic Engineer**, June 2005 – present
- Responsible for conducting sound computer forensic analysis and maintaining strict media chain of custody using protocols and procedures in line with generally accepted computer forensics techniques and best practices.
- Acquire and preserve computer media in either a lab setting or through onsite data capture or seizure. This involves creating sector-by-sector forensic copies of original media for legal and investigative purposes.
- Perform data recovery, including both file and email recovery, on electronic media to be analyzed during the course of a computer forensic investigation.
- Interact with Project Management to provide the highest quality of output. This includes interaction with Managers, Case Managers and Legal Consultants.
- Conduct investigations involving analysis of electronic media. Example analysis conducted includes but is not limited to:
   - Searches for evidence of financial fraud and theft of trade secrets on computer media from desktops, laptops, and server platforms.
   - Searches for evidence of reformatting, dates of reformatting, and utilities used to wipe or copy data from electronic media
   - Locating evidence of improper removal, duplication, destruction, or transmission of e-mail messages or files.
- Provide expert testimony and investigative support as needed on various projects.

**Bond and Associates, Inc.**, Colorado Springs, Colorado
**Computer Forensics Examiner**, 2004 – 2005
- Conducted Forensic Examinations on client's computers using the EnCase software suite.
- Prepared detailed reports of examination results and present results to clients.
- Advised Clients on Computer Security Issues.

**El Paso County Sheriff's Office**, Colorado Springs, Colorado
**Computer Forensics Investigator,** 1999 – 2003
- Investigated computer crimes and prepare cases for prosecution.
- Collected computers from crime scenes and preserve evidence, ensuring a documented chain of custody.
- Forensically examined computers by removing hard drives, viewing contents with special software, and searching for deleted/fragmented/corrupted data, email, and Web browsing activity.
- Utilized decryption software to open encrypted files.
- Prepared multimedia presentations for court testimony.
- Administered and troubleshot systems in the computer crime lab.

**Kroll Ontrack**®

**El Paso County Sheriff's Office**, Colorado Springs, Colorado
**Deputy Sheriff**, 1993 – 1999
- Conducted criminal investigations and process crime scenes, including fingerprinting, photography, and evidence identification, packaging, and processing.
- Served summons, complaints, and warrants.
- Testified in court on criminal, traffic, and civil offenses.
- Performed background investigations, fugitive identification, surveillance, and general information and intelligence gathering.
- Member of the SWAT team experienced in weapons handling and hostage/crisis intervention.

## Experience with Computer Forensics Examinations

Approximate number of electronic evidence cases/jobs
- Over 300

Approximate number of pieces of media imaged
- Over 300

Approximate number of pieces of media examined for potential evidence
- Over 300

## Experience with the Following Hardware and Media Types

DESKTOPS
FLOPPY DISKETTES
FIREWIRE DRIVES
IDE DISK DRIVES
LAPTOPS
PERSONAL DATA ASSISTANTS (PDA'S)
RAID ARRAYS
REMOVABLE MEDIA (FLOPPY DISKS, IOMEGA ZIP DISKS, IOMEGA JAZ DISKS, OPTICAL CARTRIDGES, CD/DVD ROM, SMART MEDIA, FLASH MEMORY AND MEMORY MEDIA CARDS)
USB DRIVES

## Experience with the Following Operating Systems

DOS
LINUX (VARIOUS PLATFORMS)
MICROSOFT WINDOWS 3.X, 95, 98, ME
MICROSOFT WINDOWS NT 3.5.1, NT 4.0, 2000, XP, 2003
VMWARE

## Experience with the Following Computer Forensics Tools

*Computer Forensics Tools for Examining:*
*Operating Systems:*
　　LINUX (VARIOUS PLATFORMS)
　　MICROSOFT WINDOWS (ALL VERSIONS)

**Kroll Ontrack**®

*Specific Commercial Forensic Toolsets:*
    ACCESSDATA FORENSIC TOOLKIT
    GUIDANCE SOFTWARE ENCASE 3.X TO 4.X
    NEW TECHNOLOGIES, INC SAFEBACK
    TCPDUMP/WINDUMP
    WINHEX

## Experience with the Following Software Programs

INTERNET EXPLORER
MICROSOFT FRONTPAGE
MICROSOFT OFFICE SUITE
MICROSOFT OUTLOOK EMAIL
MICROSOFT OUTLOOK EXPRESS EMAIL
MICROSOFT PUBLISHER 97/98/2000
MICROSOFT VISIO
MICROSOFT VISUAL STUDIO 6
NORTON UTILITIES
NORTON & MCAFEE ANTI-VIRUS
SYMANTEC GHOST

## Experience with the Following Programming Languages

ASSEMBLER (INTEL)
C
VBA
VISUAL BASIC 5

## Education

**Colorado Technical University**, Colorado Springs, Colorado
    *Master of Science, Computer Systems Security,* 2005

**Texas A&M University**, Corpus Christi, Texas
    *Bachelor of Science, Computer Science,* 1990

**Texas A&M University**, Corpus Christi, Texas
    *Bachelor of Science, Criminal Justice,* 1980

## Continuing Education and Certifications

**Kroll Ontrack, Inc.**; On-the-job training in Kroll Ontrack data recovery technology (June 2005-present)

**AccessData Boot Camp** (August 2006)

**CISSP Certification** (Certified Information Systems Security Professional) (Dec. 2005)

**Practical Hard Drive Forensics (EnCase Enterprise Edition)**, Denver University (March 2005)

**Kroll Ontrack**®

**Encase® Certified Examiner Certification**, (2004)

**SANS HIPAA Security Implementation**, GIAC (Oct. 2004)

**EnCase Intermediate Analysis and Reporting**, Guidance Software (June 2004)

**Computer Crime and Digital Evidence Techniques**, Colorado Association of Computer Crime Investigators (CACCI) (Jan. 2002)

**Introduction to Computer Networks**, Pikes Peak Community College (2000)

**Wide Area Networks (WAN)**, Pikes Peak Community College (2000)

**Basic Data Recovery and Analysis**, National White Collar Crime Center (Oct. 2000)

**Investigation of Computer Crime**, SEARCH (Feb. 2000)

## Professional Organizations

*Member*, Information Systems Security Association (ISSA), 2001 – present

*Member,* High Tech Computer Investigations Association (HTCIA), 1999 – present