```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF COLUMBIA

AUDREY (SHELBY) D'ONOFRIO,    .  Case No. 1:06-CV-00687
                              .  (JMF)
                              .
              Plaintiff,      .  Washington, D.C.
                              .  December 17, 2008
     v.                       .
                              .
SFX SPORTS, GROUP, INC.,      .
                              .
ET AL.,                       .
                              .
              Defendants.     .
. . . . . . . . . . . . . . .

                    TELECONFERENCE
         BEFORE THE HONORABLE JOHN M. FACCIOLA
             UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Defendant:      Baker & Hostetler, LLP
                        By:  JOHNINE P. BARNES, ESQ.
                        1050 Connecticut Avenue, NW
                        Suite 1100
                        Washington, DC 20036

For the Plaintiff:      Law Offices
                        By:  DAVID E. SCHREIBER, ESQ.
                        4550 Montgomery Avenue
                        Suite 760N
                        Bethesda, MA 20814
```

---

```
 1         (Proceedings commenced at 2:07 p.m.)
 2              THE CLERK:  (Unintelligible.)
 3              This is a telephone status conference
 4    (unintelligible).
 5              MR. SCHREIBER:  Good afternoon.
 6              David Schreiber on behalf of the plaintiff.
 7              MS. BARNES:  Johnine Barnes on behalf of the
 8    defendant.
 9              THE COURT:  All right.
10              As I just explained to counsel in the
11    previous conversation, the representation that this
12    would only take a minute of my time has not been true,
13    and I'm not particularly delighted that this has been
14    sprung on me without a chance to -- for more careful
15    deliberation and consideration of it.  Nevertheless,
16    the search that we are going to conduct that is going
17    to start in a few hours, has been long delayed.
18              It seems to me that the fair resolution is as
19    follows.  I will permit the search to be through
20    December 31st, 2006.  I will require, however, that the
21    witness who is doing the search keep a very careful
22    allocation of his time, so he can tell me what portion
23    of his time could be attributed to the search for the
24    period from which Ms. Barnes agreed to have it go,
25    which would be the commencement of the lawsuit through
```

```
 1  December 31st, 2006.
 2          If the -- as Ms. Barnes fears, the
 3  information produced by the search for the period, from
 4  May through the -- December yields a lot of privileged
 5  information which she may have to review, I'm going to
 6  ask her to keep a careful allocation of her time and --
 7  that would be attributable to that review.
 8          If that review proves to have been
 9  unnecessary, for example, because most of this
10  information is privileged and (unintelligible)
11  irrelevant, then she may make whatever motion for
12  relief from the Court, she deems appropriate.
13          I will issue a minute order to that effect as
14  soon as I can, however, I have had to return to my
15  duties in the criminal court.
16          Thank you, ladies and gentlemen.
17          MR. SCHREIBER:  Thank you.
18          MS. BARNES:  Thank you, Your Honor.
19       (Proceedings concluded at 2:09 p.m.)
20
21
22
23
24
25
```

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


/s/_____          December 26, 2008

STEPHEN C. BOWLES